UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEIL, HARDIN COLEMAN, LORNA RIVERA, JERI ROBINSON, QUOC TRAN, ERNANI DeARAUJO, and BRENDA CASSELLIUS, <br><br> Defendants. | Civil Action No. 1:21-cv-10330-WGY |

## **APPEARANCE OF KAY H. HODGE**

Please enter my appearance in this matter on behalf of all Defendants as follows:

Kay H. Hodge (BBO # 236560)
    khodge@scmllp.com
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789

This appearance is in addition to already-appeared counsel for Defendants Catherine A. Lizotte, Esq.

1

Respectfully submitted,

SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEIL, HARDIN COLEMAN, LORNA RIVERA, JERI ROBINSON, QUOC TRAN, ERNANI DeARAUJO, and BRENDA CASSELLIUS,

By their attorneys,

/s/*Kay H. Hodge*
Kay H. Hodge (BBO # 236560)
    khodge@scmllp.com
John M. Simon (BBO #645557)
    jsimon@scmllp.com
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789

Catherine A. Lizotte (BBO #666468)
    catherine.lizotte@cityofboston.gov
Legal Advisor
Boston Public Schools
2300 Washington Street Boston, MA 02119
(617) 635-9250

Dated: March 1, 2021

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on March 1, 2021.

/s/*Kay H. Hodge*
Kay H. Hodge