# EXHIBIT C

**DECLARATION OF ASIAN PACIFIC ISLANDERS**
**CIVIC ACTION NETWORK**

I, Carolyn Chou, do hereby state that the following is true to the best of my knowledge, information and belief:

1. My name is Carolyn Chou. I am the Executive Director of the Asian American Resource Workshop, which is member of the steering committee for Asian Pacific Islanders Civic Action Network (APIs CAN), Massachusetts' statewide Asian American civic engagement alliance.

2. The mission of APIs CAN is to advance the interests of Massachusetts' Asian and Pacific Islander American communities by promoting a shared agenda to further equity and oppose discrimination through year-round civic action.

3. Our member organizations represent thousands of low-income and immigrant Chinese, Vietnamese, Cambodian, Laotian, Indian, Nepalese, and Korean families, parents, and students throughout Boston and Massachusetts. Multiple members of our organizations have constituents who are waiting to hear about admissions to the exams schools.

4. The wide range of ethnicities that our member organizations represent is reflective of the variety of experiences and backgrounds within the Asian American community. For example, South and East Asian populations have relatively higher median incomes whereas many Southeast Asians who migrated to the United States as refugees have among the lowest median incomes. But socioeconomic diversity even within ethnic groups is stark as the Chinese population also represents among the lowest-income of all ethnic groups in Boston.

5. APIs CAN coordinates and engages Asian American and Asian immigrant communities in voter registration and Census work. Our member organizations have gone door-to-door

and made thousands of phone calls to ensure that limited English proficient Asians are able to exercise their basic rights.

6. The COVID-19 pandemic has severely impacted the low-income and immigrant people we represent. In response, our member organizations have individually and collectively provided thousands of food each week, helped thousands of individuals access unemployment insurance, responded to the mental health needs of a limited English proficient population, raised hundreds of thousands in funding for immigrants who could not otherwise access government benefits, provided access to rental assistance services in languages our communities understand, and ensured access to vaccines for communities of color.

7. Given our mission and our day-to-day work in low-income and immigrant Asian communities and families, APIs CAN is intimately familiar with the needs, language barriers, and challenges that Asian American and Asian immigrant families face in accessing quality public education in Boston.

8. We support increased diversity and equity of access to the exam schools, in which Black and Latinx communities have been underrepresented. We believe all students should have a high-quality education regardless of the school they attend. We recognize that the exam schools have many more resources than other Boston Public Schools (BPS). Students who attend exam schools often have more opportunities. The system that BPS used for admission had the illusion of fairness, but the reality is some communities gained unfair advantages in this system. It is imperative that seats at the exam schools be distributed thoughtfully, with equity and opportunity in mind.

9. Asian American communities are not monolithic and educational outcomes depend

heavily on socioeconomic status and immigration history. Not all Asian Americans have the same stories of educational opportunities. However, due to the model minority stereotype, the wealth and academic achievement of a few Asian Americans, many of whom are East Asian, have hidden the reality for many Asian American students whose lives do not reflect the stereotype.

10. Dorchester is home to the state's largest population of Vietnamese Americans, comprised of immigrant and refugee households. Vietnamese Americans make up 75% of the Asian American population in Dorchester.[1] Despite considerable economic strides, many Vietnamese Americans continues to face higher levels of poverty and education attainment. According to a 2012-2016 American Community Survey, Southeast Asian groups, such as Vietnamese and Cambodian Americans have lower household income earnings and lower education attainment compared to other Asian ethnic groups.[2] The poverty rate for Asian Americans in Dorchester is at 26.9 percent, compared with 10.6 percent the total population in Greater Boston.[3] In particular, the median household income of Boston's Vietnamese resident is $14,268, which is 42% of the general population.[4] Compared to 46.1 percent of all Greater Boston residents who have a bachelor's degree or higher, only 25.2 percent of Asian Americans in Dorchester have a bachelor's degree.[5]

11. The admission data from Boston Public Schools does not reflect the socio-economic

---

[1] Lo, Shauna and Watanabe, Paul, "Asian Americans in Greater Boston: Building Communities Old and New" *Institute for Asian American Studies*, UMass Boston (2019), https://www.bostonindicators.org/-/media/indicators/boston-indicators-reports/report-files/changing-faces-2019/changingfaces_4asian-americans.pdf?la=en&hash=C87B32F14828CFD383F61DC10C12329017A5380F
[2] Id at 22.
[3] Id.
[4] Lo, Shauna and Tran, Thao, "Profiles of Asian American Subgroups in Massachusetts: Vietnamese Americans in Massachusetts" (2012). *Institute for Asian American Studies Publications*. 30. https://scholarworks.umb.edu/iaas_pubs/30
[5] Lo, Shauna and Watanabe, Paul, p. 28

backgrounds of Vietnamese Americans. BPS only recently started collecting data on student enrollment based on ethnicity, however, this data is voluntary. Without disaggregation of data, low-income Southeast Asian households who experience higher rates of poverty are lumped in with other Asian subgroups.

12. The social inequities and resulting educational disparities many Asian Americans face often go unnoticed. Asian residents of Boston have poverty rates on par with Latinx families and median incomes on par with Black families. Many BPS Asian students are the children of restaurant, hotel, home care, and nail salon workers. APIs CAN member organizations represent and serve many of these students and parents.

13. Through our work with parents and students in public school systems, APIs CAN also recognizes that racial inequity will continue so long as communities of color are pitted against each other. We understand that only in prioritizing and ensuring that Black and Latinx communities have equal access to educational opportunities and resources can the experiences for all students in BPS be uplifted.

I declare under the penalty of perjury of the United States the foregoing is correct and executed this 2 day of March, 2021.

_____
Carolyn Chou