**EXHIBIT D**

**DECLARATION OF ASIAN AMERICAN RESOURCE WORKSHOP**

I, Somy Kim, do hereby state that the following is true to the best of my knowledge, information and belief:

1. My name is Somy Kim. I am on the Board of Directors of the Asian American Resource Workshop (AARW), currently serving as Treasurer. In addition, I am the parent of two current BPS students: a 10th grader at Boston Latin Academy and a 4th grader at Mildred Avenue in Mattapan. I identify as Korean American.

2. I am considering whether to have my younger child, M. M., apply for admission to exam schools in two years when she is a 6th grader. Because our family lives in Mattapan, the proposed changes to the exam school policy could greatly affect my child's chances of admission.

3. The mission of AARW is to organize Greater Boston's diverse Asian and Pacific Islander American communities through political education, creative expression, and both issue- and neighborhood-based organizing. AARW has been advocating for Massachusetts' AAPI communities for over 40 years.

4. Our current campaigns include supporting housing justice, opposing deportation, transforming the criminal legal system, and increasing civic engagement. During the pandemic, which has caused untold harm to our communities, we have also distributed food aid to vulnerable members, raised tens of thousands of dollars for immigrants ineligible for government aid, and conducted extensive phone and in-person outreach.

5. Given our mission and our day-to-day work in low-income and immigrant Asian communities, AARW is intimately familiar with the diverse needs, language barriers, and challenges that Asian American and Asian immigrant families face in accessing quality public education in Boston.

6. Our members' wide range of backgrounds and experiences reflect the diversity of the Asian American community. Differences in immigration history, educational opportunities, community resources, and systemic discrimination have led to wide gaps in socioeconomic status and opportunity. Due to the "model minority myth," however, the relative wealth and status of a small number of Asian Americans have hidden the reality that many Asian American workers, students, and families do not conform to this pernicious stereotype.

7. Southeast Asian American communities, for example, include over 1.5 million individuals who came to the U.S. as refugees from Laos, Cambodia, and Vietnam and today have among the lowest median incomes of any ethnic or racial groups in the country. AARW's Dorchester office, located in the heart of Boston's Vietnamese community, has allowed us to witness decades of systemic discrimination, over-policing, and curtailed opportunities directed toward Boston's largest Southeast Asian community.

8. While the School Committee's proposed exam school changes are, on their own, insufficient to ameliorate the long history of unfair, discriminatory, and inequitable admissions policies, these changes are a good start. AARW fully supports increased diversity in and equity of access to the exam schools, in which Black and Latinx communities have been, and continue to be, underrepresented. We firmly believe that all students should have a high-quality education. Exam schools have more resources than other schools in BPS, and students who attend exam schools often have more opportunities. Admissions policies that perpetuate – and even exacerbate – existing discrimination have no place in a public school system.

9. Through our work advocating for immigration reform, changes to the policing system, and housing justice, AARW recognizes that Asian American communities are often used as a "wedge" constituency by groups that support the status quo and oppose systemic reform. Racial inequity will continue so long as communities of color are pitted against each other. AARW stands in full solidarity with Black and Latinx families and students fighting for a more equitable admissions system.

10. At the same time, AARW forcefully disputes the Plaintiffs' position that a more equitable admissions system would prove inherently harmful to Asian Americans. In contrast, many of AARW's members, particularly low-income families in the Southeast Asian community, are likely to have more opportunities to study at the exam schools under the proposed changes.

I declare under the penalty of perjury of the United States the foregoing is correct and executed this 2nd day of March, 2021.

*[signature]*

_____
Somy Kim