# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| THE SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEIL, HARDIN COLEMAN, LORNA RIVERA, JERI ROBINSON, QUOC TRAN, ERNANI DeARAUJO, and BRENDA CASSELLIUS, | ) ) ) ) ) ) ) ) ) | Civil Action No. 1:21-cv-10330-WGY |
| Defendants. | ) | |

### **DECLARATION OF MAIRENY PIMENTEL**

I, Maireny Pimentel, do hereby state that the following is true to the best of my knowledge, information and belief:

1. My name is Maireny Pimentel.
2. I live in the Cathedral Housing Project, a low-income community in Boston's South End.
3. My zip code 02118.
4. I am the single mother of two children. We are all Latinos. We speak Spanish as a first language. We speak Spanish at home.
5. My eldest son is 13-years old. His initials are E.J.S. and he currently attends the 8th grade at the James F. Condon School in South Boston.
6. E.J.S. applied for admissions to the highly selective public schools when he was in 6th grade, but he was not admitted.
7. E.J.S. knows white students who received admissions letters, and E.J.S. has asked me to explain why his white counterparts received admissions offers, but he didn't.
8. E.J.S. has worked hard to achieve academic and extracurricular excellence.
9. In December, I received a letter from Boston Public Schools (BPS) saying that E.J.S. was eligible for admission to a highly selective public school.
10. As an immigrant from the Dominican Republic, when I received the eligibility letter from BPS, I felt excited about the opportunities that lie ahead for E.J.S. in the United States.
11. In January, E.J.S. applied for admission to the highly selective public schools.
12. His dream is to attend Boston Latin Academy because of the strong academics coupled with the sports teams.
13. I am proud and excited that E.J.S. applied for admission.

14. Every day, we check the mail with excitement to see if we have received an admissions offer.
15. While talking about the highly selective public schools, E.J.S. told me that he doesn't think he will be admitted because of our race and background. E.J.S. said to me that as a Latino, he felt he wouldn't get a chance.
16. E.J.S. has strong academic credentials. His favorite subject is math.
17. E.J.S. is a skilled baseball and basketball player. He has won many trophies.
18. E.J.S. is a well-rounded young man with a bright future. He really belongs in Boston's selective public schools.
19. E.J.S. is representative of the BPS students who are historically excluded from the selective public schools. He would help to build a bridge connecting the selective public schools to his community.
20. Through his lived experience, E.J.S. would make unique cultural and social contributions enriching the selective public schools because he is bicultural and bilingual. E.J.S. is eager to learn with and from other students across identities and communities.
21. If admitted, I do not want E.J.S. to be racially and culturally isolated at a highly selective public school. That type of racial isolation would be socially and emotionally challenging for my son and my family. It would diminish E.J.S.'s learning environment.
22. My youngest son is 11-years old. His initials are E.S. and he currently attends the 6th grade at the Hurley School, a Spanish-English immersion public school in Boston's South End.
23. E.S. aspires to attend an exam school in the future too. He is looking forward to applying in an upcoming cycle.
24. My family has been hit very hard by the COVID-19 pandemic.
25. I lost my job due to the financial impact of the pandemic. I am currently unemployed. This is very hard for me and my children.
26. With the pandemic continuing unabated, I worry about the harm to my family.
27. I swear that the contents of this declaration are true and accurate. I have authorized my attorney Lauren Sampson to sign this declaration for me.

_____  
Lauren Sampson for Maireny Pimentel

Dated: March 2, 2021