# EXHIBIT F

**DECLARATION OF H. D.**

I, H. D., do hereby state that the following is true to the best of my knowledge, information, and belief:

1. My name is H. D.

2. I am Vietnamese American.

3. I am 11 years old, and I have lived in Dorchester for almost nine years. My zip code is 02122.

4. I come from a low-income family. My mom is a single mother and lost her job during the pandemic. I have a younger sibling.

5. I currently attend 6th grade at Richard J. Murphy School. Previously, I was enrolled in Mather Elementary School. I have benefitted from and appreciated the diverse environments that I have gone to school in.

6. In school, I usually get grades between A- and A+.

7. Because I hope to attend a Boston Exam School, I applied for admissions last fall.

8. I received a letter from Boston Public Schools notifying that I am eligible for admission to a Boston Exam School. My first choice is Boston Latin Academy, followed by John D. O'Bryant School of Mathematics and Science and Boston Latin School, respectively.

9. Boston Latin Academy and John D. O'Bryant are my top two choices because I believe this is where I will thrive the best. My mom supports me in this decision.

10. I am expecting to hear a final decision in March about what school I will attend.

11. My family cannot afford a tutor so I cannot receive any supplemental education. My mom also cannot help me because she does not speak English. Vietnamese students have to work much harder to be able to integrate themselves into school and are less likely to have language support at home.

12. Although the pandemic has made learning very difficult and remote learning has created additional mental health challenges, I try to work as hard as I can.

13. I hope to go to college one day. My understanding is that students in exam schools get into college much more easily.

14. I was happy that the admissions policy changed because I have severe testing anxiety, thus the exam process is not ideal. This new plan will help students like myself access the highly selective public schools that would not otherwise be accessible.

15. The admissions policies for this year and potentially beyond are much more equitable.

I declare under the penalty of perjury of the United States that the foregoing is correct and executed this 2 day of March, 2021



_____
H. D.