**EXHIBIT G**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEIL, HARDIN COLEMAN, LORNA RIVERA, JERI ROBINSON, QUOC TRAN, ERNANI DeARAUJO, and BRENDA CASSELLIUS, <br><br> Defendants. | Civil Action No. 1:21-cv-10330-WGY |

## DECLARATION OF LAUREN ALEXA SAMPSON

I, Lauren Alexa Sampson, hereby depose and state as follows:

1. I am a member of the Bar of the Commonwealth of Massachusetts and a Staff Attorney with Lawyers for Civil Rights. Lawyers for Civil Rights represents Proposed Defendant-Intervenors NAACP-Boston Branch, the Greater Boston Latino Network, the Asian Pacific Islander Civic Action Network, the Asian-American Resource Workshop, Maireny Pimentel, and H.D. in this action. I make this Declaration in support of Proposed Intervenors' Motion for Leave to Intervene as Defendants. The facts set forth in this Declaration are based on my personal knowledge.

2. A true and correct copy of the following document, obtained via Elizabeth Pimentel, Chief of Staff to City Councilor Andrea Campbell, is attached to this Declaration at Exhibit 1: Boston Public Schools' Powerpoint entitled "Exam School Admissions City Council Hearing" and dated March 5, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lauren Sampson
Lauren Alexa Sampson

Dated: March 2, 2021

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 2, 2021, the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent by mail to those indicated as non-registered participants on March 2, 2021.

                                          */s/* Lauren Sampson