**EXHIBIT G.1**



# EXAM SCHOOL ADMISSIONS
# CITY COUNCIL HEARING

*Monica Roberts, Chief Engagement Officer*
*Colin Rose, Assistant Superintendent of the Opportunity Gap*
*Becky Shuster, Assistant Superintendent of Equity*
*Tanya Freeman-Wisdom, Rachel Skerritt, and Chimdi Uchendu, Headmasters*

*March 5, 2019*

1

# Exam School Application Trends



# Invitation Trends



# Enrollment Trends



# Enrollment at Boston Latin School



# Enrollment at Boston Latin Academy



# Enrollment at O'Bryant School of Math and Science



# Exam School Admissions:
## *Closing the Opportunity Gap*

- Taken as a whole, enrollment trends demonstrate that Black and Latinx students are underrepresented at BPS exam schools, particularly at Boston Latin School (BLS)

- BPS aims to eliminate barriers for Black and Latinx students by applying aggressive, innovative interventions at every stage of the application, invitation, and enrollment process

8

# The Challenge

- We have identified and begun to address systemic barriers at every phase of the BPS exam school admissions process, including:

  - Awareness of the opportunities exam schools offer
  - Awareness of the admissions process and deadlines
  - Registration for the ISEE
  - Preparation for the ISEE
  - Attendance at the ISEE
  - Grading practices
  - Enrollment preferences

- These barriers impact Black and Latinx students regardless of where they attend elementary school

# Awareness of the Opportunities Exam Schools Offer and the Admissions Process

**Problem:**
- Students of color and their families are less likely to be aware of the particular opportunities exam schools offer and the steps of the application and enrollment process

**Interventions:**
- Clear and accessible messaging about the opportunity, process, timelines and benefits
- Expanded outreach by the Office of Engagement and the Office of Opportunity Gaps
- Extension of the proof of residency deadline, particularly impacting students of color
- Expanded outreach by individual exam schools

10

# Outreach Efforts at Each Exam School

- **Boston Latin Academy:** Chimdi Uchendu, Headmaster

- **Boston Latin School:** Rachel Skerritt, Headmaster

- **O'Bryant School of Math and Science:** Tanya Freeman-Wisdom, Headmaster

# Registration for the ISEE

**Problem:**

- White and Asian students register for the ISEE more frequently than their Black and Latinx counterparts

**Interventions:**

- New pre-registration initiative
  - ~1000 students pre-registered each year in SY17-18 & SY18-19
  - District pre-registered students based on GPA, ELA MCAS, *or* Math MCAS

# ISEE Pre-Registrants



# Attendance at the ISEE

**Problem:**

- Black and Latinx students who are registered disproportionately do not show at test sites

| November 2017 | | Registered for test | Took test | No show |
|---|---|---|---|---|
| **Race** | **Hispanic** | 842 | 62% | 38% |
| | **Black** | 572 | 61% | 39% |
| | **White** | 318 | 86% | 14% |
| | **Asian** | 231 | 93% | 7% |
| **All students** | | 1,963 | 70% | 31% |

| November 2018 | | Registered for test | Took test | No show |
|---|---|---|---|---|
| **Race** | **Hispanic** | 754 | 58% | 42% |
| | **Black** | 518 | 60% | 40% |
| | **White** | 362 | 83% | 17% |
| | **Asian** | 257 | 93% | 7% |
| **All students** | | 1,891 | 69% | 31% |

# Attendance at the ISEE, *cont.*

**Intervention:**

- ISEE administered at every school with a 6th grade during the school day (rollout November 2019)
- Students will be pre-registered based on district analysis, however students can opt-in
- Students may opt-out of school-based testing and instead take the free Saturday exam or use a private test facility
- Impact of this pilot on grade 6 participation rates will inform the potential expansion to other grades

15

# Preparation for the ISEE

**Problem:**

- White and Asian students are more likely to access public and private tutoring programs, and/or attend Advanced Work classes or private schools that actively prepare students

**Intervention:**

- Dramatic expansion in the Exam School Initiative, free summer/fall ISEE preparation program, including:
  - Extensive recruitment at all elementary schools
  - Transportation access
  - Breakfast and snacks provided
  - Support of individual underrepresented schools with prep materials including many EFA Schools with ISEE prep
  - Online support for ISSE

# Exam School Initiative (ESI) Trends

- In 2018, 300 ESI attendees were Black or Latinx, compared to 99 in 2014
- In 2016, 2017 and 2018, 50% of ESI attendees were Black or Latinx as compared to 24% in 2014
- 44% of students recruited to the ESI based on criteria other than "passing" the Terra Nova were invited to exam schools for SY 2018-2019; historically, these students were excluded from the ESI
- In 2018, the ESI piloted a program for 8th graders; 87% of this cohort were Black or Latinx

17

# Excellence for All (EFA)

**Problem:**

- There is a need for more rigorous programming and instruction to prepare students for higher level course work in middle and high school
- Historically, programs aimed at doing this, such as Advanced Work Class (AWC), have been disproportionately White and Asian

**Intervention:**

- Excellence for All
  - Designed to expand access to more challenging and culturally responsive studies and enrichment for all BPS 4th - 6th graders
  - Currently in 16 schools

18

# SY'18-19 4th Grade: District, AWC, EFA



# Grading Practices

**Problem:**

- It is difficult to ensure consistent grading practices, particularly across BPS and non-BPS schools
- There are concerns that grade inflation occurs in some non-BPS schools and some BPS classrooms
- BPS has different grading scales for grades 5 and grade 6, and calibration about how each is used has been lacking

# Grading Practices, *cont.*

**Intervention:**

- A working group, including school leaders and teachers:
  - Compared current 1- 4 grade scale used in grade 5 to A-F scale
  - Surveyed 5th grade teachers to understand current use of the 1- 4 scale
  - Determined calibrated use of a 1- 4 scale is more advantageous than an A-F scale
  - Communicated districtwide to better calibrate grading across all 5th grades

# Enrollment Preferences

**Problem:**
- Some Black and Latinx students who could enroll at Boston Latin School opt out, for a variety of reasons
  - In some cases this may be because they perceive BLS is not welcoming or supportive
  - In other cases students choose private schools or other exam schools for a range of reasons

**Intervention:**
- Outreach conducted by Boston Latin School
- Continued efforts to shift the culture at Boston Latin School

# Residency Investigations

**Problem:**

- Non-resident students attending exam schools

**Intervention:**

- Careful scrutiny and vetting of all exam school applicants
- Full-time investigator follows up on tips and other information that indicates current or future students who may live outside the district and conducts investigations
- Recent update to the residency policy passed by School Committee make it more difficult for students from outside the district to be considered