**EXHIBIT H**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEIL, HARDIN COLEMAN, LORNA RIVERA, JERI ROBINSON, QUOC TRAN, ERNANI DeARAUJO, and BRENDA CASSELLIUS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:21-cv-10330-WGY |

### DECLARATION OF STEPHANIE SHAPIRO BERKSON

I, Stephanie Shapiro Berkson, do hereby state that the following is true to the best of my knowledge, information and belief:

1. My name is Stephanie Shapiro Berkson.
2. I live in Boston's South End in zip code 02118.
3. I am the mother of two children.
4. My family is Jewish.
5. My youngest son is 11-years old. His initials are B.S.B.
6. B.S.B. currently attends the 6th grade at The Eliot K-8 Innovation School.
7. B.S.B. has a distinguished academic record.
8. He is eligible to attend one of Boston's highly selective public school, and he applied for admission in the current cycle. His application is pending, and we are waiting for a decision.
9. If B.S.B. is not admitted to a highly selective public school, he will continue to attend Boston Public Schools (BPS).
10. I am delighted and thrilled – and B.S.B. is excited – about BPS' interim policy designed to bring more diversity to the highly selective public schools. This will help create a dynamic and catalytic academic and social environment.
11. The interim policy is much-need and truly uplifting. It makes me optimistic about the future of equity and commitment to community leadership and representation in Boston.
12. My eldest son is 14-years old. His initials are J.B.B. and he currently attends the 8th grade at Boston Latin School (BLS).

13. I am firmly committed to diversity and I was skeptical about sending my son to BLS because it is not representative of the student population in Boston Public Schools. But his strong interests in theater and languages drew us to BLS.
14. I want J.B.B. to continue learning with and from diverse students and perspectives in – and outside – of the classroom.
15. I know diversity and equity are absolutely critical. As a society, we must actively, deliberately, and intentionally break down structural barriers along racial and socioeconomic lines that have been perpetuated by the traditional admissions criteria to Boston's highly selective public schools. This anti-racist and anti-oppression work is long overdue in Boston.
    Attempts to dilute diversity at Boston's highly selective public schools diminish my sons' – and their peers' – academic and social experience.

I declare under the penalty of perjury of the United States that the foregoing is correct and executed this 2nd day of March, 2021.


_____
Stephanie Shapiro-Berkson