**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP.<br><br>               Plaintiff,<br><br>v.<br><br>THE SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEIL, HARDIN COLEMAN,<br>LORNA RIVERA,<br>JERI ROBINSON,<br>QUOC TRAN, ERNANI DeARAUJO, and BRENDA CASSELLIUS<br><br>               Defendants. | Civil Action No. 1:21-cv-10330-WGY |

## PROPOSED INTERVENOR'S MOTION TO PROCEED PSEUDONYMOUSLY

Proposed Intervenor H.D. hereby respectfully requests that this Court **GRANT** this motion permitting them to proceed pseudonymously in this civil action. A memorandum of law in support of this motion to proceed pseudonymously accompanies it.

Respectfully submitted,
PROPOSED INTERVENOR H.D.


By their attorneys,

/s/ *Doreen Rachal*
Doreen M. Rachal (BBO# 667837)
SIDLEY AUSTIN LLP
60 State Street, 36th floor
Boston, Massachusetts 02109
Tel: (617) 223-0300
drachal@sidley.com




/s/ Lauren Sampson
Lauren Sampson (BBO #704319)
Janelle Dempsey (BBO #699379)
Oren Sellstrom (BBO #569045)
Lawyers for Civil Rights
61 Batterymarch Street, Fifth Floor
Boston, MA 02110
lsampson@lawyersforcivilrights.org
617-988-0609



/s/*Bethany Li*
Bethany Li (BBO #673383)
Alex Milvae (BBO #705668)
Jodie Ng, Law Student Intern
Greater Boston Legal Services
197 Friend Street
Boston, MA 02114
bli@gbls.org
Dated: March 2, 2021                           617-603-1532

2

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

The undersigned counsel for the Proposed Intervenors certify that they have conferred with counsel for Plaintiff and Defendants by telephone on March 2, 2021, to narrow or resolve the issues raised in the motion, specifically the Proposed Intervenors' request to intervene in this matter.

Dated: March 2, 2021

/s/ *Doreen Rachal*
Doreen M. Rachal (BBO# 667837)
drachal@sidley.com

**CERTIFICATE OF SERVICE**

I, Doreen M. Rachal, hereby certify that a true and accurate copy of this document, which was filed via the Court ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 2, 2021.

Dated: March 2, 2021

/s/ *Doreen Rachal*
Doreen M. Rachal (BBO# 667837)
drachal@sidley.com