**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEIL, HARDIN COLEMAN, LORNA RIVERA, JERI ROBINSON, QUOC TRAN, ERNANI DeARAUJO, and BRENDA CASSELLIUS, <br><br> Defendants, <br><br> and <br><br> COUNSEL FOR THE BOSTON BRANCH OF THE NAACP, GREATER BOSTON LATINO NETWORK, ASIAN PACIFIC ISLANDER CIVIC ACTION NETWORK, ASIAN AMERICAN RESOURCE WORKSHOP, MAIRENY PIMENTEL, and H.D., <br><br> Intervenors. | C.A. No. 1:21-cv-10330-WGY |

**NOTICE OF APPEARANCE OF ADAM S. GERSHENSON**

Kindly enter the appearance of Adam S. Gershenson, Esq. of Cooley LLP, 500 Boylston St., Boston, MA 02116-3736 as counsel for the Anti-Defamation League in the above-referenced matter.

Dated:  March 15, 2021

Respectfully submitted,

Anti-Defamation League

By Their Attorneys,


*/s/ Adam S. Gershenson*
Adam S. Gershenson (BBO #671296)
Cooley LLP
500 Boylston Street
Boston, MA 02116
Tel.: (617) 937-2300
Fax: (617) 937-2400
agershenson@cooley.com

2

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on this 15th day of March, 2021, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

/s/ Bryan Koch
Bryan Koch