UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEILL, HARDIN COLEMAN, LORNA RIVERA, JERI ROBINSON, QUOC TRAN, ERNANI DeARAUJO, and BRENDA CASSELLIUS, <br><br> Defendants, <br><br> THE BOSTON BRANCH OF THE NAACP, THE GREATER BOSTON LATINO NETWORK, ASIAN PACIFIC ISLANDER CIVIC ACTION NETWORK, ASIAN AMERICAN RESOURCE WORKSHOP, MAIRENY PIMENTAL, and H.D., <br><br> Defendants-Intervenors | Civil Action No. 1:21-cv-10330-WGY |

**INTERVENORS' SUPPLEMENTAL STATUS REPORT AND STATEMENT OF ADDITIONAL MATERIAL FACTS**

Intervenors, the NAACP – Boston Branch, the Greater Boston Latino Network, Asian Pacific Islander Civic Action Network, Asian American Resource Workshop, Maireny Pimentel, and H.D. (hereinafter "Intervenors"), respectfully submit the herein supplemental status report and additional facts that are relevant and material to the Court's resolution of this matter and are not adequately addressed in the Joint Agreed Statement of Facts. Defendants now agree to the inclusion of Exhibit 22 of the Declaration of Doreen Rachal (ECF 35-22).

1

**INTERVENORS' SUPPLEMENTAL STATEMENT OF
ADDITIONAL MATERIAL FACTS**

1. BPS has held at least two public information sessions on the highly selective public school admissions process for 2021-2022. On November 30, 2020 and December 8, 2020, BPS held public information sessions on Zoom with interpretation in Spanish and Mandarin and Cantonese, respectively. These sessions were recorded and remain available on the BPS website. [Exhibit 51].

2. Under the Interim Plan, BPS will invite students to attend the highly selective public schools in rounds, with 10% of seats offered in each round. Seat assignments will begin with zip codes with the lowest median family income. [Exhibit 66, Joint Agreed Statement of Facts].

Respectfully submitted,

NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
BOSTON BRANCH AND OTHER
INTERVENORS

By their attorneys,

/s/ *Mathilda S. McGee-Tubb*
Susan M. Finegan (BBO # 559156)
Mathilda S. McGee-Tubb (BBO # 687434)
Jason Burrell (BBO # 705180)
Laura Martin (BBO # 705617)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Tel: (617) 542-6000
smfinegan@mintz.com
msmcgee-tubb@mintz.com
jlburrell@mintz.com
lemartin@mintz.com

/s/ *Doreen M. Rachal*
Doreen M. Rachal (BBO # 667837)
Drew Domina (BBO# 703375)
SIDLEY AUSTIN LLP
69 State Street, 36th Floor
Boston, Massachusetts 02109
Tel: (617) 223-0300
drachal@sidley.com
ddomina@sidley.com

/s/ *Bethany Li*
Bethany Li (BBO # 673383)
Alex Milvae (BBO # 705668)
Jodie Ng, Law Student Intern
GREATER BOSTON LEGAL SERVICES
197 Friend Street
Boston, Massachusetts 02114
Tel: (617) 603-1532
bli@gbls.org

/s/ *Lauren Sampson*
Lauren Sampson (BBO # 704319)
Janelle Dempsey (BBO # 699379)
Oren Sellstrom (BBO # 569045)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, Fifth Floor
Boston, MA 02110
lsampson@lawyersforcivilrights.org
Tel: (617) 988-0609
lsampson@lawyersforcivilrights.org
jdempsey@lawyersforcivilrights.org
osellstrom@lawyersforcivilrights.org

Dated: March 16, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on March 16, 2021.

                                      /s/ *Doreen M. Rachal*
                                      Doreen M. Rachal

109530060v.2