UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEIL, HARDIN COLEMAN, LORNA RIVERA, JERI ROBINSON, QUOC TRAN, ERNANI DeARAUJO, AND BRENDA CASSELLIUS, <br><br> Defendants, <br><br> and <br><br> THE BOSTON BRANCH OF THE NAACP, GREATER BOSTON LATINO NETWORK, ASIAN PACIFIC ISLANDER CIVIC ACTION NETWORK, ASIAN AMERICAN RESOURCE WORKSHOP, MAIRENY PIMENTEL, and H.D., <br><br> Intervenors. | C.A. No. 1:21-cv-10330-WGY |

## NOTICE OF APPEARANCE OF MELANIE DAHL BURKE

Please enter the appearance of Melanie Dahl Burke as counsel for Amicus Curiae Massachusetts Law Reform Institute in the above-captioned matter.

Dated: March 19, 2021

Respectfully submitted,

MASSACHUSETTS LAW REFORM INSTITUTE

By its attorney,

*/s/ Melanie Dahl Burke*
Melanie Dahl Burke (BBO #688157)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Tel: 617-856-8200
Fax: 617-856-8201
mburke@brownrudnick.com