UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEIL, HARDIN COLEMAN, LORNA RIVERA, JERI ROBINSON, QUOC TRAN, ERNANI DeARAUJO, AND BRENDA CASSELLIUS, <br><br> Defendants, <br><br> and <br><br> THE BOSTON BRANCH OF THE NAACP, GREATER BOSTON LATINO NETWORK, ASIAN PACIFIC ISLANDER CIVIC ACTION NETWORK, ASIAN AMERICAN RESOURCE WORKSHOP, MAIRENY PIMENTEL, and H.D., <br><br> Intervenors. | C.A. No. 1:21-cv-10330-WGY |

## NOTICE OF APPEARANCE OF AMANDA BUCK VARELLA

Please enter the appearance of Amanda Buck Varella as counsel for Amicus Curiae Massachusetts Law Reform Institute in the above-captioned matter.

| | |
|---|---|
| Dated: March 19, 2021 | Respectfully submitted, |
| | MASSACHUSETTS LAW REFORM INSTITUTE |
| | By its attorney, |
| | /s/ *Amanda Buck Varella* |
| | Amanda Buck Varella (BBO #641736) |
| | BROWN RUDNICK LLP |
| | One Financial Center |
| | Boston, MA 02111 |
| | Tel: 617-856-8200 |
| | Fax: 617-856-8201 |
| | avarella@brownrudnick.com |