UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEIL, HARDIN COLEMAN, LORNA RIVERA, JERI ROBINSON, QUOC TRAN, ERNANI DeARAUJO, AND BRENDA CASSELLIUS, <br><br> Defendants, <br><br> and <br><br> THE BOSTON BRANCH OF THE NAACP, GREATER BOSTON LATINO NETWORK, ASIAN PACIFIC ISLANDER CIVIC ACTION NETWORK, ASIAN AMERICAN RESOURCE WORKSHOP, MAIRENY PIMENTEL, and H.D., <br><br> Intervenors. | C.A. No. 1:21-cv-10330-WGY |

**NOTICE OF APPEARANCE OF FRANCISCA D. FAJANA**

Please enter the appearance of Francisca D. Fajana as counsel for Amicus Curiae Massachusetts Law Reform Institute and others in the above-captioned matter.

2

Dated: March 22, 2021					Respectfully submitted,

MASSACHUSETTS LAW REFORM INSTITUTE

By its attorney,

*/s/ Francisca D. Fajana*
Francisca D. Fajana (BBO #564301)
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
Tel: 212.219.3360
FFajana@latinojustice.org