```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                                    )
BOSTON PARENT COALITION FOR         )
ACADEMIC EXCELLENCE CORP.,          )
                                    )
                Plaintiff,          )
        v.                          )    CIVIL ACTION
                                    )    NO. 21-10330-WGY
THE SCHOOL COMMITTEE OF THE         )
CITY OF BOSTON,                     )
ALEXANDRA OLIVER-DAVILA,            )
MICHAEL O'NEILL, HARDIN COLEMAN,    )
LORNA RIVERA, JERI ROBINSON,        )
QUOC TRAN, ERNANI DeARAUJO,         )
and BRENDA CASSELLIUS,              )
                                    )
                Defendants,         )
                                    )
THE BOSTON BRANCH OF THE NAACP,     )
THE GREATER BOSTON LATINO NETWORK,  )
ASIAN PACIFIC ISLANDER CIVIC        )
ACTION NETWORK, ASIAN AMERICAN      )
RESOURCE WORKSHOP,                  )
MAIRENY PIMENTAL, and H.D.,         )
                                    )
                Defendants-Intervenors. )
                                    )
_____)
```

YOUNG, D.J.                                         March 23, 2021

### ORDER

1. While the matter would appear to be easily proved, because the parties have not agreed to the facts that would confer organizational standing on the plaintiff Parent Coalition, the Court will need to conduct an evidentiary hearing to determine the issue. Not wanting to interfere with the run-up to the substantive oral arguments, this hearing will be set for Tuesday, April 6th, 2021 at

2:00 p.m. Should the parties stipulate to the necessary facts, however, no hearing will be required.

2. Because further evidentiary hearings may be necessary, the Boston School Committee shall, at the April 6th oral arguments, inform the Court how soon – after notice from the Court – it will be prepared to commence offering further evidence.

3. Oral arguments at the April 6th hearing shall proceed as follows:

    Plaintiff Parent Coalition 40 minutes

    Boston School Committee 30 minutes

    Intervenors 15 minutes

**SO ORDERED.**

/s/ WILLIAM G. YOUNG
WILLIAM G. YOUNG
DISTRICT JUDGE

[2]