UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEIL, HARDIN COLEMAN, LORNA RIVERA, JERI ROBINSON, QUOC TRAN, ERNANI DeARAUJO, and BRENDA CASSELLIUS, <br><br> Defendants, <br><br> and <br><br> THE BOSTON BRANCH OF THE NAACP, GREATER BOSTON LATINO NETWORK, ASIAN PACIFIC ISLANDER CIVIC ACTION NETWORK, ASIAN AMERICAN RESOURCE WORKSHOP, MAIRENY PIMENTEL, and H.D., <br><br> Intervenors. | C.A. No. 1:21-cv-10330-WGY |

**AMICUS CURIAE ANTI-DEFAMATION LEAGUE**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Amicus Curiae Anti-Defamation League hereby states that it is a nonprofit corporation that does not have a parent corporation and does not issue stock.

Dated:  March 24, 2021                Respectfully submitted,

Anti-Defamation League

By Their Attorneys,

*/s/ Adam S. Gershenson*
Michael N. Sheetz (BBO #548776)
Adam S. Gershenson (BBO #671296)
Cooley LLP
500 Boylston Street
Boston, MA 02116
Tel.: (617) 937-2300
Fax: (617) 937-2400
msheetz@cooley.com
agershenson@cooley.com
bkoch@cooley.com

Robby L.R. Saldaña (*pro hac vice* application forthcoming)
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC, 20004
Tel.: (202) 776-2109
Fax: (202) 842-7899
rsaldana@cooley.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 24th day of March, 2021, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

/s/ Bryan Koch
Bryan Koch