# **ADDENDUM**

## ADDENDUM

## STATEMENTS OF INTEREST FROM CERTAIN *AMICI CURIAE*

### Anti-Defamation League

ADL (the Anti-Defamation League) is a leading anti-hate organization founded in 1913 with a timeless mission to stop the defamation of the Jewish people and to secure justice and fair treatment for all. Education equity is central to ADL's work, and through our anti-bias education programming in K-12 schools, we have seen first-hand how diverse learning environments challenge students to explore new ideas, to see issues from other points of view, and to rethink their own premises and prejudices. ADL accordingly supports the School Committee of the City of Boston's decision to suspend the entrance exam and instead use criteria that value high academic standards, increased neighborhood equity, and socioeconomic inclusion to determine admission to its three highly selective exam schools. ADL further supports Intervenor-Defendants the Boston Branch of the NAACP, Greater Boston Latino Network, Asian Pacific Islander Civic Action Network, Asian American Resource Workshop, Maireny Pimentel, and H.D.

### Amplify Latinx

Amplify Latinx is a Massachusetts nonprofit organization of professionals, entrepreneurs, and advocates across sectors who seek to grow professionally and in their civic and political engagement to ultimately drive more significant equity for the Latinx community. We envision full representation of the Latinx community in decision-making roles across sectors resulting in economic and political equity for all Latinx. Amplify Latinx supports a network to advance into positions of power and influence professionally, civically, and politically. We believe that by advancing Latinx representation in decision-making roles, we create advocates for racial equity and economic mobility for Massachusetts's Latinx population. We believe that by breaking down barriers to educational opportunities and improved diversity in Boston schools, we collectively can improve economic mobility for Black and Brown communities in Massachusetts. Providing Boston Public School's Latinx students with educational opportunities will significantly enhance Latinx emerging leaders' future outcomes. It will better prepare the next generation for representing the Latinx community at decision-making tables.

### Black Economic Council of Massachusetts

The Black Economic Council of Massachusetts, Inc. ("BECMA") is a nonprofit organization headquartered in Boston and founded in November 2015 to help address the growing racial wealth gap. BECMA's mission is to advance the economic well-being of Black businesses, organizations, and residents of Massachusetts through advocacy, business and leadership development, and strategic partnerships. Representing the over 2,000 Black firms that employ 14,000 local residents, BECMA has a mandate to advocate for Black people across the diaspora on all issues regarding the economic development of our communities.

As future entrepreneurs and integral members of the workforce, BECMA knows that our children and youth are our community's most precious resource. Our interests in this case are simple and

clear: we are committed to ensuring that all students, especially Black students, receive equitable opportunities for success in the City of Boston. Educational opportunities and attainment are a key indicator for future economic and personal success, and we support admissions policies at Boston's exam schools that are informed and determined through a lens of equity. The COVID-19 pandemic and subsequent economic crisis has exacerbated the existing socioeconomic inequities facing children, youth, and families in the City of Boston. We support the Boston School Committee's temporary one-year measure to not require entrance exams while it seeks permanent solutions to longstanding issues of unequal access to the City's exam schools. BECMA knows the incredible opportunities afforded to students in the City's exam schools, and we applaud efforts to ensure diversity, equity, and inclusion—in all forms—so that students can learn and thrive in classrooms that reflect Boston, and ultimately, positively contribute to the local economy and the building of generational wealth.

**Boston Bar Association**

Amicus the Boston Bar Association ("BBA") traces its origins to meetings convened by John Adams, who provided pro bono representation to the British soldiers prosecuted for the Boston Massacre and went on to become the nation's second president. The BBA's mission is to facilitate access to justice, advance the highest standards of excellence for the legal profession, and serve the community at large. This case, which addresses a plan applicable only to the 2021-22 academic year at Boston's exam schools, implicates two of the most significant aspects of the BBA's mission: promoting education and diversity.

