UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEIL, HARDIN COLEMAN, LORNA RIVERA, JERI ROBINSON, QUOC TRAN, ERNANI DeARAUJO, and BRENDA CASSELLIUS, <br><br> Defendants <br><br> and <br><br> THE BOSTON BRANCH OF THE NAACP, THE GREATER BOSTON LATINO NETWORK, ASIAN PACIFIC ISLANDER CIVIC ACTION NETWORK, ASIAN AMERICAN RESOURCE WORKSHOP, MAIRENY PIMENTAL, and H.D., <br><br> Defendants-Intervenors. | Civil Action No. 1:21-cv-10330-WGY |

**FIRST AMENDED VERIFIED COMPLAINT EXHIBIT LIST**

| Exhibit | Location |
|---|---|
| Exhibit A | Embedded in Amended Complaint, first referenced at ¶35 |
| Exhibit B | Embedded in Amended Complaint, first referenced at ¶40 |
| Exhibit C | Embedded in Amended Complaint, first referenced at ¶42 |
| Exhibit D | Attached |
| Exhibit E | Embedded in Amended Complaint, first referenced at ¶44 |
| Exhibit F | Attached |