UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Boston Parent Coalition for Academic Excellence Corp.

                    Plaintiff

                                                         CIVIL ACTION
          V.
The School Committee of the City of Boston et al         NO. <u>21cv10330-WGY</u>

                    Defendants


## <u>JUDGMENT</u>

<u>YOUNG, D. J.</u>

In accordance with the FINDINGS OF FACT, RULINGS OF LAW, AND ORDER FOR JUDGMENT entered on April 15, 2021, JUDGMENT is hereby entered for the School Committee DEFENDANTS against PLAINTIFF Boston Parent Coalition for Academic Excellence Corp..

                                                   By the Court,

APRIL 15, 2021                                     /s/Matthew A. Paine

          Date                                     Deputy Clerk