# United States Court of Appeals
For the First Circuit

No. 21-1303

BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP.,

Plaintiff, Appellant,

v.

THE SCHOOL COMMITTEE OF THE CITY OF BOSTON; ALEXANDRA OLIVER-DAVILA; MICHAEL O'NEILL; HARDIN COLEMAN; LORNA RIVERA; JERI ROBINSON; QUOC TRAN; ERNANI DEARAUJO; BRENDA CASSELLIUS,

Defendants, Appellees,

THE BOSTON BRANCH OF THE NAACP; THE GREATER BOSTON LATINO NETWORK; ASIAN PACIFIC ISLANDER CIVIC ACTION NETWORK; ASIAN AMERICAN RESOURCE WORKSHOP; MAIRENY PIMENTAL; H.D.,

Defendants, Intervenors, Appellees.

**ORDER OF COURT**

Entered: April 28, 2021

Now before the court are three motions. First, defendants' motion for leave to file sur-reply to plaintiff-appellant's reply to opposition to the emergency motion for injunction pending appeal is granted. Second, plaintiff's contingent motion for leave to file sur-sur reply is also granted. All parties are warned not to expect as a matter of course that leave will be granted to file sur-replies on subsequent motions or on the merits of the appeal.

Third, the unopposed motion to amend the case caption and for leave to intervene filed by the Boston Branch of the NAACP, the Greater Boston Latino Network, Asian Pacific Islander Civic Action Network, Asian American Resource Workshop, Maireny Pimental, and H.D. is granted.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. William G. Young, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, William H. Hurd, Callan G. Stein, Christopher W. Carlson Jr., Mary Grace White Metcalfe, Kay H. Hodge, John Matthew Simon, Catherine A. Lizotte, Daniel S. Manning, Susan M. Finegan, Andrew N. Nathanson, Doreen M. Rachal, Oren McCleary Sellstrom, Mathilda McGee-Tubb, Lauren A. Sampson, Amanda L. Clairmont, Janelle Heather Dempsey, Alexander JB Milvae, Bethany Y. Li, Drew A. Domina, Jason L. Burrell-Delrosario, Laura E. Martin, Marc John Randazza, Gordon M. Fauth Jr., Kathleen B. Boundy, Michael N. Sheetz, Adam S. Gershenson, Bryan Koch, Robby L.R. Saldana, Amanda Buck Varella, Virginia Benzan, Brian M. Alosco, Melanie Burke, Francisca Fajana