UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEILL, HARDIN COLEMAN, LORNA RIVERA, JERI ROBINSON, QUOC TRAN, ERNANI DeARAUJO, and BRENDA CASSELLIUS, <br><br> Defendants, <br><br> and <br><br> COUNSEL FOR THE BOSTON BRANCH OF THE NAACP, GREATER BOSTON LATINO NETWORK, ASIAN PACIFIC ISLANDER CIVIC ACTION NETWORK, ASIAN AMERICAN RESOURCE WORKSHOP, MAIRENY PIMENTEL, and H.D, <br><br> Intervenors. | Civil Action No. 1:21-cv-10330-WGY |

## AFFIDAVIT OF HENRY C. LUTHIN

I, Henry C. Luthin, do hereby state and depose as follows:

1. I am the Corporation Counsel for the City of Boston. From 2008 to March 8, 2021, I was First Assistant Corporation Counsel for Government Services (First Assistant), one of the two First Assistants in the Law Department. At the time I was First Assistant, I worked on various issues, among them issues relating to public records.

1

2. Following the meeting of the Boston School Committee on October 21-22, 2020, the School Department received, on the evening of October 22, the following public records request from James Vaznis of the Boston Globe:

> Under the state's public records law and the state's open meeting law, I am seeking copies of all cellular telephone text messages and emails related to BPS issues that were sent and received by each Boston School Committee member during their meeting that began on Oct. 21 and that ended on Oct. 22. This request applies to all members who sat on the committee for the Oct. 21 meeting, including then-Chair Michael Loconto.

3. I conferred with Attorney Catherine Lizotte, Legal Advisor to the Boston Public Schools, and Attorney Shawn Williams, Director of Public Records on a response within the parameters of the Public Records Law, M.G.L. C. 66, § 10(a) and M.G. L. C. 4, § 7(26).

4. Text messages responsive to Mr. Vaznis' request were transcribed and those portions dealing with BPS issues were provided to him.

Sworn under the pains and penalties of perjury this 6th day of July, 2021

_____
Henry C. Luthin