# Exhibit A

| | |
|---|---|
| **From:** | Stein, Callan G. |
| **Sent:** | Saturday, March 6, 2021 10:56 PM |
| **To:** | Kay Hodge; John Simon; lasampson418@gmail.com; drachal@sidley.com; ddomina@sidley.com; amilvae@gbls.org; bli@gbls.org; osellstrom@lawyerscom.org; Lizotte, Catherine |
| **Cc:** | Hurd, William H.; Metcalfe, Mary Grace; Carlson, Chris W. |
| **Subject:** | Boston Parent Coalition for Academic Excellence Corp. v. The School Committee of the City of Boston, et al. (1:21-cv-10330-WGY) |
| **Attachments:** | 2021.03.06.  Index of Exhibits to Agreed Statement of Facts - Workshare Links.DOCX |

Counsel,

As ordered by Judge Young during our conference this past week, the Parties are to submit an agreed statement of facts to the Court by the close of business on Monday, March 15. I discussed this submission with counsel for the Boston School Committee yesterday evening and, in furtherance of that discussion, we have prepared the attached preliminary index of documents to submit to the Court in support of the agreed statement. The index is attached, and it contains embedded links to each document in Workshare for your convenience. The Workshare folder can also be directly accessed at this link: https://troutman.workshare.com/#folders/GBZchPwZlnd4Q8n2.

While we make this preliminary submission for your consideration, we will be proposing additional facts and/or documents early next week.

Please let us know if you have any difficulty accessing the documents. We look forward to discussing further at your earliest convenience.

**Callan G. Stein**
**Partner**
Direct: 617.204.5103 | Internal: 815-5103
callan.stein@troutman.com
_____

**troutman pepper**
19th Floor, High Street Tower, 125 High Street
Boston, MA 02110-2736
troutman.com
_____

**A HIGHER COMMITMENT TO CLIENT CARE**

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

1

Attachment

# Boston Parent Coalition for Academic Excellence Corp. v. The School Committee of the City of Boston
## Exhibits to Agreed Statement of Facts

|  | DOCUMENT | WORKSHARE LINK | NOTES |
|---|---|---|---|
|  | **Previous Meeting Minutes** |  |  |
| 1. | Minutes of the Boston School Committee meeting held July 22, 2020 | LINK | Video available here |
| 2. | Minutes of the Boston School Committee meeting held August 5, 2020 | LINK | Video of the meeting is available as part 1 and part 2. |
| 3. | Minutes of the Boston School Committee meeting held September 30, 2020 | LINK | Video available as part 1 and part 2 |
|  | **October 8, 2021 Meeting** |  |  |
| 4. | Minutes of the Boston School Committee meeting held October 8, 2020 | LINK |  |
| 5. | *Recommendations of Exam Schools Admission Criteria for School Year 2021-2022*, October 8, 2020 | LINK |  |
| 6. | *Admissions Recommendation*, October 5, 2020 | LINK |  |
| 7. | Transcript of the October 8, 2020 Boston School Committee Meeting | LINK | Meeting publicly available here: https://www.youtube.com/watch?app=desktop&v=nS9vXCrLPy4 |
|  | **October 21, 2020 Meeting** |  |  |
| 8. | Minutes of the Boston School Committee meeting held October 21, 2020 | LINK |  |
| 9. | *Recommendations of Exam Schools Admission Criteria for School Year 2021-2022*, October 21, 2020 | LINK |  |
| 10. | *Questions from Michael O'Neill* | LINK |  |
| 11. | Transcript of the October 21, 2020 Boston School Committee Meeting | LINK | Meeting publicly available here: https://youtu.be/SOIrMza7Nu8 and here: https://youtu.be/SWkveykoTEY |
|  | **Boston Public Schools Website Pages** |  |  |
| 12. | *Boston Public Schools Announces Exam School Admission Criteria Working Group*, | LINK | https://www.bostonpublicschools.org/site/default.aspx?PageType=3&DomainID=4&ModuleInstanceID=14&ViewID=6446EE88-D30C-497E-9316-3F8874B3E108&RenderLoc=0&FlexDataID=29149&PageID=1 |

|  | DOCUMENT | WORKSHARE LINK | NOTES |
|---|---|---|---|
| 13. | *Additional Background Information and Data Reviewed by the Boston Public Schools Exam Schools Admissions Criteria Working Group* | LINK | https://www.bostonpublicschools.org/Page/6594 |
| 14. | *Exam Schools* | LINK | https://www.bostonpublicschools.org/Page/6594 |
| 15. | *2020-2021 BPS Exam Schools Admissions Process, as posted on the Boston Public Schools* | LINK | https://www.bostonpublicschools.org/Page/6594 |
| 16. | *Exam Schools Admissions Criteria Working Group Simulations Overview* | LINK | https://www.bostonpublicschools.org/Page/8513 |
|  | **Documents Prepared by Boston Public Schools and Obtained Through Public Records Requests** |  |  |
| 17. | An updated Boston Public Schools presentation entitled, *Exam School Admissions: Grade Point Average Fact Sheet, 2021-2022 Cycle* | LINK |  |
| 18. | "Analysis of Possible Admissions Criteria Changes" and "Results of Criteria Changes to Invitations" | LINK |  |
| 19. | "Zip Code Simulations", "Simulation: Applicant Pool", "Simulation: Models", and "Simulation Results" | LINK |  |
| 20. | "Applicant Pool", "Simulations Overview", "Simulation Detail: City Proportions", "Simulation Detail: BPS Proportions", and "Zip Code Distribution" | LINK |  |
| 21. | "Simulation: SY20-21 Invitations Using GPA + Zip Code" | LINK |  |
| 22. | "Simulation: SY20-21 Invitations Using Zip Code" | LINK |  |
| 23. | "Zip Code Simulations" and "Simulation: SY20-21 Invitations Using GPA + Zip Code" | LINK |  |
|  | **U.S. Census Bureau Statistics** |  |  |
| 24. | *American Community Survey Demographic and Housing Estimates* from the United States Census Bureau for the following ZIP codes<br>• 02108 (Beacon Hill)<br>• 02109 (Downtown)<br>• 02110 (Downtown)<br>• 02111 (Chinatown) | CLICK ON INDIVIDUAL ZIP CODES AT LEFT | Obtained from https://data.census.gov/cedsci/: |

| DOCUMENT | WORKSHARE LINK | NOTES |
|---|---|---|
| <ul><li>02113 (North End)</li><li>02114 (Beacon Hill/West End)</li><li>02115 (Fenway)</li><li>02116 (Back Bay)</li><li>02199 (Back Bay)</li><li>02118 (South End)</li><li>02119 (Roxbury)</li><li>02120 (Roxbury)</li><li>02121 (Roxbury)</li><li>02122 (Dorchester)</li><li>02124 (Dorchester)</li><li>02125 (Dorchester)</li><li>02126 (Mattapan)</li><li>02127 (South Boston)</li><li>02128 (East Boston)</li><li>02129 (Charlestown)</li><li>02130 (Jamaica Plain)</li><li>02131 (Roslindale)</li><li>02132 (West Roxbury)</li><li>02134 (Allston)</li><li>02163 (Allston)</li><li>02135 (Brighton)</li><li>02136 (Hyde Park)</li></ul> | | |

114042888v1

| DOCUMENT | WORKSHARE LINK | NOTES |
|---|---|---|
| - 02210 (Seaport)<br>- 02215 (Fenway/Kenmore) | | |