# Exhibit B

| | |
|---|---|
| **From:** | Stein, Callan G. |
| **Sent:** | Friday, March 12, 2021 9:42 PM |
| **To:** | Kay Hodge; John Simon |
| **Cc:** | Hurd, William H.; Metcalfe, Mary Grace; Carlson, Chris W. |
| **Subject:** | RE: Boston Parent Coalition for Academic Excellence Corp v. The School Committee of the City of Boston |
| **Attachments:** | Doc. 26.pdf; Doc. 27.pdf; Doc. 25..pdf; 2021.03.12.  Proposed Statement of facts (with highlighting).DOCX |

Kay and John:

Further to my email below, I am attaching here: (1) the Proposed Statement of Fact with some colored highlighting (which is explained in the document) that we think will help guide our discussion tomorrow; and, (2) three additional documents—cited in the attached Proposed Statement—that we proposed including in the Statement.

Again, the purpose of sending these documents is to help tee up our conversation tomorrow. Please let us know ASAP if you are able to make a 2pm call.

Thanks, and have a nice evening.

Best, Cal

**Callan G. Stein**
**Partner**
**troutman pepper**
Direct: 617.204.5103 | Internal: 815-5103
callan.stein@troutman.com

**From:** Stein, Callan G.
**Sent:** Friday, March 12, 2021 8:41 PM
**To:** Kay Hodge ; John Simon
**Cc:** Hurd, William H. ; Metcalfe, Mary Grace ; Carlson, Chris W.
**Subject:** Boston Parent Coalition for Academic Excellence Corp v. The School Committee of the City of Boston

Kay and John:

Per our discussion earlier, are you both available for a call tomorrow (Saturday) at 2pm to hopefully agree on a statement of facts? We are working on, and will circulate later tonight, a document that will help identify the areas of agreement/disagreement and should help serve as a basis for the our call tomorrow.

Please let us know ASAP if 2pm works for you tomorrow.

**Callan G. Stein**
**Partner**
Direct: 617.204.5103 | Internal: 815-5103
callan.stein@troutman.com

**troutman pepper**

19th Floor, High Street Tower, 125 High Street
Boston, MA 02110-2736
troutman.com

_____

**A HIGHER COMMITMENT TO CLIENT CARE**

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

Attachment 1

Transcription of October 21, 2020 Text Messages

**Boston School Committee Vice-Chairperson Alexandra Oliver-Davila (AOD)**

**Boston School Committee Member Lorna Rivera (LR)**

---

**AOD**   What did I just miss? Was that ML saying Shannana and booboo??? My ADD is killing me here!

**LR**    I think he was making fun of the Chinese names! Hot mic!!!

**AOD**   That's what I thought. Omfg he's gonna get killed someone is going to go back and capture that

**LR**    I almost laughed out loud. Getting giddy here!
          Someone already captured Brenda on cell in twitter (?)!

**AOD**   I've been getting some funny tweets tonight it's hard not to smile or laugh.
          Yikes.

**LR**    Dios mia!!

**AOD**   No comment

**LR**    People tweeting about loconto hot mic!!
          Anissa said WTF!

**AOD**   Oh no! It's gonna be ugly

**LR**     Someone texted me Loconto should resign, but I don't have them in my contacts

**AOD**   Oh boy How/where do I look on Twitter - sorry I'm old I'm not good at twitter

**LR**    Send me your handle and I will forward some
          Or look up Anissa tweets

**AOD**   Alexoliver 33

          Do we acknowledge the apology? What do we do??

**LR**    Did you see some of the tweets? I feel bad for loconto. Is he going to resign??

**AOD**   I feel bad too because he really was the person who pushed this forward with the Mayor
          Idk if he will do it or not

**AOD**   I am not going to interrupt (?) him! Let him have his time. He *needs* it.

**LR**    Trying to redeem himself - [winking emoji]
          Good night!

**AOD**   Good night.

**LR**    Good morning, actually!

Attachment 2

Transcription of October 21, 2020 Text Messages

**Boston School Committee Vice-Chairperson Alexandra Oliver-Davila (AOD)**

**Boston Public Schools Superintendent Brenda Cassellius (BC)**

| | |
|---|---|
| **AOD** | Best meeting ever. Trying not to cry. What a great letter. |
| **BC** | Yup. I asked him to write it and I asked Tanisha to read it. Powerful. |
| **AOD** | Great idea! |