UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| **BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**THE SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEILL, HARDIN COLEMAN, LORNA RIVERA, JERI ROBINSON, QUOC TRAN, ERNANI DeARAUJO, and BRENDA CASSELLIUS,**<br><br>**Defendants**<br><br>and<br><br>**THE BOSTON BRANCH OF THE NAACP, THE GREATER BOSTON LATINO NETWORK, ASIAN PACIFIC ISLANDER CIVIC ACTION NETWORK, ASIAN AMERICAN RESOURCE WORKSHOP, MAIRENY PIMENTAL, and H.D.,**<br><br>**Defendants-Intervenors.** | **Civil Action No. 1:21-cv-10330-WGY** |

## NOTICE OF CORRECTION

Plaintiff Boston Parent Coalition for Academic Excellence Corp. ("the Boston Parents"), by and through its undersigned counsel, files this notice of correction related to its July 8, 2021 Reply Memorandum [Doc. 119]. There, the Boston Parents attributed a statement by the Court during the March 16, 2021 hearing in this matter to "The Honorable *Robert* Young". This

1

statement obviously should have been attributed to "The Honorable *William* Young", and counsel for the Boston Parents apologize to Judge Young for the error.

Dated:  July 9, 2021                                           Respectfully submitted:

                                                         */s/ Callan G. Stein*
                                        Callan G. Stein (BBO # 670569)
                                        TROUTMAN PEPPER HAMILTON SANDERS LLP
                                        125 High Street
                                        Boston, MA 02110
                                        Telephone: (617) 204-5100
                                        callan.stein@troutman.com

                                        William H. Hurd (Va. Bar # 16967) (*pro hac vice*)
                                        Christopher W. Carlson, Jr. (Va. Bar # 93043) (*pro hac vice*)
                                        TROUTMAN PEPPER HAMILTON SANDERS LLP
                                        1001 Haxall Point
                                        Richmond, VA 23219
                                        Telephone: (804) 697-1490
                                        william.hurd@troutman.com
                                        chris.carlson@troutman.com

                                        Mary Grace W. Metcalfe (N.Y. Bar #5377932) (*pro hac vice*)
                                        TROUTMAN PEPPER HAMILTON SANDERS LLP
                                        875 Third Avenue
                                        New York, NY 10022
                                        Telephone: (212) 704-6000
                                        marygrace.metcalfe@troutman.com (*pro hac vice*)

                                        *Counsel for Plaintiff*

## Certificate of Service

I, Callan G. Stein, certify that the foregoing document was filed this date via the Court's CM/ECF filing system and will be sent electronically to the registered participants in this action.

                                                */s/ Callan G. Stein*