UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEIL, HARDIN COLEMAN, LORNA RIVERA, JERI ROBINSON, QUOC TRAN, ERNANI DeARAUJO, and BRENDA CASSELLIUS,<br><br>    Defendants,<br><br>THE BOSTON BRANCH OF THE NAACP, THE GREATER BOSTON LATINO NETWORK, ASIAN PACIFIC ISLANDER CIVIC ACTION NETWORK, ASIAN AMERICAN RESOURCE WORKSHOP, MAIRENY PIMENTAL, and H.D.,<br><br>    Defendants-Intervenors. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:21-cv-10330-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF JOHN M. SIMON REGARDING TEXT MESSAGES

John M. Simon, on oath, deposes and says:

1.    I am an attorney licensed to practice law in the Commonwealth of Massachusetts and was admitted to the bar on November 4, 1999. I am a member in good standing of the bars of Massachusetts, Connecticut, the District of Columbia and Pennsylvania, as well as the United States Supreme Court, the U.S. Courts of Appeals for the First and Second Circuits, this Court and the U.S. District Court for the District of Connecticut. I hold a law degree from George

Washington University and a Bachelor of Arts degree in History and International Relations from Brown University.

2. The facts stated herein are based on my personal knowledge and on the contents of the documents included in the record of the case and the documents attached to the Affidavit of Kay H. Hodge.

3. I am a partner at Stoneman, Miller & Chandler, LLP. I assisted attorney Kay Hodge, lead trial counsel, in representing School Committee of the City of Boston and the other named defendants in this action (collectively referred to as "BPS").

4. I have read the affidavit of Kay Hodge and state that, to the extent that I have direct knowledge thereof, the statements and facts contained therein are true.

5. At no time did I intend to mislead the Court in any way by participating in the preparation of the Agreed Joint Statement of Facts and further respectfully state that, for the reasons identified in Kay Hodge's affidavit and the legal brief filed on our behalf, I do not believe that I made a false statement to the Court by having my name included on the Agreed Statement.

Signed under the pains and penalties of perjury.

Dated:  August 9, 2021

_____
John M. Simon