The Education Clause of the Massachusetts Constitution, the oldest functioning state constitution, was drafted by Adams and reportedly was his favorite provision of the document. *McDuffy v. Sec'y of the Exec. Office of Educ.*, 615 N.E.2d 516, 533 & n.40 (Mass. 1993). Consistent with that history, the BBA strives to further educational interests in the legal profession and in society. At the same time, the BBA has developed and implemented a number of diversity initiatives, including formally partnering with various affinity bar associations,[1] establishing a "Diversity, Equity, and Inclusion" section for its members, administering mentoring and judicial internship programs, and engaging in other pipeline and recruitment work with law schools and public schools. Since 1993, the BBA has managed a Summer Jobs Program designed to offer diverse high-school students from Boston public schools the opportunity to develop critical professional skills and learn about new career pathways. More recently, in response to a 2018 settlement in *S.A., et al. v. Boston Public Schools*, the BBA partnered with legal services on an initiative to inform community groups about new school-discipline rights and ensure that community members know how to report violations, to help keep students on a path toward educational (and professional) success.

---

[1] Affinity bar associations (sometimes referred to as special purpose bar associations) are formed to promote the administration of justice, improve relations between communities within the legal profession and the public, and serve the interests of local legal communities.

**Boston Red Sox**

The Boston Red Sox support the Boston Public Schools and its adoption of a new acceptance policy for the 2021-2022 school year that would provide a more equitable enrollment process to enable its three Exam Schools to better reflect the demographics of the entire city, rather than primarily its more affluent neighborhoods. Without direct access to the quality education delivered at the top three Exam Schools, our community's Black and Latinx youth will continue to be underrepresented in the places that would best prepare them for competitive opportunities in higher education and the workforce. In addition, over-reliance on a test, for which the majority of students lack extra opportunities and financial resources to prepare and practice, causes these prestigious schools to overlook talented students who would succeed in the classroom, thrive in this environment, and enable the schools themselves to reach their full potential. As we work towards achieving a more inclusive organization and evaluate our own internal practices, our work will be less impactful if major secondary schools take an overly narrow approach that limits the pipelines of talent being delivered to the local workforce. Boston's bright future relies upon the courage to make the changes necessary to reflect and promote the incredible growing diversity of our city. We cannot expect change by continuing to draw from the same well.

**Jewish Alliance for Law and Social Action**

The Jewish Alliance for Law and Social Action ("JALSA") is a membership-based non-profit organization based in Boston working for social and economic justice, civil and constitutional rights, and civil liberties for all. JALSA has a long history of supporting racial justice, education equity, and the ability of all people to live, work, and learn with dignity in a world of equal opportunity.

**King Boston**

King Boston envisions a radically inclusive and equitable Boston where BIPOC thrive, grounded in joy and wellbeing. Honoring King's legacy through the Embrace Memorial in Boston Common, our art and humanities-oriented Embrace Ideas, and the research-focused King Center for Economic Justice, the organization works to ensure that the city of Boston is a place where opportunity for all is a guarantee. During the 1965 Freedom Rally in Boston, the Kings and other Boston civil rights leaders outlined a foundation for social change in Boston. Through pathways of Education, Racial Equity, Housing, and Community Wealth Building, those leaders understood that economic justice is an essential measure of racial equity, inclusion, and justice. Over five decades later, those four pathways are still blocked for some Bostonians. King Boston works to clear those pathways. Education serves as one of the most critical resources to economic justice. Therefore, our public education system is key to providing access to a world-class learning environment. Dr. King stated that education has the opportunity to provide moral and civic education and prepare one for meaningful skill and work. The organization's work in education equity is part of a more extensive post-pandemic movement to dismantle structural racism, and fully realize the potential for everyone to thrive in the "New Boston."

**Massachusetts Immigrant and Refugee Advocacy Coalition**

The Massachusetts Immigrant and Refugee Advocacy Coalition ("MIRA") is the largest coalition in New England promoting the rights and integration of immigrants and refugees at the local, state, and national levels.  Based in Boston, MIRA is a dynamic and multi-ethnic coalition with more than 130 organizational members, including grassroots community organizations, refugee resettlement agencies, providers of social, legal and health services, faith-based organizations, and civil and human rights advocates.  Our collective mission is to ensure that the foreign-born have the opportunities and tools to participate fully in social, economic, and civic life.  Boston's foreign-born residents comprise nearly 30 percent of its population, often residing in ethnically distinct neighborhoods dispersed throughout the city.  The Boston Public School proposal would therefore cultivate the inclusion of top students from Boston's rich and diverse immigrant communities, consistent with MIRA's mission.

**Massachusetts LGBT Chamber of Commerce**

The Massachusetts LGBT Chamber of Commerce cultivates inclusive relationships between LGBT-owned businesses and the corporate sector to drive economic impact throughout the Commonwealth.  Our chamber strongly supports the action taken by the Boston School Committee.  For decades, young people, mostly white, have been advantaged by access to exam preparation courses and tutoring that is not available or within reach to all young people, especially those of color.  This much-needed change ensures that with a combination of academic rigor (GPA) and geographic equity, more students of color will have access to these high-achieving learning environments.  Our chamber is backed by 42 of the largest and most prominent corporations in Massachusetts.  The corporate business community seeks diverse talent to strengthen their missions, increase creativity, and better meet their target customers.  This community understands well that today's marketplace thrives from having well-credentialed graduates that represent Boston's racial demographics.

**Mental Health Legal Advisors Committee**

The Mental Health Legal Advisors Committee ("MHLAC") was established by the General Court in 1973 as an agency of the judiciary to provide representation to people with mental illness. Limits set on educational opportunities for our youthful clients, particularly those of color, can result in disillusionment that leads to dropping out. Research links the consequent poverty to mental illness symptomatology that might never emerge for people who lead lives marked by fulfilling careers. A significant portion of MHLAC resources are therefore directed toward opposing the erection and perpetuation of discriminatory barriers to educational opportunities, including in so-called advanced placements. In fact, MHLAC served on the working group that developed the interim exam school admissions policy at issue in this matter.

**New Commonwealth Racial Equity and Social Justice Fund**

The New Commonwealth Racial Equity and Social Justice Fund ("NCF") is a coalition of Black and Brown executives in Massachusetts who have come together to leverage their individual and collective power to work with community organizations and coalitions to address and eliminate

systemic racism and racial inequity in our Commonwealth. One of NCF's core objectives is improving education outcomes and learning environments for Black and Brown youth, to eliminate the well-documented education achievement gap faced by Black and Brown children in Massachusetts, including Boston. NCF supports the Boston School Committee and the NAACP Boston's geographical diversity plan for the Boston Exam Schools because it advances equitable access to Boston Exam Schools for economically marginalized communities of color and reduces systemic racism in educational outcomes. The Boston School Committee's diversity plan for exam schools promotes equitable outcomes for all of Boston's youth and families. This is a first, and necessary, step to investing in education equity across Boston Public Schools.

**Rapid7**

Rapid7 is a cybersecurity company headquartered in Boston. Rapid7's company culture focuses on diversity and inclusion as a key driver of creativity and innovation. Diverse teams not only make better business decisions and ultimately drive better business outcomes, they are also integral to the economic vitality of Boston and society at large. We are committed to recruiting, retaining and developing high-performing, innovative and engaged employees with backgrounds and experiences as diverse as those of our customers. In 2018, we launched a diversity initiative (50/50 by 2020) to increase the number of under-represented groups (women and people of color) to half of the employee base in the United States by the end of 2020. Rapid7 also partners with STEM and inclusion-focused programs to promote technology education for all. While we have made great progress from where we started in these organizational efforts, we are concerned with the broader equity and talent pipeline issues that are the consequence of an education system in which the graduates of STEM programs tend to be disproportionately white and male. Disparities in STEM education are ultimately reflected in the makeup of the sector's workforce, which makes it more challenging to consistently recruit talent from diverse backgrounds. We believe efforts like those supported by this brief will expand opportunities for underrepresented groups to receive high quality education and access to top high schools, and can in turn set out on a trajectory to fill critical technical positions for technology employers like Rapid7 in the future.