# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BOSTON PARENT COALITION FOR
ACADEMIC EXCELLENCE CORP.,

        Plaintiff,

v.

THE SCHOOL COMMITTEE OF THE CITY
OF BOSTON, ALEXANDRA
OLIVER-DAVILA, MICHAEL O'NEILL,
HARDIN COLEMAN, LORNA RIVERA,
JERI ROBINSON, QUOC TRAN, ERNANI
DeARAUJO, and BRENDA CASSELLIUS,

        Defendants,

and

COUNSEL FOR THE BOSTON BRANCH
OF THE NAACP, GREATER BOSTON
LATINO NETWORK, ASIAN PACIFIC
ISLANDER CIVIC ACTION NETWORK,
ASIAN AMERICAN RESOURCE
WORKSHOP, MAIRENY PIMENTEL, and
H.D,

Intervenors.

Civil Action No. 1:21-cv-10330-WGY

<u>SECOND AFFIDAVIT OF CATHERINE LIZOTTE</u>

I, Catherine Lizotte, do hereby depose and state as follows:

1.      I am an attorney licensed to practice law in the Commonwealth of Massachusetts

and was admitted to the bar on November 30, 2006. I am a member of the bar of this Court. I am

a graduate of Saint Anselm College (B.A. 1996) and Suffolk University School of Law (J.D.

2006).

2.        I previously submitted an Affidavit in this matter on July 6, 2021 and I incorporate that declaration by reference. The facts stated in this and in my earlier affidavit are based on my personal knowledge and experience and on the documents submitted in this case, including those attached hereto.

3.        I currently serve as the Legal Advisor to Boston Public Schools ("BPS") and have served in this position since February 2019.  BPS is a department of the City of Boston ("City"). In my role as Legal Advisor, I oversee the Office of Legal Advisor.  While the Office of Legal Advisor is a part of the City of Boston Law Department and is overseen by the Corporation Counsel of the City of Boston, it is located at BPS's central office. I report to the First Assistant Corporation Counsel for Government Services and to the Corporation Counsel.

4.        In my role as Legal Advisor, I perform a variety of legal functions for BPS, including advising the Superintendent, senior BPS staff and the Boston School Committee on legal issues, performing transactional work, responding to public records requests, and overseeing a team of attorneys who represent BPS in civil and special education litigation.

5.        On behalf of the City and in my role as Legal Advisor, I frequently respond to public records requests and am familiar with and follow state law and the guidance published by the Commonwealth's Division of Public Records.  Public records requests are an important part of my duties as a municipal attorney and I have responded to hundreds of them during my career. The Office of Legal Advisor and the Law Department take them quite seriously and give them great attention.

6.        On October 22, 2020, BPS received the following public records request from James Vaznis at the Boston Globe:

Hi all,
Under the state's public records law and the state's open meeting law,

2

> I am seeking copies of all cellular telephone text messages and emails related to BPS issues that were sent and received by each Boston School Committee member during their meeting that began on Oct. 21 and that ended on Oct. 22. This request applies to all members who sat on the committee for the Oct. 21 meeting, including then-Chair Michael Loconto.
> Thank you for your help with this.
> Best,
> Jamie

See Email Request dated October 22, 2020, attached hereto as Exhibit 1.

7.     Upon receiving this request, I sought to determine whether any text messages existed that were responsive to the request.  As School Committee members do not possess publicly-issued devices, their text messages are not in the City's possession, custody and control and must be requested from the members.  At my request, responding members provided potentially responsive records from their personal devices to me. See October 27, 2020 Email, attached hereto as Exhibit 2.  School Committee members Jeri Robinson, Michael O'Neill, Lorna Rivera and Alexandra Oliver-Dàvila provided their messages.  Dr. Hardin Coleman confirmed that he did not have responsive messages.  Quoc Tran and Michael LoConto did not provide messages.  I reviewed and analyzed whether any of the texts from the personal devices of School Committee members were responsive to the request.

8.     In reviewing and analyzing the text messages, I was mindful of the following:

a.   A public record is a record "made or received by" a public employee acting in his or her capacity as a public employee.  M.G.L. c. 4, § 7 (26).

b.   Not every communication sent by a school committee member on a private device is "made or received" in his or her official capacity or pertains to matters under the committee's purview.  See Guide for Members of Public Boards and Commissions, Massachusetts Office of the Inspector General ("the Guide") at 11

3

(2017)   The Guide is attached hereto as Exhibit 3.

    c.   A case-by-case determination, sometimes with the assistance of knowledgeable colleagues, must be made about each communication, or portion of a communication, each of which may contain various opinions or observations, to determine whether it was made in one's public or private capacity.

9.      In consultation with then Corporation Counsel Eugene O'Flaherty, then First Assistant Corporation Counsel for Government Services Henry C. Luthin, and the Director of Public Records Shawn A. Williams, a final determination was made concerning which records were responsive to the Boston Globe's request because they were made in a member's official capacity or concerned matters under the committee's purview.

10.     At the same time that we were analyzing the public or private nature of each message, we were trying to determine the clearest way to present the content of the messages. Some of the screenshots of the text messages were difficult to read in their original form, and we were not able to enlarge them without significantly compromising their resolution.  See Examples, attached as Exhibits 4, 5, 6, 7, and 8.  As a result, we created a document in which we transcribed the content of the text messages.  After discussion about whether to produce the original screenshots or the transcribed document, we ultimately determined that, for readability purposes, producing the transcribed document was the best course of action.

11.     The transcribed document contained stars to indicate the end of a conversation between two individuals within a particular time frame.  See Transcription of Text Messages, attached hereto as Exhibit 9.  Because the portions of text messages deemed unrelated to a member's official capacity were not considered responsive to the request, we omitted these rather than include them in redacted form in the document.  The document did not otherwise

contain ellipses or other indicators of omitted text.  Instead, the fact that omissions had been made was noted in the cover letter enclosing the document.

12.   Specifically, with respect to the text messages, the cover letter stated the following:

> With respect to text messages, it is important to note that none of the members possess a mobile phone that is owned by BPS or the City of Boston. Each member was contacted and asked to provide text message records from the respective personal devices that are responsive to your request. While no portions of texts were redacted based on statutory exemptions to the public records law, BPS did omit portions deemed not "related to BPS issues."

See Cover Letter dated November 5, 2020 and accompanying records, attached hereto as Exhibit 10.

13.   Beginning on page 11, in addition to the transcription document, emails responsive to the request were also provided.  See Responsive Emails, attached hereto as Exhibit 11.

14.   I was given approval to send the records to the Boston Globe on November 5, 2020.

15.   The City did not receive an objection or appeal to its November 5, 2020 response to the Globe, nor was a timely appeal made to the Commonwealth's Public Records Division.

16.   On November 19, 2020, a public records requestor named Darragh Murphy made six public records requests related to the 2019-2020 and 2020-2021 exam school admissions cycles.  See November 19, 2020 requests, attached hereto as Exhibits 12, 13, 14, 15, 16, and 17. The requests sought a broad array of statistics, calculations, data sets, simulations, and other information related to how the Exam School Working Group made its recommendation to the Boston School Committee in October, 2020.  One of the requests sought the following:

> [c]opies of all electronic communications, including emails, text messages, voicemails, social media messages, tweets, etc, to and from Superintendent Cassellius, her staff and/or assistants, and all members of the Boston School Committee, and all members of the Exam School Working Group regarding

5

the Exam School Working Group, including electronic attachments to all electronic communications.

17.     In her November 19, 2020 request, Darragh Murphy did not identify herself as being affiliated with any particular group.

18.     On November 20, 2020, the Boston Parent Coalition for Academic Excellence ("BPCAE") made a public records request containing fifteen (15) separate requests for information or data sets regarding the October 21, 2020 exam school admissions presentation to the Boston School Committee. See November 20, 2020 request, attached hereto as Exhibit 18. On January 13, 2021, BPS responded to BPCAE's request. See January 13, 2021 response, attached hereto as Exhibit 19.

19.     On January 13, 2021, BPS also responded to all six of Darragh Murphy's November 19, 2020 requests.   See January 13, 2021 requests, attached hereto as Exhibit 20 Regarding the request for electronic communications, the text messages provided to the Boston Globe in November 2020 were excluded from this response, because the request was limited to "electronic communications . . . regarding the Exam School Working Group." As a result, the records provided in response to this request were limited to those that specifically referenced "the Exam School Working Group."

20.     The City did not receive an objection or appeal to either of the January 13, 2021 responses.

21.     On February 12, 2021, Darragh Murphy made another public records request for de-identified lists of students who applied for or were included in the exam school applicant pool for school year 2021-2022. See February 12, 2021 request, attached hereto as Exhibit 21.

22.     In her February 12, 2021 request, Darragh Murphy did not, again, identify herself as being affiliated with any particular group.

6

23.     On February 23, 2021, Darragh Murphy made another public records request seeking the GPAs and zip codes of students who were in the exam school applicant pool for school year 2021-2022, written transcripts of the October 8 & 21, 2020 Boston School Committee meetings, and the following:

> Copies of ALL electronic text messages, instant messages, and any other form of electronic communication sent and/or received, including any and all "group" messages sent and/or received by more than one of the following listed individuals, during the School Committee meeting scheduled for October 21, 2020, from the time the meeting started on 10/21/2020 until it was officially adjourned on Thursday, October 22, 2020, between and among each and all of the following: Superintendent Brenda Cassellius SC Chair Michael Loconto SC Members: Lorna Rivera Jeri Robinson Michael O'Neil Alexandra Oliver-Davila Hardin LK Coleman Quoc Tran.

See February 23, 2021 Request, attached hereto as Exhibit 22.

24.     In her February 23, 2021 request, Darragh Murphy did not identify herself as being affiliated with any particular group.

25.     The plaintiff filed its lawsuit on February 26, 2021.  I accepted service on behalf of the defendants on February 26, 2021.  While the Legal Advisor would not ordinarily represent the City in a litigation matter, due to the short time period between the filing of the complaint and the scheduled hearing on the plaintiff's motion for a preliminary injunction, I filed an appearance in this matter on behalf of the defendants on February 27, 2021.  See Lizotte Notice of Appearance, attached hereto as Exhibit 23.

26.     Over the weekend of February 27-28, 2021, the City retained attorney Kay Hodge of the firm Stoneman, Chandler & Miller LLP as outside counsel to represent the City in this matter.

27.     After this Court's March 3, 2021 order collapsing the motion for a preliminary injunction with a trial on the merits, requiring the parties to submit stipulated facts by March 15,

2021, setting a status conference for March 16, 2021, and ordering that no discovery was to be done prior to the hearing, I began assisting Attorney Hodge by connecting her with BPS staff and compiling data and other information to include in the City's draft Statement of Agreed Facts.

28.     On March 9, 2021, I responded to Darragh Murphy's February 23, 2021 requests. See March 9, 2021 response, attached hereto as Exhibit 24. With regard to the request for "ALL electronic text messages," I responded by providing a link to the same eight pages of transcribed text messages that the City had previously produced on November 5, 2020 to the Boston Globe because the City had already conducted an analysis under the public records law as to the public and private nature of each message.  The wording of Darragh Murphy's February 23, 2021 request seeking "ALL" text messages did not alter this determination of what was responsive to the request.  However, a link to the November 5, 2020 cover letter accompanying the Globe records, which specifically noted that "portions deemed not related to BPS issues" had been omitted, was inadvertently not included in the March 9, 2021 response.

29.     The City did not receive an objection or appeal to its March 9, 2021 response.

30.     On March 10, 2021, plaintiff's counsel sent an email to all counsel of record attaching plaintiff's first Draft Agreed Statement of Facts.  See March 10, 2021, 10:35 p.m. Email, attached hereto as Exhibit 25, and an attachment, attached hereto as Exhibit 26.  This draft did not include any text messages.

31.     On March 12, 2021, plaintiff's counsel sent an email to Attorney Hodge attaching three additional documents that plaintiff wished to incorporate into the Agreed Statement of Facts, as well as a revised version of plaintiff's Agreed Statement.  See March 12, 2021, 9:42 p.m. Email, attached hereto as Exhibit 27.

32.     Attorney Hodge forwarded the email and attachments to me on the morning of March 13, 2021.  See March 13, 2021, 8:52 a.m. Email, attached hereto as Exhibit 27.

33.     I recognized two of the attachments (attached to the email as "Doc 26" and "Doc 27") as excerpts from the transcribed text message document that the City had provided in its November 5, 2020 response to the Boston Globe's public records request.  See "Doc 26," attached hereto as Exhibit 28, and "Doc 27," attached hereto as Exhibit 29.

34.     Although I had also just provided these records in response to a public records request from Darragh Murphy, because I had sent her the same records that were sent to the Boston Globe, it was the response to the Boston Globe that was on my mind.

35.     The plaintiff's inclusion of an excerpt from the transcribed text message document did not alert me that Darragh Murphy was affiliated with the plaintiff.

36.     The March 12, 2021 version of plaintiff's Agreed Statement of Facts contained two new paragraphs relevant to the text messages — paragraphs 49 & 50.  See March 12, 2021 draft of Plaintiff's Statement of Agreed Facts, attached hereto as Exhibit 30.  Paragraph 49 read: "A true and accurate transcription of text messages between Boston School Committee Members, Vice-Chairperson Alexandra Oliver Davila and Lorna Rivera during the October 21, 2020 Boston School Committee meeting is attached as Document 26."  Paragraph 50 read: "A true and accurate transcription of text messages between Boston School Committee Member, Vice-Chairperson, Alexandra Oliver-Davila and Superintendent Brenda Cassellius during the October 21, 2020 Boston School Committee meeting is attached as Document 27."

37.     I informed Attorney Hodge that the two attachments ("Doc 26 & Doc 27") were provided in response to a public records request from the Boston Globe.  See March 13, 2021, 9:23 a.m. Email, attached hereto as Exhibit 31.

9

38.     Because I was not viewing the parties' development of the Agreed Statement of Facts through a discovery lens, but rather as a compilation of existing public records, I did not think of the portions of text messages that the City had withheld from its response to the public records request in November 2020.  Because I did not recall the redactions, I did not bring them to Attorney Hodge's attention.  In retrospect, had I gone back to the original documents, it would have refreshed my memory that redactions had been made in November 2020 and prompted me to alert Attorney Hodge so that she could inform the plaintiff.

39.     On Saturday, March 13, 2021 at 2 p.m., the parties had a Zoom call to discuss proposed agreed-upon facts.  This was the only meeting with the plaintiff's counsel that I attended.  I do not recall the text messages being discussed at the meeting.

40.     Thereafter, Attorney Hodge circulated several revised drafts of the Agreed Statement of Facts.  We exchanged many emails about other aspects of the Agreed Statement, but did not discuss or correspond about the text messages. We were primarily focused on working with BPS staff to ensure the accuracy of facts regarding data simulations and other statistics.  Simply put, because I did not think of the redactions that had been made in November 2020, it never occurred to me that they were relevant to the process of compiling documents and coming to agreements with the plaintiff, or to the litigation itself.  I now realize, that even in the absence of discovery, the omitted screenshots were relevant to the plaintiff's claims and, had I thought to examine them in their original form, it would have refreshed my memory as to the redactions and prompted me to bring them to the attention of Attorney Hodge and through her, to the plaintiff.

41.     On June 7, 2021, I learned that text messages between former Boston School Committee members Alexandra Oliver-Dávila and Lorna Rivera from the October 21 school

committee meeting had been disclosed to the press, and specifically, that portions of text message conversations that included the phrases "Wait until the white racists start yelling at us," "Sick of Westie whites," and "I hate WR" had been included.  That same day, a story appeared in the Boston Globe noting that the texts had been disclosed and that former School Committee member Rivera had resigned.  See Boston Globe June 7, 2021 article, attached hereto as Exhibit 32.

42.     Even though I had sent a public records response on March 9, 2021 that included the transcription of text messages provided to the Boston Globe on November 5, 2020, the day I learned about the disclosure was the first time since before this matter was filed that I thought of the portions of text messages that the City had withheld from its November 5, 2020 response as non-responsive to the Globe's request.

43.     Sometime between June 7 and June 10, 2021 (likely June 8, 2021), I informed Attorney Hodge of this issue by phone.

44.     Shortly thereafter, the City began receiving public records requests for all of the text messages from the October 21 meeting, including those that had been withheld from the November 2020 Boston Globe response.

45.     On June 10, 2021, at the request of Darragh Murphy, the City re-opened her public records request seeking text messages among School Committee members during the October 21, 2020 meeting.

46.     On June 16, 2021, Attorney Hodge forwarded an email to me from plaintiff's counsel, identifying the Darragh Murphy public records request to which BPS responded on March 9, 2021, as "our client's FOIA."  See June 16, 2021, 2:12 p.m. and 2:14 p.m. Emails,

11

attached hereto as Exhibit 33.  This was the first time I learned that Darragh Murphy was affiliated with the plaintiff in this matter.

47.     On Friday, June 18, 2021, the City sent the unredacted text messages to members of the press and other individuals who had requested them in June, 2021.  The City did this by uploading fifty-one (51) original screenshots of the text messages, including those with readability issues, to each requestor's file in the City's online public records system, GovQA.  A response letter also accompanied the screenshots.   See June 18, 2021 Response Letter, attached as Exhibit 34.

48.     I spoke with Attorney Hodge on the evening of June 18, 2021 and informed her that the City had sent out the unredacted text messages.

49.     On June 19, 2021, I sent Attorney Hodge the response letter that the City had sent to requestors on June 18, 2021.

50.     There was never any intention by me, or to my knowledge, by any other City attorney or representative of the City, to deprive the plaintiff of the redacted comments.  The redactions were made in early November, 2020 in response to a public records request by the press and were reasonable and consistent with the practice of Boston and other municipal attorneys.  There was no on-going litigation that would have alerted City attorneys to the legal significance of the redacted words or made them more memorable than many other redactions. While we may have, at the time, regarded the redacted comments as emotionally driven, impulsive and embarrassing, in the context of a public records request such characteristics do not have a bearing on the sole analysis of whether they were made in a member's official capacity. Even when viewing a version of the redacted transcript several months later, nothing, unfortunately, prompted me to recall the redactions.

Signed under the pains and penalties of perjury this 9th day of August, 2021.


_____
Catherine Lizotte

# EXHIBIT 1

# Public records request

**email: "james.vaznis@globe.com James Vaznis"**     **Thursday, October 22, 2020 at 9:08:09 PM Eastern Daylight Time**
To: email: "jpalumbo@bostonpublicschools.org Jonathan Palumbo" , email: "xandrews@bostonpublicschools.org Xavier Andrews"

Hi all,

Under the state's public records law and the state's open meeting law, I am seeking copies of all cellular telephone text messages and emails related to BPS issues that  were sent and received by each Boston School Committee member during their meeting that began on Oct. 21 and that ended on Oct. 22. This request applies to all members who sat on the committee for the Oct. 21 meeting, including then-Chair Michael Loconto.

Thank you for your help with this.

Best,
Jamie

Sent from my iPhone

# EXHIBIT 2

# Public records request re: October 21 meeting

**email: "clizotte@bostonpublicschools.org Lizotte,**      **Tuesday, October 27, 2020 at 9:45:30 AM Eastern Daylight Time Catherine"**

To: email: "alexodavila@gmail.com Alexandra Oliver-Davila" , email: "hcoleman2@bostonpublicschools.org" , email: "hardin@bu.edu" , email: "moneill2@bostonpublicschools.org Michael O\'Neill" , email: "moneill@zozimus.com" , email: "lrivera@bostonpublicschools.org" , email: "Lorna.Rivera@umb.edu" , email: "grobinson@bostonpublicschools.org" , email: "qtran2@bostonpublicschools.org" , email: "quoctran2009@hotmail.com Quoc Tran" , email: "kjames19@bostonk12.org"

Cc: email: "esullivan3@bostonpublicschools.org Elizabeth Sullivan"

Bcc: email: "jpalumbo@bostonpublicschools.org Jonathan Palumbo" , email: "xandrews@bostonpublicschools.org Xavier Andrews"

<u>Attorney/Client Privileged Communication</u>

Hello all,

The Boston Globe has submitted a public records request to BPS which I have pasted below. The Globe seeks all text messages and emails <u>sent and received</u> by each School Committee member during the meeting on October 21 that relate to BPS business.

Please note that emails and text messages sent from private accounts or phones are still public if the content of the message relates to public business. However, private email addresses and phone numbers or texts on private phones that do not relate to public business are not public and would be redacted. Texts and emails that relate to the conduct of the meeting would be considered "BPS business" for purposes of this request.

Please email me any texts or emails that are responsive to this request. If you could do this in the next couple of days that would be great.

To take a screenshot of a text message (on iPhone): press the home button and the side button together - a screen shot should appear in the bottom left corner of your screen. You can then save the screenshot to your photos or to your phone and then email them to me.

Please feel free to email me separately if you have any questions or if you'd like to connect on the phone. Please do not "reply all" to this message for open meeting law purposes.

Thanks,
Cathy

---------- Forwarded message ---------
From: **James Vaznis** <james.vaznis@globe.com>
Date: Thu, Oct 22, 2020 at 9:08 PM
Subject: Public records request
To: Jonathan Palumbo <jpalumbo@bostonpublicschools.org>, Xavier Andrews
<xandrews@bostonpublicschools.org>

Hi all,

Under the state's public records law and the state's open meeting law,
I am seeking copies of all cellular telephone text messages and emails
related to BPS issues that were sent and received by each Boston

School Committee member during their meeting that began on Oct. 21 and that ended on Oct. 22. This request applies to all members who sat on the committee for the Oct. 21 meeting, including then-Chair Michael Loconto.

Thank you for your help with this.

Best,
Jamie

--
Catherine Lizotte
Legal Advisor
Office of the Legal Advisor | Boston Public Schools
2300 Washington Street, Boston MA 02119
clizotte@bostonpublicschools.org| 617-635-9250

*The information contained in this electronic transmission ("e-mail"), including any attachment ("Information"), may be confidential or otherwise exempt from disclosure. It is for the addressee only. This Information may be privileged and confidential attorney work-product or a privileged and confidential attorney-client communication. The Information may also be deliberative in nature. As such, it is for internal use only. If you have received this e-mail by mistake, please notify the sender and delete it from your system. Please do not copy or forward it. Thank you for your cooperation.*



# EXHIBIT 3

# Guide for Members of Public Boards and Commissions

How to be an Effective
Board Member of a Public
Board or Commission



Commonwealth of Massachusetts
Office of the Inspector General

Glenn A. Cunha
Inspector General

December 2017 Edition

# Table of Contents

**Guide for Members of Public Boards and Commissions** .......................................................... 1

**Practices for Effective Board Members** ................................................................................. 2

   1.   Learn about the public organization. ............................................................... 2

   2.   Educate yourself about the role of your board (and your role as a board member). .......... 3

   3.   Uphold fiduciary principles and act in the best interests of the public organization. ......... 4

   4.   Exercise care when making decisions and voting by informing yourself, asking questions and expecting answers. ........................................................................ 4

   5.   Actively oversee the executive who leads the organization. ............................................. 5

   6.   Actively monitor and protect public expenditures. ........................................................... 7

   7.   Consider your ethical responsibilities and follow the Massachusetts conflict-of-interest law. ............................................................................................ 8

   8.   Operate in compliance with the Massachusetts open meeting law. .................................... 9

   9.   Ensure that you operate in compliance with the Massachusetts public records law. ....... 11

  10.   Detect and report suspected fraud, wrongdoing or other misuse of public resources: If you see something, say something. ............................................................ 12

**Conclusion** .......................................................................................................... 14

**Appendix A:**    Sources of Advice and Assistance .................................................. 15

**Appendix B:**    Reasons for Entering Executive Session ......................................... 16

## Guide for Members of Public Boards and Commissions

Congratulations on your appointment to a public board or commission ("public board").  Your service to the citizens of Massachusetts is essential to good government.  Thank you for your commitment to fulfilling your duties and responsibilities as a public board member.

Public boards take many forms.  Some provide direct oversight to a state, county or local governmental entity (collectively, a "public organization").  Other boards set policy for their public organization and some make advisory recommendations. Still others perform a combination of these functions.

Whether you serve on a state, county or local board, you support a public organization that provides public services with public funds. Your work is important, whether you are advising your public organization on policy matters, approving salaries, reviewing the budget, or assessing the executive director's performance. Your participation, insights and engagement as a citizen and active decision-maker are essential to ensuring that your public organization fulfills its mission and uses public resources appropriately.

> **Who should use this guide?**
>
> *If your board has a role in overseeing the public official leading a public organization – or if your board provides input on a public program, the use of public funds or the care of public property – you should read this guide.  Similarly, if you are a member of a board that provides advice or recommendations to a public organization, this guide will help you fulfill your duties as a board member.*

This guide outlines practices, such as upholding fiduciary principles, that will help you effectively perform your role.  It also provides an overview of the laws that apply to your position. These laws relate to the meetings your board holds, your official acts and communications, and your individual conduct.  These laws serve to promote open, transparent and accountable government, all of which are essential elements to our representative democracy.

Use this guide to understand your obligations and to help you perform your duties as a public board member to the best of your abilities.  The appendix at the end of this guide contains additional resources, including contact information for state agencies that interpret and enforce the laws applicable to you and your board.

> *Public boards take many forms, such as:*
>
> - *Public university boards of trustees*
> - *Redevelopment authority boards of trustees*
> - *Municipal light department boards of commissioners*
> - *Housing authority boards*
> - *Town finance committees*
> - *Library boards of trustees*
> - *Municipal select boards*
> - *Economic development authorities*

Thank you again for your commitment to fulfilling your duties and responsibilities as a public board member.

## *Practices for Effective Board Members*

The following practices will help you succeed in fulfilling your obligations as a public board member.

1.  **Learn about the public organization.**

When you are first appointed, get to know the public organization you serve.  Learn about the public organization's mandate or mission, which may be found in state law or a local ordinance. A public organization's mandate often identifies the scope of its authority to carry out its public purpose or service, as well as any procedures governing how it achieves its mission and any regulations or by-laws that its officers or appointees must follow.

In addition, learn about *how* the public organization fulfills its mission.  Read about the programs it operates and the segments of the public it serves.  Ask for past annual reports and budgets, as well as a current organizational chart.  Learn about recent achievements and upcoming initiatives or special projects.[1]

Ask:

- What is the public organization's mission or mandate?
- What rules, regulations or by-laws govern the public organization, if any?

Delve deeper and ask:

- How does the organization carry out its mission or purpose?
- How is the organization structured?
- What is the organization's annual budget?  Who sets the budget and who decides how it is spent?
- Who are the senior officials in the organization and what are their roles?
- What are the major projects or objectives that the public organization is considering over the next few years?  What will be the projected cost of these projects?
- Are the proposed projects and objectives consistent with the mission of the public organization and with the organization's budget and other priorities?

The answers to these questions will help you understand how the public organization operates and will enable you to become an effective and involved board member.

---

[1] The State Auditor conducts periodic audits of state agencies, quasi-state agencies and housing authorities. If you serve on such a board, check the State Auditor's website, available at www.mass.gov/auditor, for audit reports on your public organization.

**2.  Educate yourself about the role of your board (and your role as a board member).**

In order to be an effective public board member, you need to understand your board's role with respect to the public organization.  Some boards provide direct oversight to ensure that the public organization operates effectively and in accordance with its mandate, while others work in an advisory capacity to help guide a public organization toward particular goals and outcomes. The board's role is usually set out in a statute, local ordinance or other enabling document.

> *You should understand the board's role and responsibilities in order to guide the public organization toward the realization of its mission, goals and objectives.*

Ask:

- What is the scope of the board's authority and what is the source of that authority?
- What matters typically come before the board?
- Based on the board's role with respect to the organization, are there other matters that should be brought before the board?

You should also understand how the board operates, including how often it meets, how the agenda is established and the procedures that govern the meetings.  As a starting point, read the meeting minutes from at least the past four board meetings.

Ask:

- How often does the board meet?  Is the board required to meet on a specific schedule and, if yes, what is that schedule?

> *Public boards should meet regularly to facilitate open, vigorous and in-depth discussions in compliance with the Massachusetts Open Meeting Law, which is outlined later in this guide.*

- Who sets the agenda for the meetings?  Can board members submit topics for the agenda?
- Does your board follow written procedures for meetings, such as *Robert's Rules of Order*?
- How does the board vote?  Are all votes conducted in the same manner?

Furthermore, take steps to learn how the chairperson and other officers are selected, if there are limits for serving as an officer and whether your board may establish committees.  Request lists of all current board members and committees.

> *Your board may find it helpful to adopt a set of written operating procedures, including for the conduct of meetings, term limits and leadership appointments, if they are not already in place.*

Ask:

- How are officers selected?
- Does the board have committees and if so, how are members selected to serve on them?

- Are there term limits for officers, board members or committee members?

## 3. Uphold fiduciary principles and act in the best interests of the public organization.

In some instances, the law may consider you a fiduciary.   A fiduciary is someone who owes a particular duty of care, known as a fiduciary duty, to an entity or individual – in this case, a public organization.  A fiduciary duty requires an individual to act with good faith, loyalty and due care.  A fiduciary must act in the best interests of the public organization.

Even if you are not a fiduciary under the law, fiduciary principles should guide the decisions that you and your board make.  Adhering to fiduciary principles will help the board recognize that it is a steward of the public funds entrusted to the organization, and that the board plays a vital role in ensuring the public organization fulfills its mission.  As part of upholding fiduciary principles, the board should always act independently, with care and in the best interests of the organization.

> *A fiduciary is "someone who is required to act for the benefit of another person on all matters within the scope of their relationship; one who owes to another the duties of good faith, loyalty, due care, and disclosure."*  Black's Law Dictionary 10th ed. (2014).

Board members who adhere to the fiduciary principles will be active participants in board matters, will stay informed and will act in the best interests of the organization.  Fiduciary principles remind the board that it must act on behalf of the organization, not its executive.  They will lead the board to actively oversee the executive and to expect accountability from the executive, which will help the public organization operate effectively, transparently and in accordance with its mission.

> *Using fiduciary principles as the framework for your board will result in an active, well-informed board that acts in the public organization's best interests and assists the organization to achieve its mission.*

## 4. Exercise care when making decisions and voting by informing yourself, asking questions and expecting answers.

To be an active and effective board member, you must be informed.  Consequently, before your board meets, arm yourself with accurate information to make thoughtful decisions.  Take time to prepare for meetings in advance; read the materials that are distributed and think about the issues on the agenda.

Ask:

- How far in advance does the board receive meeting materials so that you can properly prepare for pending actions before voting on a matter before the board?
- What is the procedure for requesting the organization to provide additional information, either in advance of or at a meeting?

- What is the procedure for asking individuals from the organization to attend the meeting to provide additional information?

Public discourse, analysis and debate are expected, whether public board members are trustees of a public college or commissioners of a local housing authority.   When your board meets, ask probing questions that are relevant to the issue and debate the issue at hand during meetings to get information that will help you make an informed decision.  If the chair of the board or an official in the organization does not provide you with the necessary information to make an informed decision, ask for it.  If you do not receive the information you need, ask to change the date of the vote.

Before voting on a matter, ask probing questions, such as:

- What statutes or regulations apply to the requested action?
- What internal procedures apply to the requested action and were those procedures followed?
- Does the requested action align with the public organization's mission, responsibilities, priorities and budget?
- Do you need additional data so that you can make an informed decision?
- Do you need to hear from others in the organization?  For instance, does legal counsel or human resources have information necessary to make this decision?

Finally, exercise your own judgment and always act in the best interests of the public organization.  Do not allow yourself to be marginalized by an executive or fellow board member who may assert knowledge or expertise above yours or who simply does not agree with you.  Do not rubber stamp official acts that come before your public board – your work is important and you need to be informed.

**5.  Actively oversee the executive who leads the organization.**

It is likely that your public organization is run by an executive, such as a public college president, a director or other professional, and that your board is responsible for overseeing the executive. If so, respect the trust the taxpayers placed in you.  While you do not want to interfere with the day-to-day management of the public organization, you do want to make certain that the executive's actions align with the objectives of the public organization.  The executive reports to you and is accountable to the board.  Be an active overseer.

Expect the executive to timely inform the board of major projects, expenditures and initiatives.  Use board meetings to discuss substantive issues with the executive, such as budget planning, capital projects and significant policy matters.  Ask questions, seek clarification and get back-up documentation. Collaboration with the executive will require open communication and information-sharing.

Ask:

- What are the executive's objectives and priorities for the organization?
- Do these objectives align with the organization's mission and values?
- What are the financial costs of achieving these objectives?

To help both the executive and the organization, your board should conduct an annual performance evaluation of the executive. It also must establish a system to track and account for the executive's vacation, sick and work time. Both the performance assessment and the mechanism used to account for the executive's time should be established in writing. The board also should ensure that the organization can track other expenses and requests for reimbursements.

The board should approve the executive's expenses and reimbursements (at least those above a certain dollar threshold). This includes reviewing the back-up documentation for the executive's expenses and reimbursements. Staff who report to the executive are not in a position to question the executive's performance, expenditures or conduct; the board's independence and oversight in this regard therefore are critical.

Similarly, perform your due diligence before signing the executive's contract – whether it is the executive's first contract or a renewal. Your board should do its own, independent research to ensure that the salary and other benefits offered, including vacation time, sick leave and other fringe benefits, are reasonable and consistent with standard practices. Make sure that they

> *Be clear about time expectations. If the executive must devote his full time and attention to the public organization, make that explicit in the contract. If the position is part-time, the contract should clearly set out time and attendance requirements.*

are comparable to those of other executives with like experience and expertise who work in similar public settings. And very importantly, ensure that the compensation is consistent with the public organization's budgetary commitments.

> *Information about state salaries is accessible online through CTHRU, available at www.macomptroller.org.*

Finally, apply the same due diligence if you have to recruit a new executive for the public organization. Conduct an appropriate search that provides you with a talented applicant pool. As part of the selection process, speak with references and conduct a background check.

Ask:

- What is the organization's budget for the executive's salary?
- How much time is the executive required to devote to the public organization?
- How does the organization document and verify the executive's work, vacation and sick leave hours?

> *Consider establishing an independent audit committee that reports to the board. Among other duties, the committee could periodically audit reimbursements and expenses at the executive level.*

- What is the public organization's expense reimbursement policy?  Is it consistent with the public organization's missions and objectives? Does it clearly define how the executive's expenses are reviewed and approved?
- Do the executive's reimbursement requests match legitimate expenses related to the public organization's public purpose?

## 6.  Actively monitor and protect public expenditures.

Your board may be responsible for approving budgets, capital projects and other expenditures. If that is the case, your public board ensures that a public organization utilizes its finite public resources wisely and complies with the laws that govern the use of those resources. You are the steward of those resources as a public board member.

As a starting point, learn to read a financial statement.  You do not need to be an accounting expert, but understanding financial statements is essential to ensuring that your organization is using its public resources appropriately.  If accounting is not your area of expertise, consider asking a professional from within the organization to give the board a tutorial on reading financial statements.  Be sure to not only look at the figures in the financial statement, but also be sure to review the accounting firm's notes regarding litigation and other matters that may affect the financial soundness of the organization.  Also, when financial material is presented at a board meeting, ask questions to clarify any unclear information.  Chances are high that if you are uncertain about the information, other board members are, too.

You also should understand the public bidding laws that apply to your organization.  In Massachusetts, many public organizations must follow particular laws and procedures before undertaking construction projects; buying supplies, services and real property; or disposing of surplus supplies and property.  The Legislature designed these laws to ensure that all qualified vendors have a fair and equal opportunity to compete for public contracts and that taxpayer money is spent wisely.  To the extent you can, educate yourself or obtain training on these laws.  Additional resources to help you understand these laws are available in Appendix A at the end of this guide.

Ask:

- What laws must the public organization follow related to purchasing or disposing of goods, services and real property?
- What laws must the public organization follow in connection with construction projects?
- What are the public organization's written procurement policies?
- What audit procedures are in place to ensure that the organization is complying with state law and its internal procedures?

> *The Office of the Inspector General provides several resources, including procurement charts and manuals, to help you understand public bidding and construction laws. For more information, please visit the Office's website, available at www.mass.gov/ig.*

At the state level, the Massachusetts Comptroller maintains "CTHRU," a comprehensive electronic database of state expenditures, including state salaries and payments made to vendors by state agencies.  Use this database, available at www.macomptroller.org, to learn more about your agency's expenditures or to compare your organization's expenses to other public organizations.

If you are a member of a local board that serves a local public organization, inquire about whether there is an electronic resource similar to "CTHRU," so that you may have more information at your fingertips about the budget, salaries and spending of the organization.

Armed with this information you will be able to make meaningful determinations about financial matters that come before your board.

## 7. Consider your ethical responsibilities and follow the Massachusetts conflict-of-interest law.

As a public board member, you likely are subject to the state's conflict-of-interest law, which is designed to ensure that all public employees act for the benefit of the public organization, free from personal bias or gain.  The law impacts your conduct as a board member, as well as certain activities you undertake separate from your board membership.  For instance, the law:

- Restricts you from discussing or voting on matters in which you or an immediate family member, or your private business has a financial interest.
- Restricts you from accepting gifts and gratuities, if given because of some official act or because of official position, even if the gift or gratuity would not influence your actions as a board member.
- Requires you to disclose in writing any appearances of a conflict of interest prior to performing your official duties, and prohibits favoritism toward a family member or friend or bias against a business associate.
- Restricts you from representing business or other interests before your board.

The law also requires you to:

- Complete training on the conflict-of-interest law.  You have to acknowledge receiving a summary of the conflict-of-interest law every year and complete the Ethics Commission's free, online training program within 30 days after your appointment.
- File disclosures in certain instances involving actual and potential conflicts of interest.

> *You must acknowledge receipt of the conflict-of-interest summary annually and complete the online training program every two years.  If you have not taken the training, contact the Ethics Commission (see Appendix A) or the individual or office that appointed you.*

Keep the conflict-of-interest law especially in mind when your board deliberates or votes on an issue.  Your vote matters.  It is an official act and your decisions or deliberations must be

independent and free from personal bias, personal gain and personal advantage.  When you believe there may be a conflict between your official duties and your personal interest, at a minimum you must disclose that conflict. Disclosure forms and instructions are available on the Ethics Commission's website.

> *The Ethics Commission provides free advice to all public employees on the conflict-of-interest laws. Its website, available at www.mass.gov/ethics, also contains helpful advisories, guides and rulings.*

You must abstain or recuse yourself from a matter under consideration by your public board if certain financial interests are affected.  If a matter before your board creates an appearance of a conflict for you, you must first disclose the nature of the conflict in writing before participating in deliberations and voting on the matter.  At a minimum, disclosure creates transparency and helps ensure accountability, impartiality and independence.  It enhances the public's confidence in the integrity and fairness of our government and its processes.   It helps ensure the delivery of honest services unencumbered by personal interest or gain.

To help your board and your public organization comply with the conflict-of-interest law, ask:

- Have all board members completed the conflict-of-interest law's educational requirements?
- Does your board or the public organization understand how to complete and submit conflict-of-interest law disclosure forms? If so, where are they retained?

> *You may want to consider circulating an annual "outside activities" form as part of an internal control plan related to possible conflicts of interest.  It may prompt disclosure before a conflict arises.*

- Does your board have a written policy about abstention or recusal?
- Are you permitted to work on outside activities that may impact your role as a board member?  If so, how are outside activity requests approved?
- Does your board require the executive to file disclosure forms or outside activity forms?  If so, are the forms reviewed? Is there an approval process required?  Are these activities monitored for potential conflicts?

Finally, remember that the conflict-of-interest law applies to your fellow board members, employees of the public organization and, in certain instances, to consultants and contractors. If you learn of a potential conflict of interest – whether by a board member, senior executive or employee – you need to properly address it.  Seek advice from your board's legal counsel or contact the Ethics Commission.

## 8.   Operate in compliance with the Massachusetts open meeting law.

When you were appointed, you should have received a copy of the state's open meeting law. Similar to the conflict-of-interest law, the open meeting law applies to both your individual conduct and the board's operations.  For example:

- Public boards must give advanced notice of the topics that will be discussed at a meeting.
- Meetings of public boards must be open to the public, although in limited circumstances members *may* hold certain aspects of the meeting in closed session, away from public view.
- Discussing certain matters with other board members outside of a properly noticed meeting – such as by email or telephone – will likely violate the open meeting law.

> *Once appointed, all public board members must sign a certification form stating that they have received certain educational materials, that they understand the requirements of the open meeting law and that they understand the consequences for violating it. These educational materials include the text of the law, the Attorney General's regulations, the Attorney General's* Open Meeting Law Guide*, and copies of all determination letters from the past five years where the Attorney General found that the public body had violated the open meeting law.*

Because the open meeting law promotes openness and transparency in government, it contains specific notice requirements to ensure that the public knows – prior to the meeting – when and where the board will meet, along with what topics the board intends to discuss at the meeting.  Except in the case of an emergency, a public board must provide notice of its meeting 48 hours in advance (excluding Saturdays, Sundays and legal holidays).  The notice must include the date, time and location of the meeting, as well as a list of all topics that the chair reasonably anticipates will be discussed.[2]

The law seeks to balance the public's interest in witnessing the deliberations of public officials with the government's need to manage its operations efficiently.  Consequently, a board may only discuss the topics listed in the meeting notice, unless the topic was not reasonably anticipated when the notice was posted.  While public bodies (such as boards) may discuss topics that were not reasonably anticipated by the chair, the Massachusetts Attorney General encourages public bodies to postpone discussion of any topics of significant public concern until notice can be given to the public.

Further, while most board discussions must be public, as noted above, there are certain situations in which the board *may* vote to meet in private.  In these instances, your public board may discuss a matter in what is known as an "executive session."

> *See Appendix B at the end of this guide for a list of the ten permissible reasons for entering executive session.*

An executive session may be held for any of ten permissible reasons, as specified in the open meeting law. Public bodies are required to post notice of anticipated executive sessions, listing the topics to be discussed behind closed doors with as much detail as possible without compromising the lawful purpose for secrecy.   Public bodies must begin meetings in open session before entering executive session and must take a vote to enter executive session, again providing as much detail as possible about what will be discussed behind closed doors.

---

[2] The open meeting law also contains additional requirements concerning meeting notices, including where the notice must be posted.

The open meeting law prohibits communication between or among a quorum of a public board outside of a noticed meeting on any business within that board's jurisdiction.[3]  Therefore, a series of telephone calls or emails between a quorum of board members – often referred to as "serial deliberations" – could violate the open meeting law.  This is because the public is entitled to notice and an opportunity to witness deliberations concerning board business.

Ask:

- Does your public organization post meeting notices in advance?
- Do members discuss only what is on the agenda at the meeting?
- Does your board vote to enter "executive session" properly and only for the reasons set forth in the open meeting law?
- Does your board have practices in place to ensure that members do not have serial deliberations that violate the open meeting law?

The open meeting law addresses many topics, such as remote participation and meeting minutes, that are not discussed here.  The Massachusetts Attorney General's Office ("AGO") is responsible for interpreting and enforcing the open meeting law.  It produces a comprehensive guide to the open meeting law, as well as helpful educational material and rulings.  The AGO also provides in-person and online trainings about the open meeting law.  That website is available at www.mass.gov/ago.  Visit the AGO's website, or contact the AGO's Division of Open Government, to learn more about the open meeting law.

**9. Ensure that you operate in compliance with the Massachusetts public records law.**

The public records law is another way citizens may examine whether their government is functioning in accordance with its public policy objectives and in compliance with the law. Indeed, the public records law supports transparency of the decision-making process and promotes the accountably of public employees, public boards and government officials to the taxpayers.

Consequently, the law requires that you retain certain records for a period of time, and that you turn over certain records if a member of the public requests them – when they contain content related to your official capacity.  *This is true even if the records are on your personal computer, personal cellphone or personal email account.*

All public boards receive and generate public records in the regular course of business.  You also generate public records when you operate in your official capacity as a public board member.  If you communicate with another individual in your official capacity or exchange

---

[3] For the purposes of the open meeting law, a quorum is a simple majority of the members of the public board.  For example, in the case of a five-member board, the quorum would be three.

information about matters under your board's purview, for instance, you may create a public record even if you use your personal email, voicemail or video recording to transmit that information.  A common misperception exists that communications on personal email accounts or via text messages are not subject to the public records law; this is incorrect as all board-related communications are subject to public disclosure.

In addition, the law defines the term "record" very broadly and it includes more than written meeting minutes or agendas.  For example, records can include emails, photographs, voicemails, video tapes, attendance lists and public meeting sign-in sheets.  These records are subject to public records requests, and you may be required to keep these documents for a certain period of time.  Check with your public organization and the Secretary of the Commonwealth to determine the full scope of your record retention obligations.

> *The Secretary of the Commonwealth's Office provides record retention schedules for state, county and local governmental entities.*

Ask:

- Does your board have a written policy or a practice related to managing public records requests?
- Do public board members respond to inquiries about board matters made by the public in a manner that is consistent with this policy?
- Does your board have an appointed Records Access Officer?
- Does your board have a practice related to the use of personal devices or emails?
- Does your board have a written records retention policy?

For more information on the state's public records law, please contact the Public Records Division at the Secretary of the Commonwealth's Office at (617) 727-2832.  The Secretary of the Commonwealth's Office also has developed a free, comprehensive guide to the public records law.  The guide, titled *A Guide to the Massachusetts Public Records Law*, is available on the Secretary of the Commonwealth's website at www.sec.state.ma.us.  *See* Appendix A.

**10. Detect and report suspected fraud, wrongdoing or other misuse of public resources:  If you see something, say something.**

Any misuse of public funds and resources affects a public organization's financial well-being, reputation and ability to accomplish its mission.  As a public board member, you have an important role in preventing and detecting fraud.  You and your fellow members are custodians of the public trust.  You have the responsibility to protect public resources, including money, assets, real property, employee time, digital records and other types of data.  Massachusetts citizens have entrusted these public resources to your care.

Although most employees are honest and hardworking, fraud and other misconduct still occur, so you must diligently apply preventative measures – often referred to as internal controls – to help safeguard public assets and taxpayers' interests.  As a result, all organizations need

internal controls.  Every internal control must be based on the specific organization.  Some common elements of an internal control plan to protect public resource include the following:

- The segregation of duties performed by employees to ensure no one individual can commit and cover up their own wrongdoing.
- Approval processes for expenditures, with increased oversight for larger expenditures.
- Methods to track and monitor employee time and attendance, including the use of leave time.
- Controls to track the public organization's acquisition and disposition of public assets, such as vehicles, equipment, supplies and petty cash.
- Fraud-reporting mechanisms, including a telephone or email hotline or an independent complaint review process.
- An anti-fraud policy, as well as employee training on the policy and annual reminders to follow the policy.
- A code of conduct with standards related to conflict of interest and other professional standards that align with the public organization's mission.
- Tone at the top: communication from the organization's administration about its commitment to the highest ethical and professional standards.
- Careful vetting of employees – both before and after hiring – to ensure that their background and professional certifications meet the entity's standards and support the entity's mission.

Further, you should determine whether the board has an internal audit committee to check and verify expenses.  If not, advocate for the creation of one.  The board needs to set the "tone at the top," and communicate that the public organization has zero tolerance for fraud and other inappropriate activity.  An ethical work environment with internal controls is essential to the proper use of public resources.

Ask:

- What fraud risks exist in the public organization your board oversees?
- What types of internal controls are in place to properly monitor the use of public resources?
- Does the public organization or your board perform compliance reviews or audits?
- Does your public organization have an anti-fraud program that includes training, policies, new-hire background checks and a fraud hotline or other fraud-reporting mechanisms?

> *Report suspected fraud, waste or other misuse of public funds by calling the Office's confidential hotline:  (800) 322-1323.*
> *Or email the Office at IGO-FightFraud@state.ma.us.*
> **All reports are confidential.**

## *Conclusion*

This Office would like to thank the Office of the Attorney General, the Secretary of the Commonwealth and the State Ethics Commission for their assistance in creating this guide.

To learn more about fulfilling your role as a board member, we hope you will attend the Office's complimentary class, *Are You a Member of a Public Board or Commission? Know Your Responsibilities.*  This free class is offered through the Office's Massachusetts Certified Public Purchasing Official ("MCPPO") program.  For information on dates for this course, please see the Office's website at www.mass.gov/ig.

If you would like to learn even more about protecting your public organization and its limited public resources, the Office's MCPPO program offers a wide range of training – from public construction to contract administration to fraud prevention.  Please explore the MCPPO's classes at www.mass.gov/ig.

Thank you for your service and best of luck in your role as a public board member!

## Appendix A:       Sources of Advice and Assistance

**Office of the Attorney General**
The Office of the Attorney General interprets and enforces the open meeting law.

Office of the Attorney General
Division of Open Government
One Ashburton Place
Boston, MA 02108
Telephone: 617-963-2540
Email: openmeeting@state.ma.us
Website: www.mass.gov/ago

**Office of the Comptroller**
The Office of the Comptroller is responsible for developing internal control guidelines for Commonwealth departments, including state agencies and quasi-state agencies.

Office of the Comptroller
One Ashburton Place
Boston, MA 02108
Telephone: 617-727-9140
Email: comptroller.info@state.ma.us
Website: www.mass.gov/comptroller

**Office of the Inspector General**
The Office of the Inspector General is an independent agency that prevents and detects the misuse of public funds and public property, conducts confidential investigations, improves transparency in government, helps government run more effectively and educates government employees and the public.

Office of the Inspector General
One Ashburton Place
Boston, MA 02108
Telephone: 617-727-9140
Email: IGO-FightFraud@massmail.state.ma.us
Website: www.mass.gov/ig

**Secretary of the Commonwealth**
The Secretary of the Commonwealth administers the public records law.

Secretary of the Commonwealth
Public Records Division
One Ashburton Place, Room 1719
Boston, MA 02108
Telephone: 617-727-2832
Email: pre@sec.state.ma.us
Website: www.sec.state.ma.us

**State Ethics Commission**
The State Ethics Commission administers and enforces financial disclosure and conflict-of-interest law. It also renders written advisory opinions upon request.

State Ethics Commission
One Ashburton Place, Room 619
Boston, MA 02108
Telephone: 617-371-9500
Website: www.mass.gov/ethics

## Appendix B:        *Reasons for Entering Executive Session*

While all meetings of public bodies must be open to the public, certain topics may be discussed in executive, or closed, session.   The open meeting law, G.L. c. 30A, § 21, sets out ten permissible reasons for entering executive session:

1. To discuss the reputation, character, physical condition or mental health, rather than professional competence, of an individual, or to discuss the discipline or dismissal of, or complaints or charges brought against, a public officer, employee, staff member or individual;

2. To conduct strategy sessions in preparation for negotiations with nonunion personnel or to conduct collective bargaining sessions or contract negotiations with nonunion personnel;

3. To discuss strategy with respect to collective bargaining or litigation if an open meeting may have a detrimental effect on the bargaining or litigating position of the public body and the chair so declares;

4. To discuss the deployment of security personnel or devices, or strategies with respect thereto;

5. To investigate charges of criminal misconduct or to consider the filing of criminal complaints;

6. To consider the purchase, exchange, lease or value of real property if the chair declares that an open meeting may have a detrimental effect on the negotiating position of the public body;

7. To comply with, or act under the authority of, any general or special law or federal grant-in-aid requirements;

8. To consider or interview applicants for employment or appointment by a preliminary screening committee if the chair declares that an open meeting will have a detrimental effect in obtaining qualified applicants; provided, however, that this clause shall not apply to any meeting, including meetings of a preliminary screening committee, to consider and interview applicants who have passed a prior preliminary screening;

9. To meet or confer with a mediator, as defined in section 23C of chapter 233, with respect to any litigation or decision on any public business within its jurisdiction involving another party, group or entity, provided that:

   (i) any decision to participate in mediation shall be made in an open session and the parties, issues involved and purpose of the mediation shall be disclosed; and

   (ii) no action shall be taken by any public body with respect to those issues which are the subject of the mediation without deliberation and approval for such action at an open session.

10. To discuss trade secrets or confidential, competitively-sensitive or other proprietary information provided:

in the course of activities conducted by a governmental body as an energy supplier under a license granted by the department of public utilities pursuant to G.L. c. 164, § 1F.

# EXHIBIT 4



# EXHIBIT 5



# EXHIBIT 6



# EXHIBIT 7



# EXHIBIT 8



# EXHIBIT 9

(Text messages presented in italics)

<u>Transcription of Text Messages Responsive to Public Records Request (R000876-102720)</u>

**Wednesday, October 21, 2020**

**5:46 p.m.**

**"SA" and Lorna Rivera (LR)**

SA – *Lorna, as a member of the Exam School Working Group, thanks for your support.  Mil gracias licenciada.*

LR – *Your efforts made this possible!  Mil gracias!*

SA – *A la orden siempre, Lorna.*

LR – *lguamente! (emoji smiley face)*

***********************

**[time?]**

**Lorna Rivera (LR) and Alexandra Oliver-Davila (AOD)**

AOD – *Sure! Hi by law Chair sets agenda and we can't vote on anything Superintendent hasn't had a chance to respond to.  He suggest talking to ML and asking him to add to the agenda for next time.  We have 170 people speaking tonight so honestly this is probably not the best time to do it even if we could.*

LR – *Ok wow 170!?! I don't know if I will be able to stay awake.  I am too old for this job.*

LR – *Hi I calculated 170 people *3=510/60 min=8.5 hours.  Is this for real? Can't we end at a certain time?  Are we allowed to take breaks?  I am sorry to complain.*

AOD – *Yup it's real. 2 min each but will be a very long mtg*

AOD – *I think take breaks as you need them.*

*******************************************

AOD – *Best sc meeting ever I am trying not to cry*

LR – *Me too!*

LR – *Why can't we get interpretation/translation right?  Why does language access have to be so hard?*

AOD – *When I was on the meeting that explained the proposed policy people got to choose to go into a room to get the whole meeting translated – at least that is how I understood it*

LR – *Should I ask Dr. C what the heck?*

AOD – *Sure you can text her.*

******************************

**[time?]**

**Lorna Rivera (LR) and Brenda Cassellius (BC)**

1

(Text messages presented in italics)

LR - *Hi why is interpretation a continuing problem for some of our communities?  I hope we can improve.*

BC - *We had Cantonese and I just asked Monica.  This is the purview out the Committee.  I suggested to Monica that if we have over a certain number of participants that we automatically default to all 10 languages but I think to provide it for SC it requires them to request it.  Maybe bring it up to Mike.*

BC - *I can change for my team though!*

LR - *I will. I know there is so much going on.  I really do appreciate your hardwork!*

BC - *[screenshot of Gchat from staff member that reads, "I believe SC only requests interpreters for public comment based on who signs up for public comment.  It would be good to revisit that decision."]*

LR - *Thanks!*

**************************************

**[time?]**

**Lorna Rivera (LR) and Alexandra Oliver-Davila (AOD)**

*****************

**[time?]**

AOD - *I still stand by my statement.*

LR - *I said BPS students should get preference and stand by this.*

AOD - *Oh then it was both of us!*

*****************

AOD – *What did I just miss? Was that ML saying Shannana and booboo??? My ADD is killing me here!*

LR – *I think he was making fun of the Chinese names!  Hot mic!!!*

AOD – *That's what I thought.  Omfg he's gonna get killed someone is going to go back and capture that*

LR – *I almost laughed out loud.  Getting giddy here!*

      *Someone already captured Brenda on cell in twitter (?)!*

AOD – *I've been getting some funny tweets tonight it's hard not to smile or laugh.*

      *Yikes.*

LR –*Dios mia!!*

AOD – *No comment*

LR – *People tweeting about loconto hot mic!!*

      *Anissa said WTF!*

AOD- *Oh no! It's gonna be ugly*

(Text messages presented in italics)

LR - *Someone texted me Loconto should resign, but I don't have them in my contacts*

AOD - *Oh boy  How/where do I look on Twitter - sorry I'm old I'm not good at twitter*

LR - *Send me your handle and I will forward some*

*Or look up Anissa tweets*

AOD - *Alexoliver 33*

*Do we acknowledge the apology?  What do we do??*

LR - *Did you see some of the tweets?  I feel bad for loconto.  Is he going to resign??*

AOD - *I feel bad too because he really was the person who pushed this forward with the Mayor*

*Idk if he will do it or not*

AOD - *I am not going to interrupt (?) him!  Let him have his time.  He needs it.*

LR -  *Trying to redeem himself - [winking emoji]*

*Good night!*

AOD - *Good night.*

LR - *Good morning, actually!*

*************************************

**Wednesday, October 21, 2020**

**10:34 p.m.**

**Lorna Rivera (LR) and Michael Loconto (ML)**

LR - *Hi can you tell me how many more people left to testify? I couldn't find the spreadsheet in google*

ML - *77 to go, many falling off*

*******************************************

**[time?]**

LR - *Hi can you tell me if angie camacho is on the list and what number?*

ML - *yes she is #168, we are on 145*

LR - *Thanks.*

*******************************************

**[time?]**

**Michael Loconto (ML) and Alexandra Oliver-Davila (AOD)**

ML- *Do I need to worry about my non-sequitur earlier?  I feel awful, I've been getting texts about it from Michael and Brenda.*

3

(Text messages presented in italics)

AOD - *I heard [end] and not whole thing.  I think Anissa commented on it.  I think be prepared just in case I'm sorry this all stinks!*

ML – *Ugh*

*Jeez*

*On twitter?*

AOD – *I know.*

*I'm sorry.*

*Yes.*

ML – *Oh God no*

*I don't know what to do*

AOD – *I think just again apologize.  What does MO suggest?*

ML - *Asking*

AOD - *I think that was good*

ML – *Jesus I am mortified*

AOD – *I know I'm very sorry*

*Do you want me to acknowledge your apology and say thanks or just leave it alone?*

ML – *I don't know*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Wednesday, October 21, 2020**

**<u>6:00 p.m.</u>**

**"Marty" [Boston Mayor Marty Walsh]  (MW) and Jeri Robinson (JR)**

MW - *Good luck*

JR - *Glad we're remote.  Lots of passion.  Wish there was as much passion and concern for the rest of our 52,000 students and 122 schools and not just the select three.*

Marty - *I agree with you.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>[time?]</u>**

**Jeri Robinson (JR) and Alexandra Oliver-Davila (AOD)**

JR – *Yes*

**<u>6:27 p.m.</u>**

(Text messages presented in italics)

AOD – *What a great (unclear) totally trying not to cry, best meeting ever.*

JR – *So true. So proud of the Mayor*

AOD – *Me too, but we need to push because he said it was one year in his comments – we should call him and thank him so he knows where we stand.*

JR – *True.  I did text and thank him at the conclusion of his remarks.*

AOD -  *That's great.*

***************************

**6:53 p.m.**

**Sonia Barney Gomez (SBG), Josette Williams (JR) and Jeri Robinson (JR)**

SBG - *Jeri how excited I'm for you.  This is like doing the impossible.  Waiting for the vote.*

JR – *Yes. Amazing what can happen during a pandemic.  There are over 800 folks watching.  Wish there was as much concern about all of our kids and schools.*

SBG - *Yes. Baby steps.  I believe this is historic.  I'm hoping community partners come in to support students to make sure our students succeed*

JW – *I'm holding on.  Either way, folks are really showing their true colors!!!  This city is never ready for real change but time has come.*

SBG - *I just told Monica we need to start scheduling our community meetings to make sure we have parent voices to [unclear] the changes permanent for next year.*

*****************************

**10:05 p.m.**

**Jeri Robinson (JR) and Michael Loconto (ML)**

JR - *what number are we up to?*

ML – *84.  People starting to drop off now.*

**************************************

**11:00 p.m.**

**"SA" and Jeri Robinson (JR)**

SA - *How are you holding out Jeri.  Looking pretty tired...*

JR - *I am.  We still have about 70 speakers.*

SA - *that's 2 plus hours by my reckoning.*

JR - *Tulane [sic?] without our vote, so about 2 am.*

JR - *Some folks are dropping off, let's hope more do.*

(Text messages presented in italics)

*****************************

**Wednesday, October 21, 2020**

**[time?]**

**Alexandra Oliver-Davila (AOD) and Brenda Cassellius (BC)**

AOD - *Best meeting ever.  Trying not to cry.  What a great letter.*

BC - Yup.  *I asked him to write it and I asked Tanisha to read it.  Powerful.*

AOD - *Great idea!*

<u>6:28 p.m.</u>

BC - *Speak it.*

AOD - *Amen!*

********************************

**Wednesday, October 21, 2020**

**5:27 p.m.**

**Michael O'Neill (MON) and Michael Loconto (ML)**

MON - *You should mention Khymani was on the national student panel last week.*

ML - *[thumbs up emoji]*

MON - *He was excellent and made us BPS Proud.*

ML - *[thumbs up emoji]*

**[time?]**

MON - *What the heck was your last comment/your mic was on.  Hope you were talking to your daughter about a bedtime book.  Sha boo.  Boo boo boo?*

ML - *Geez I'm sorry I was talking to my wife about a kid's book*

MON - *Thought so, but it came out real weird!*

ML - *Should I address?*

MON - *You did it right.*

ML - *I'm mortified if someone took it another way, Brenda mentioned it too and said someone else texted her about it*

*****************************

MON - *It was right after Liz read a bunch of names, could have been interpreted that you were commenting on the names.  I knew you would never do that, assumed one of your daughters was saying good night.  Glad you cleared it up right away.  Don't worry about it any more.*

6

(Text messages presented in italics)

MON – *How far along are we?*

ML – *Ok thanks.  I realized that after I got the text.  I feel awful.*

ML – *We are on 159. 20 to go.*

MON – *You corrected very quickly.  Regular watchers know your daughters always say goodnight to you.*

ML – *Anissa tweeting about it.  I don't know what to do*

ML – *Am I ok?  I hope I put that to bed.*

MON – *Please put me last, before VC and you, but after the other members.*

ML – *Of course, assumed as much.*

MON – *Let's vote!*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**6 43 p.m.**

**Michael O'Neill (MON) and Khymani James (KJ) (student member)**

KJ – *Are you comfortable on the logistics behind transferring elementary school grades to letter grades? I'm confused on that part and don't want to ask publicly if I can get a behind the scenes answer.*

MON – *I suggested last week and will suggest again tonight they bring in a 3rd party to oversee/work with BPS on the process.  They do have a method to convert BPS grades to a 12 point system, based on the specific 1-4 grades in certain subjects.  They have had to do it for years as GPA is already 50% of the criteria.  But I would prefer independent oversight to build trust.*

KJ – *Ahhh I see*

**Thursday, October 22, 2020**

**12 29 a.m.**

MON – *Well done.  Very well done.*

KJ – *Thank you, Mr. O'Neill.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Wednesday, October 21, 2020**

**Michael O'Neill (MON) and Brenda Cassellius (BC)**

**11 31 p.m.**

BC – *Yikes.*

**Thursday, October 22, 2020**

**1 47 a.m.**

(Text messages presented in italics)

BC - *Remember I talked about that in my interview.*

MON - *(thumbs up sign)*

BC - *Thank you.*

MON - *(thumbs up sign)*

MON - *Congrats.*

********************************

**Wednesday, October 21, 2020**

<u>**6:19 p.m.**</u>

**Khymani James (KJ) and Alexandra Oliver-Davila (AOD)**

AOD - *Great points.  Thank you for message to fellow students.  Sooo important!*

KJ - *Thank you, Ms. Oliver-Davila!!!*

AOD - *You are welcome!  Keep asking your great questions!*

KJ - *Quick question.  Is what is being voted on tonight called a "proposal" or a "policy"*

AOD - *proposed policy*

KJ - *Thank you!*

AOD - *Sure!*

<u>**11:19 p.m.**</u>

KJ - *Wow -I had to turn my camera off because of my facials.*

AOD - *That's a great strategy!*

AOD - *You are a trooper staying late!*

KJ - *Thanks Vice Chair.  Trying my best to pull through!*

AOD - *Also you can leave!  Everyone will understand because you have school tomorrow – past BSAC members have left around 9 pm*

KJ - *Yes, I am aware! Thank you – I told myself at the beginning of the year that I would attend all hours of the meeting since they're so important and only every other week.*

AOD - *You are a trooper!  Hope your teachers give you a break on Thursday mornings*

KJ - *Me too! [smiling emoji]*

# EXHIBIT 10

**Subject:** City of Boston Public Records Office City Public Records Request :: R000876-102720
**Body:**



### BOSTON PUBLIC SCHOOLS
### OFFICE OF LEGAL ADVISOR
### Martin J. Walsh, Mayor

11/05/2020

RE: PUBLIC RECORDS REQUEST of October 22, 2020., Reference # R000876-102720

Dear James:

The Boston Public Schools (BPS) submits this response to your request for public records.  A response to a public records request must be provided within ten (10) business days from the business day a written request was received.  G. L. c. 66, § 10 (a); 950 CMR 32.06(2)(b).  This response applies only to records that exist and are in the custody of the BPS.  See *A Guide to the Massachusetts Public Records Law*, p. 32, n.115.  It is expected that a custodian of records must use her superior knowledge of her records with respect to responses to public records requests.  950 CMR 32.04(5).  Specifically, you stated:

> *Under the state's public records law and the state's open meeting law,*
> *I am seeking copies of all cellular telephone text messages and emails*
> *related to BPS issues that were sent and received by each Boston*
> *School Committee member during their meeting that began on Oct. 21 and*
> *that ended on Oct. 22. This request applies to all members who sat on*
> *the committee for the Oct. 21 meeting, including then-Chair Michael*
> *Loconto.*

It is my understanding you sent your request to the BPS Press Office.  Please be advised you may also file a public records request online at the City of Boston's public records request portal:

https://bostonma.govqa.us/WEBAPP/_rs/(S(nbt14nncz15or4qjperko0go))/supporthome.aspx

Responsive records are available to you via the Public Records Center.  Click the link below to login to the Records Center and retrieve the requested records.
City Public Records Request - R000876-102720

*Text Messages*

 With respect to text messages, it is important to note that none of the members possess a mobile phone that is owned by BPS or the City of Boston.  Each member was contacted and asked to provide text message records from the respective personal devices that are responsive to your request.  While no portions of texts were redacted based on statutory exemptions to the public records law, BPS did omit portions deemed not "related to BPS issues."

*Emails*

Each member of the Boston School Committee is provided with an email address.  To comply with this request, the BPS conducted a search of its email system for the dates and times of the meeting.  No portions of these records were redacted.

*Conclusion*

 You may appeal this response to the Supervisor of Records in the Office of the Secretary of the Commonwealth. G.L. c. 66, § 10A (c); G.L. c. 66, § 10(b)(ix); 950 CMR 32.08; 950 CMR 32.08(1)(h) (in petitioning the Supervisor, the requester shall provide a copy of such petition to the records access officer associated with such petition).  You may also appeal to the Superior Court.  950 CMR 32.06(3)(c).

11/5/20, 5:47 PM

Sincerely,

Catherine Lyttle

Legal Advisor
Boston Public Schools

(Text messages presented in italics)

<u>Transcription of Text Messages Responsive to Public Records Request (R000876-102720)</u>

**Wednesday, October 21, 2020**

**<u>5:46 p.m.</u>**

**"SA" and Lorna Rivera (LR)**

SA - *Lorna, as a member of the Exam School Working Group, thanks for your support.  Mil gracias licenciada.*

LR - *Your efforts made this possible!  Mil gracias!*

SA - *A la orden siempre, Lorna.*

LR - *lguamente! (emoji smiley face)*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**[time?]**

**Lorna Rivera (LR) and Alexandra Oliver-Davila (AOD)**

AOD - *Sure! Hi by law Chair sets agenda and we can't vote on anything Superintendent hasn't had a chance to respond to.  He suggest talking to ML and asking him to add to the agenda for next time.  We have 170 people speaking tonight so honestly this is probably not the best time to do it even if we could.*

LR - *Ok wow 170!?! I don't know if I will be able to stay awake.  I am too old for this job.*

LR - *Hi I calculated 170 people *3=510/60 min=8.5 hours.  Is this for real? Can't we end at a certain time?  Are we allowed to take breaks?  I am sorry to complain.*

AOD - *Yup it's real. 2 min each but will be a very long mtg*

AOD - *I think take breaks as you need them.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AOD - *Best sc meeting ever I am trying not to cry*

LR - *Me too!*

LR - *Why can't we get interpretation/translation right?  Why does language access have to be so hard?*

AOD - *When I was on the meeting that explained the proposed policy people got to choose to go into a room to get the whole meeting translated – at least that is how I understood it*

LR - *Should I ask Dr. C what the heck?*

AOD - *Sure you can text her.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**[time?]**

**Lorna Rivera (LR) and Brenda Cassellius (BC)**

1

(Text messages presented in italics)

LR - *Hi why is interpretation a continuing problem for some of our communities?  I hope we can improve.*

BC - *We had Cantonese and I just asked Monica.  This is the purview out the Committee.  I suggested to Monica that if we have over a certain number of participants that we automatically default to all 10 languages but I think to provide it for SC it requires them to request it.  Maybe bring it up to Mike.*

BC - *I can change for my team though!*

LR - *I will. I know there is so much going on.  I really do appreciate your hardwork!*

BC - *[screenshot of Gchat from staff member that reads, "I believe SC only requests interpreters for public comment based on who signs up for public comment.  It would be good to revisit that decision."]*

LR - *Thanks!*

**************************************

**[time?]**

**Lorna Rivera (LR) and Alexandra Oliver-Davila (AOD)**

*****************

**[time?]**

AOD - *I still stand by my statement.*

LR - *I said BPS students should get preference and stand by this.*

AOD - *Oh then it was both of us!*

*****************

AOD – *What did I just miss? Was that ML saying Shannana and booboo??? My ADD is killing me here!*

LR – *I think he was making fun of the Chinese names!  Hot mic!!!*

AOD – *That's what I thought.  Omfg he's gonna get killed someone is going to go back and capture that*

LR – *I almost laughed out loud.  Getting giddy here!*

   *Someone already captured Brenda on cell in twitter (?)!*

AOD – *I've been getting some funny tweets tonight it's hard not to smile or laugh.*

   *Yikes.*

LR –*Dios mia!!*

AOD – *No comment*

LR – *People tweeting about loconto hot mic!!*

   *Anissa said WTF!*

AOD- *Oh no! It's gonna be ugly*

(Text messages presented in italics)

LR - *Someone texted me Loconto should resign, but I don't have them in my contacts*

AOD – *Oh boy  How/where do I look on Twitter – sorry I'm old I'm not good at twitter*

LR – *Send me your handle and I will forward some*

   *Or look up Anissa tweets*

AOD – *Alexoliver 33*

   *Do we acknowledge the apology?  What do we do??*

LR – *Did you see some of the tweets?  I feel bad for loconto.  Is he going to resign??*

AOD – *I feel bad too because he really was the person who pushed this forward with the Mayor*

   *Idk if he will do it or not*

AOD – *I am not going to interrupt (?) him!  Let him have his time.  He needs it.*

LR -  *Trying to redeem himself – [winking emoji]*

   *Good night!*

AOD – *Good night.*

LR – *Good morning, actually!*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Wednesday, October 21, 2020**

**<u>10:34 p.m.</u>**

**Lorna Rivera (LR) and Michael Loconto (ML)**

LR - *Hi can you tell me how many more people left to testify? I couldn't find the spreadsheet in google*

ML - *77 to go, many falling off*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>[time?]</u>**

LR - *Hi can you tell me if angie camacho is on the list and what number?*

ML - *yes she is #168, we are on 145*

LR - *Thanks.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>[time?]</u>**

**Michael Loconto (ML) and Alexandra Oliver-Davila (AOD)**

ML- *Do I need to worry about my non-sequitur earlier?  I feel awful, I've been getting texts about it from Michael and Brenda.*

(Text messages presented in italics)

AOD - *I heard [end] and not whole thing.  I think Anissa commented on it.  I think be prepared just in case I'm sorry this all stinks!*

ML – *Ugh*

> *Jeez*

> *On twitter?*

AOD – *I know.*

> *I'm sorry.*

> *Yes.*

ML – *Oh God no*

> *I don't know what to do*

AOD – *I think just again apologize.  What does MO suggest?*

ML - *Asking*

AOD - *I think that was good*

ML – *Jesus I am mortified*

AOD – *I know I'm very sorry*

> *Do you want me to acknowledge your apology and say thanks or just leave it alone?*

ML – *I don't know*

*********************************

**Wednesday, October 21, 2020**

<u>**6:00 p.m.**</u>

**"Marty" [Boston Mayor Marty Walsh]  (MW) and Jeri Robinson (JR)**

MW - *Good luck*

JR - *Glad we're remote.  Lots of passion.  Wish there was as much passion and concern for the rest of our 52,000 students and 122 schools and not just the select three.*

Marty - *I agree with you.*

********************************************

<u>**[time?]**</u>

**Jeri Robinson (JR) and Alexandra Oliver-Davila (AOD)**

JR – *Yes*

<u>**6:27 p.m.**</u>

(Text messages presented in italics)

AOD – *What a great (unclear) totally trying not to cry, best meeting ever.*

JR – *So true. So proud of the Mayor*

AOD – *Me too, but we need to push because he said it was one year in his comments – we should call him and thank him so he knows where we stand.*

JR – *True.  I did text and thank him at the conclusion of his remarks.*

AOD -  *That's great.*

**************************

**6:53 p.m.**

**Sonia Barney Gomez (SBG), Josette Williams (JR) and Jeri Robinson (JR)**

SBG - *Jeri how excited I'm for you.  This is like doing the impossible.  Waiting for the vote.*

JR – *Yes. Amazing what can happen during a pandemic.  There are over 800 folks watching.  Wish there was as much concern about all of our kids and schools.*

SBG - *Yes. Baby steps.  I believe this is historic.  I'm hoping community partners come in to support students to make sure our students succeed*

JW – *I'm holding on.  Either way, folks are really showing their true colors!!!  This city is never ready for real change but time has come.*

SBG - *I just told Monica we need to start scheduling our community meetings to make sure we have parent voices to [unclear] the changes permanent for next year.*

*****************************

**10:05 p.m.**

**Jeri Robinson (JR) and Michael Loconto (ML)**

JR - *what number are we up to?*

ML – *84.  People starting to drop off now.*

****************************************

**11:00 p.m.**

**"SA" and Jeri Robinson (JR)**

SA - *How are you holding out Jeri.  Looking pretty tired…*

JR - *I am.  We still have about 70 speakers.*

SA - *that's 2 plus hours by my reckoning.*

JR - *Tulane [sic?] without our vote, so about 2 am.*

JR - *Some folks are dropping off, let's hope more do.*

(Text messages presented in italics)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Wednesday, October 21, 2020**

**[time?]**

**Alexandra Oliver-Davila (AOD) and Brenda Cassellius (BC)**

AOD - *Best meeting ever.  Trying not to cry.  What a great letter.*

BC - Yup.  *I asked him to write it and I asked Tanisha to read it.  Powerful.*

AOD - *Great idea!*

<u>6:28 p.m.</u>

BC - *Speak it.*

AOD - *Amen!*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Wednesday, October 21, 2020**

**5:27 p.m.**

**Michael O'Neill (MON) and Michael Loconto (ML)**

MON - *You should mention Khymani was on the national student panel last week.*

ML - *[thumbs up emoji]*

MON - *He was excellent and made us BPS Proud.*

ML - *[thumbs up emoji]*

**[time?]**

MON - *What the heck was your last comment/your mic was on.  Hope you were talking to your daughter about a bedtime book.  Sha boo.  Boo boo boo?*

ML - *Geez I'm sorry I was talking to my wife about a kid's book*

MON - *Thought so, but it came out real weird!*

ML - *Should I address?*

MON - *You did it right.*

ML - *I'm mortified if someone took it another way, Brenda mentioned it too and said someone else texted her about it*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MON - *It was right after Liz read a bunch of names, could have been interpreted that you were commenting on the names.  I knew you would never do that, assumed one of your daughters was saying good night.  Glad you cleared it up right away.  Don't worry about it any more.*

6

(Text messages presented in italics)

MON – *How far along are we?*

ML – *Ok thanks.  I realized that after I got the text.  I feel awful.*

ML – *We are on 159. 20 to go.*

MON – *You corrected very quickly.  Regular watchers know your daughters always say goodnight to you.*

ML – *Anissa tweeting about it.  I don't know what to do*

ML – *Am I ok?  I hope I put that to bed.*

MON – *Please put me last, before VC and you, but after the other members.*

ML – *Of course, assumed as much.*

MON – *Let's vote!*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**6 43 p.m.**

**Michael O'Neill (MON) and Khymani James (KJ) (student member)**

KJ – *Are you comfortable on the logistics behind transferring elementary school grades to letter grades? I'm confused on that part and don't want to ask publicly if I can get a behind the scenes answer.*

MON – *I suggested last week and will suggest again tonight they bring in a 3rd party to oversee/work with BPS on the process.  They do have a method to convert BPS grades to a 12 point system, based on the specific 1-4 grades in certain subjects.  They have had to do it for years as GPA is already 50% of the criteria.  But I would prefer independent oversight to build trust.*

KJ – *Ahhh I see*

**Thursday, October 22, 2020**

**12 29 a.m.**

MON – *Well done.  Very well done.*

KJ – *Thank you, Mr. O'Neill.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Wednesday, October 21, 2020**

**Michael O'Neill (MON) and Brenda Cassellius (BC)**

**11 31 p.m.**

BC – *Yikes.*

**Thursday, October 22, 2020**

**1 47 a.m.**

(Text messages presented in italics)

BC - *Remember I talked about that in my interview.*

MON - *(thumbs up sign)*

BC - *Thank you.*

MON - *(thumbs up sign)*

MON - *Congrats.*

*********************************

**Wednesday, October 21, 2020**

<u>6:19 p.m.</u>

**Khymani James (KJ) and Alexandra Oliver-Davila (AOD)**

AOD - *Great points.  Thank you for message to fellow students.  Sooo important!*

KJ - *Thank you, Ms. Oliver-Davila!!!*

AOD - *You are welcome!  Keep asking your great questions!*

KJ - *Quick question.  Is what is being voted on tonight called a "proposal" or a "policy"*

AOD - *proposed policy*

KJ - *Thank you!*

AOD - *Sure!*

<u>11:19 p.m.</u>

KJ - *Wow -I had to turn my camera off because of my facials.*

AOD - *That's a great strategy!*

AOD - *You are a trooper staying late!*

KJ - *Thanks Vice Chair.  Trying my best to pull through!*

AOD - *Also you can leave!  Everyone will understand because you have school tomorrow – past BSAC members have left around 9 pm*

KJ - *Yes, I am aware! Thank you – I told myself at the beginning of the year that I would attend all hours of the meeting since they're so important and only every other week.*

AOD - *You are a trooper!  Hope your teachers give you a break on Thursday mornings*

KJ - *Me too! [smiling emoji]*

# EXHIBIT 11

**From:** The Reading Warehouse <customercare@thereadingwarehouseonline.com>
**Sent:** Wednesday, October 21, 2020 6:34 PM EDT
**To:** aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>
**Subject:** 33% Off High Interest Smithsonian Reader Books - STEM Perfect!

If you no longer wish to receive emails from us, Unsubscribe | To view online, Click Here.

## These High Interest Smithsonian Books Are STEM Perfect

| | | | |
|---|---|---|---|
| Safe Cycling | Powered by the Sun | Piecing Art Together | Designing Butterfly Exhibits |
| OUR PRICE: $7.36 | OUR PRICE: $6.69 | OUR PRICE: $7.36 | OUR PRICE: $7.36 |
| Helping People See | The Evolution of Space Suits | The Art of Shadow Puppets | Powered by Steam |
| OUR PRICE: $7.36 | OUR PRICE: $7.36 | OUR PRICE: $6.69 | OUR PRICE: $7.36 |
| Saving Migratory Birds | Navigating at Sea | Being Like Butterflies | The Art and Science of Skateboarding |
| OUR PRICE: $7.36 | OUR PRICE: $7.36 | OUR PRICE: $6.69 | OUR PRICE: $7.36 |
| Selling More Snacks | Making Water Safe | Organic Farming | Conserving an Aircraft |
| OUR PRICE: $7.36 | OUR PRICE: $6.69 | OUR PRICE: $7.36 | OUR PRICE: $7.36 |
| Living and Working in Space | Studying Snowflakes | The Wright Brothers | Helping Injured Animals |
| OUR PRICE: $7.36 | OUR PRICE: $6.69 | OUR PRICE: $7.36 | OUR PRICE: $6.69 |
| Hatching a Chick | From Grass to Bridge | Making an Ocean Ecosystem | Thomas Edison: Lighting a Revolution |
| OUR PRICE: $7.36 | OUR PRICE: $7.36 | OUR PRICE: $7.36 | OUR PRICE: $7.36 |
| Growing Plants in Space | Protecting a Sinking City | Folding Paper | Living in Sunlight Extremes |
| OUR PRICE: $7.36 | OUR PRICE: $7.36 | OUR PRICE: $6.02 | OUR PRICE: $7.36 |
| Dealing with Wildfires | Making Shade | Mimicking Nature | Lighting the Night |
| OUR PRICE: $7.36 | OUR PRICE: $6.02 | OUR PRICE: $7.36 | OUR PRICE: $6.02 |
| The Science of Glass | Blue Crab Comeback | Restoring Muddy Creek | Building Sandcastles |
| OUR PRICE: $7.36 | OUR PRICE: $7.36 | OUR PRICE: $7.36 | OUR PRICE: $6.69 |
| Taking Photos from Space | Saving the Arctic | Creative Machines | Staying Afloat |
| OUR PRICE: $7.36 | OUR PRICE: $7.36 | OUR PRICE: $7.36 | OUR PRICE: $6.02 |
| Exploring Volcanic Activity | Staying Dry | Saving a Species | Predicting Earthquakes |
| OUR PRICE: $7.36 | OUR PRICE: $7.36 | OUR PRICE: $7.36 | OUR PRICE: $7.36 |
| The Culture of Calendars | Designing a Shuttle | Making Crayons | Guided by Stars |
| OUR PRICE: $7.36 | OUR PRICE: $7.36 | OUR PRICE: $6.02 | OUR PRICE: $7.36 |
| Making Music with Magnets | Making Music | Creating a Habitat | Making More Doughnuts |
| OUR PRICE: $7.36 | OUR PRICE: $6.69 | OUR PRICE: $7.36 | OUR PRICE: $6.02 |
| Staying Warm | Cooling Off | Making a Mummy | Seeing More Stars |
| OUR PRICE: $6.69 | OUR PRICE: $6.69 | OUR PRICE: $7.36 | OUR PRICE: $6.69 |
| Botanical Illustration | Tracking a Storm | Amphibian Rescue | Learning about Sharks |
| OUR PRICE: $7.36 | OUR PRICE: $7.36 | OUR PRICE: $7.36 | OUR PRICE: $6.02 |
| Inka Terraces | Garden Life | Electric Vehicles | Pulling Taffy |
| OUR PRICE: $7.36 | OUR PRICE: $6.02 | OUR PRICE: $7.36 | OUR PRICE: $6.02 |

| Playing with Wind | Underwater Training | Building Lighthouses | Raising Silkworms |
|---|---|---|---|
| OUR PRICE: $6.02 | OUR PRICE: $7.36 | OUR PRICE: $6.69 | OUR PRICE: $6.69 |

| Designing National Parks | The Science of Waves and Surfboards | Helping Animals Learn | Cooking Innovations |
|---|---|---|---|
| OUR PRICE: $7.36 | OUR PRICE: $7.36 | OUR PRICE: $6.69 | OUR PRICE: $7.36 |

| Bones on Display | Taking Food to Go | Making Maps | Life in a Cube |
|---|---|---|---|
| OUR PRICE: $7.36 | OUR PRICE: $6.02 | OUR PRICE: $7.36 | OUR PRICE: $7.36 |

| Making Movies in Technicolor | Saving Culture from Disaster | Solving Problems at the Zoo | What Toys Can Do |
|---|---|---|---|
| OUR PRICE: $7.36 | OUR PRICE: $7.36 | OUR PRICE: $6.69 | OUR PRICE: $6.02 |

| Rebuilding the Body | Raising Clouded Leopards | Color-Changing Cephalopods | Digging Up Dinosaurs |
|---|---|---|---|
| OUR PRICE: $7.36 | OUR PRICE: $7.36 | OUR PRICE: $7.36 | OUR PRICE: $7.36 |

| The Science of Gems | Plant Invaders | | Mapping the Milky Way |
|---|---|---|---|
| OUR PRICE: $7.36 | OUR PRICE: $7.36 | | OUR PRICE: $7.36 |

| I Can Prove It! | I Use Simple Machines | I Use Science Tools | Impact: Asteroids and the Science of Saving the World |
|---|---|---|---|
| OUR PRICE: $1.00 | OUR PRICE: $2.99 | OUR PRICE: $2.99 | OUR PRICE: $2.99 |
| 97% OFF | 90% OFF | 90% OFF | 85% OFF |

| Microbiology | Mix It Up! Solution or Mixture? | Medical Technology and Engineering | NASCAR Technology |
|---|---|---|---|
| OUR PRICE: $1.99 | OUR PRICE: $2.99 | OUR PRICE: $1.00 | OUR PRICE: $1.00 |
| 78% OFF | 90% OFF | 98% OFF | 96% OFF |

| Oh, Ick!: 114 Science Experiments Guaranteed to Gross You Out! | Pie Graphs | Racing on the Wind: Steve Fossett | Record-breaking Earth & Space Facts |
|---|---|---|---|
| OUR PRICE: $1.99 | OUR PRICE: $1.99 | OUR PRICE: $2.99 | OUR PRICE: $2.99 |
| 87% OFF | 75% OFF | 89% OFF | 90% OFF |

| Secrets of the Space Shuttle | Sequence It! | Stickmen's Guide to Gigantic Machines | Studying Our Earth, Inside and Out |
|---|---|---|---|
| OUR PRICE: $2.99 | OUR PRICE: $2.99 | OUR PRICE: $2.99 | OUR PRICE: $2.99 |
| 89% OFF | 90% OFF | 90% OFF | 90% OFF |

We Also Have **FREE SHIPPING** On Bulk Orders of $500 and Up!!

**If you have a BID, or would like a NO OBLIGATION ESTIMATE,
simply fax over your book list to us at 1-866-546-2544.
The Reading Warehouse will beat any legitimate book order!**
* Closeout, clearance and certain other sales are not part of this
guarantee. See our Low Price Guarantee for details

**We reserve the right to limit quantities on all sale items
Sale prices good for up to 7 days**

**Need more information?**
Email us: customerservice@thereadingwarehouseonline.com
Call us toll free: 1-866-391-READ (7323).

**www.thereadingwarehouse.com**

Manage Your Subscription

This message was sent to **aoliverdavila@bostonpublicschools.org** from **customercare@thereadingwarehouseonline.com**

The Reading Warehouse

The Reading Warehouse
PO Box 41328
North Charleston, SC 29423

**From:** Superintendent Brenda Cassellius <communications@bostonpublicschools.org>
**Sent:** Wednesday, October 21, 2020 7:10 PM EDT
**To:** 141111@boston.k12.ma.us <141111@boston.k12.ma.us>
**Subject:** All BPS Students Learn Remotely Thursday, October 22

**Office of the Superintendent**
Dr. Brenda Cassellius, Superintendent
Bruce C. Bolling Municipal Building
2300 Washington Street, 5th Floor
Roxbury, Massachusetts 02119

*The following is the text of an automated phone call sent today:*

This is Superintendent Brenda Cassellius. I'm calling to inform you that **all Boston Public Schools will be closed tomorrow, Thursday, October 22, as BPS is pausing in-person learning for all students.** Again, all students will learn remotely beginning tomorrow, Thursday, October 22.

BPS is moving to all-remote learning due to the increased COVID-19 positivity rate in the City of Boston. This decision was made out of an abundance of caution, as we continue to prioritize the health and safety of our students, staff and families, above all else.

We understand that this is disappointing news and that many of you were happy to return to school and are excited to see your children doing well with in-person learning. We too are disheartened with having to move to all remote learning. We know many of our students and their families are counting on in-person services, so we will continue to work with our teachers and school leaders towards bringing our students back to school as soon as we can, but only if the data and public health guidance supports in-person learning.

**Again, all BPS schools will be closed tomorrow, October 22, and until public health officials believe it is appropriate to resume in-person learning.**

I am asking for the community's help so we can safely bring our students back to school. This means we all must do our part. Please wear your mask, avoid large crowds, and stay 6 feet away from others when in public. And most importantly, please stay home if you are not feeling well, and wash your hands often with soap and warm water.

For more information on how to stay safe from COVID-19, including local testing sites, please visit boston.gov/coronavirus. More information about remote learning is also available at bostonpublicschools.org.

Thank you for your grace, patience and flexibility. I know these are challenging and uncertain times. Together we can get through this. Please know that we are here to support you.

Stay safe and healthy.

| Boston Public Schools | Boston School Committee | City of Boston |
|---|---|---|
| Dr. Brenda Cassellius, Superintendent | Michael Loconto, Chair | Martin J. Walsh, Mayor |

Boston Public Schools would like to continue connecting with you via email. If you prefer to be removed from our list, please contact Boston Public Schools directly. To stop receiving all email messages distributed through our SchoolMessenger service, follow this link and confirm:
Unsubscribe

SchoolMessenger is a notification service used by the nation's leading school systems to connect with parents, students and staff through voice, SMS text, email, and social media.

**From:** Boston SpedPac <email@bostonspedpac.org>
**Sent:** Wednesday, October 21, 2020 7:30 PM EDT
**To:** aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>
**Subject:** Boston SpEdPAC Message

Boston SpedPac Email Blast
Forward to a Friend

BSP Banner

## SpEdPAC Community,

Mayor Walsh and Superintendent Cassellius announced today that Boston Public Schools will be suspending in-person learning for all students due to the rapid increase of the city's coronavirus infection rate.

In summary:

- **All BPS students will learn remotely effective Thursday, October 22**

- 4-day in-person learning for students with the highest needs will begin when the citywide seven-day COVID-19 positivity rate is below 5% for two consecutive weeks

- BPS will restart the phase-in of in-person learning when the citywide seven-day COVID-19 positivity rate is below 4% for two consecutive weeks.

- BPS is exploring options for providing services for our students with complex disabilities

The Boston Special Education Parent Advisory Council's (SpEdPAC) position on in-person learning, as stated in our October 13th letter to the court, has not changed.  We will continue to advocate for in-person services for students with the highest needs.  As stated in our letter, "please remember that these are students with the most significant disabilities who have demonstrated substantial regression and cannot access remote learning.  Without in-person services, many of these students become dysregulated and spend more time in crisis in homes that are not set up with all the support staff and wrap around care that schools have available to help them to keep them out of emergency rooms."

BPS needs to immediately begin working with these families and community partners to explore options and create a plan to ensure that high needs students, who are unable to access remote learning, receive in-person services.

The Boston Special Education Parent Advisory Council is asking for feedback and suggestions from affected families so we can accurately represent our community.
Please email us at bostonspedpac411@gmail.com

We would also like to thank Superintendent Cassellius for committing to communicating with families and working with everyone to develop a plan for continued in person services for high needs students.

The New York Times:
Boston public schools suspend in-person reopening, citing a rise in the city's positivity rate.

NPR:
Are The Risks Of Reopening Schools Exaggerated?

Translated flyers on website*

**Zoom:** https://us02web.zoom.us/j/81038032832?pwd=YWxIOThnajk4UXgwWkRiQmd6YVlPQT09

**Meeting ID: 810 3803 2832**

**Passcode: 896366**

**Dial In: +1 929-205-6099**

## The Boston Emergency Coordination Group Press Release: Parents And Advocates Express Concern Over Thousands Of Backlogged BPS Special Education Assessments

Boston schools began providing some in-person services as of October 1; however, parents and advocates in the Boston Emergency Coordination Group expressed concern over a report that the Boston Public Schools (BPS) face a backlog of thousands of assessments. BPS halted these legally mandated assessments in March when COVID-19 closed schools. The assessments are required for BPS students to access special education services provided by the District. The vast majority of these students awaiting assessment are students of color. Students of color are again being deprived of their education by BPS' failure to... read more here

### IMPORTANT INFORMATION ABOUT SCHOOL REOPENING
(Check BPS Reopening Site for most recent information)

**Upcoming Events:**

**Sept 26 -Dec 5 -** T.R.I.B.E. Therapeutic Activities For Ages 13 – 25

**Weekly events:** BRYT: Parents Supporting Parents & BIPOC Caregiver Support Group

**Oct 21 -** Boston School Committee Meeting @ 5pm

**Oct 22 -** Student Forum: Advocating For Your Rights Beyond The Book

**Oct 26 -** Deadline to register for Mothers Retreat on 11.7.20

**Oct 27 -** City Council Education Hearings - #BPSReady Reopening Plan

**Oct 28 -** Parent University: Engaging Families In Shared Decision Making

**Oct 29 -** SpEdPAC Meeting: Basic Rights of Special Education

**Oct 29 -** City Council Education Hearings - Special Education Services (Dyslexia, Autism, and Inclusion) and Mental Health Supports

**Oct 16-31 -** Autism Waiver Program Open Period: Children < Than 9

**Oct -** October Online Trauma Support Programming

**Nov 2 -** Parent University: Engaging Families In Shared Decision Making

**Nov 12 -** City Council Education Hearings - Facilities (including safety and securing measures, libraries, and BuildBPS environmental efforts)

**Nov 12 -** Legal Guardianship: For Parents Of Students 17 Years Or Older

**Nov 14 -** AANE Fall 2020 Virtual Connections Conference

**Nov 16 -** Deadline to Apply For A 4-Year Term On Boston School Committee

**Nov 17 -** RTSC's 9th Annual Making a Difference Conference

**Nov 19 -** SpEdPAC Virtual Resource Fair

**Other Information:**

BPS 2020_2021 Attendance Procedures

Parents Supporting Parents (PSP) All Are Welcome

DESE Letter To Special Education Families

BPS Vouchers For Comcast Internet Essentials Service

Remote Learning: How To Videos

THREE THINGS TO KNOW ABOUT STAY-PUT

Free On Demand Behavioral Support For Individuals With Autism & Intellectual Disabilities Up To Age 26

Waypoint Private Lessons

Youth With Disabilities: Ages 14-22 Career Readiness Program

Home & Hospital Tutoring

COVID-19 Compensatory Services" ("CCS")

Compensatory Services & Recovery For Students With IEPs

Equity Analysis of the first draft of Boston Public Schools Reopening Plan

BPS Family Guide To Google Classroom, Zoom, And Clever

Problem Resolution System - DESE handles complaints that allege a school or a district is not meeting legal requirements for education. Anyone, including parents, students, educators, community members, and agency representatives, may contact the PRS office for assistance.

BPS is hiring.  Click here for more information and to apply online.
Special Ed Cab Monitors use code: CAB
Food Services Employees use code: FOOD

BPL is Hiring High School Students

FCSN Fall Schools Reopening 20-21 Website

New: Early Intervention (EI) Services during COVID 19

English Learner Student With Disability (ELSWD) Parent Wanted To Help Improve Services For Students

Mass Advocate for Children (MAC) is supporting families during this difficult time.  Prefer to talk to someone? Call MAC's Helpline at 617-357-8431.

Free Online Remote Education Log - This is a tool to help you keep track of your child's remote special education services and instruction while school is closed. You can also use it to keep track of concerns you have about your child's learning or any areas of progress.

Boston Ballet School – Adaptive Dance

Fill out your 2020 Census Here! New deadline Oct 15!

**2020-21 Boston SpEdPAC General Meetings**

When:  Thursdays, 7-8:30pm (Unless Noted) FLYER
August 20 - Special Ed. Rights During Covid-19 Reopening FLYER VIDEO
September 24 - Dyslexia & Reading Comprehension FLYER VIDEO
October 29 - Basic Special Education  FLYER
November 19 - Virtual Resource Fair FLYER
December 19 - Family Social (Saturday)
January 28 -
February 25 -
March 29 -
April 29 -
May 27 -


Regards,

**Boston SpEdPAC**

email: email@bostonspedpac.org

website:  http://www.bostonspedpac.org

facebook:  http://www.facebook.com/BostonSPEDPAC

youtube:  http://www.youtube.com/user/BostonSpedPac

voicemail:  617.297.7335

subscribe: Sign Up for Emails Here

view past emails here

Sped Pac Family Feedback form

BSP Website      Email      YouTube      Facebook      Subscribe

Copyright © 2020 Boston SpedPac, All rights reserved.
To receive info regarding BPS and Special Needs issues.

unsubscribe from this list

**From:** Ruth Mekasha <rmekasha45@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:00 PM EDT
**To:** aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee VIce Chairperson Alexandra Oliver-Davila,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Ruth Mekasha

76 Bolton Street
Boston, MA 02127
United States

**From:** Christine Collins <christinemcollins@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:56 PM EDT
**To:** aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee VIce Chairperson Alexandra Oliver-Davila,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Christine Collins

Kittredge
Roslindale, MA 02131
United States

**From:** Aly Madan <alymadan2@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:00 PM EDT
**To:** aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee VIce Chairperson Alexandra Oliver-Davila,

\*\* I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. \*\*

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Aly Madan

27 Marcella Street
Boston, MA 02119
United States

**From:** "Abigail Machson-Carter" <amagnacarta@gmail.com> on behalf of \"Abigail Machson-Carter\"
**Sent:** Wednesday, October 21, 2020 8:25 PM EDT
**To:** aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee VIce Chairperson Alexandra Oliver-Davila,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Our schools, which are a public good, should offer these opportunities equally. All secondary schools in BPS should offer excellence, and reach should reflect our city's demographics.


Sincerely,
Abigail Machson-Carter

18 Arborfield Road
Boston, MA 02131
United States

**From:** David Garlough <dgarlough@gmail.com>
**Sent:** Wednesday, October 21, 2020 6:31 PM EDT
**To:** mayor@boston.gov <mayor@boston.gov>
**CC:** superintendent@bostonpublicschools.org <superintendent@bostonpublicschools.org>; a.e.george@boston.gov <a.e.george@boston.gov>; michael.f.flaherty@boston.gov <michael.f.flaherty@boston.gov>; michelle.wu@boston.gov <michelle.wu@boston.gov>; mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>; aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>; hcoleman2@bostonpublicschools.org <hcoleman2@bostonpublicschools.org>; moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>; lrivera@bostonpublicschools.org <lrivera@bostonpublicschools.org>; grobinson@bostonpublicschools.org <grobinson@bostonpublicschools.org>; qtran2@bostonpublicschools.org <qtran2@bostonpublicschools.org>; Elizabeth Sullivan <esullivan3@bostonpublicschools.org>; feedback@bostonpublicschools.org <feedback@bostonpublicschools.org>; LYDIA.EDWARDS@boston.gov <LYDIA.EDWARDS@boston.gov>
**Subject:** Exam School Policy—Three Major Problems

Mayor Walsh, Dr. Casselius, Councilors, and Members of Committee,

Some of us have had time to research and model the proposal, and I'd like to provide updated feedback. I had intended to testify at tonight's meeting, but I will need to drop early.

You are making <u>four</u> simultaneous and extreme interventions to this system which simply shift unfairness to other places.

1. Eliminating the test—No argument here other than the fact that it's being used to deflect from the core issues.

2. Allocating only 20% of seats for top students
   - A kid would need to be roughly in the 95th percentile to qualify for this. Why not set aside 50% of seats? Why not 80/20? This seems arbitrary and artificially low.

3. Allocating seats based zip code population
   - This unfairly creates different acceptance rates for each zip code based on the percentage of students qualifying for the pool.
   - It creates a reverse incentive. As more kids qualify into the pool, the acceptance rate goes lower and lower.
   - The lowest performing schools will have the highest acceptance rates into the exam schools.
   - Why not fairly allocate seats based on each zip code's percentage of qualified students, rather than the total number of kids? This way, every zip code has the same acceptance rate, and their seat allocations increase as more kids qualify into the pool.

4. Reverse Income Testing (and this is where you completely lose me...)
   - In Charlestown, you have $2M row houses one block from the largest public housing project in New England. The same scenario plays out in Chinatown and elsewhere.
   - When a family struggling to get by on $50K is living next door to a high earning family making $450K, their average income is a quarter million dollars. That tells you absolutely nothing about the individual circumstances, and your system somehow makes them <u>both</u> worse off.
   - It is wildly unfair to punish kids based on the income of their neighbors.

Literally no one (including the Committee) believes that these changes are a one-year exception. Whatever we do here clearly sets the framework for the future. Charlestown urges you to reconsider.

Respectfully,

David Garlough
Cedar Street, Charlestown
(617) 699-1990

On Mon, Oct 19, 2020 at 4:29 PM David Garlough <dgarlough@gmail.com> wrote:
Mayor Walsh, Dr. Casselius, Councilors, and Members of Committee,

As a 20-year Boston resident (11 years in Charlestown), I'm writing to voice my opposition to the proposed changes to the exam school admissions criteria, based on the following:

1. This plan virtually eliminates exam school access for kids living in Charlestown's public housing. Kids should not be penalized based on the income of their neighbors.

2. This plan does not take into account the percentage of kids in each zip code meeting the exam school criteria, only raw populations. This skews seat allocations.

3. This plan completely ignores the obvious opportunities outlined in the Harvard Kennedy School Rappaport Institute's report titled "Increasing Diversity in Boston's Exam Schools," (Oct 2018), which highlighted using MCAS scores as a

very workable solution to increasing exam school diversity by almost 50%.

4. Only 20% allocation for top performing students is far too low. I do not believe the system is not 80% broken.

I've read through the recommendations, and I understand the intent. I was one of those kids on public assistance, with a tough situation at home and certainly no help from tutors or other outside services that would have helped me perform better on this kind of test. I'm a firm believer that we need to do more to ensure an equal opportunity for kids of all backgrounds.

Basing seat allocations on average zip code income does an extraordinary disservice to Charlestown kids. directly and immediately reducing their access to exam schools simply by living in the same neighborhood as higher income residents. That seems incredibly unfair. We are home to the largest public housing development in New England, yet this plan would only allocate 3 seats to Charlestown students outside of the top performing 20%.

Disadvantages notwithstanding, meritocracy is incredibly important. I think we all need to believe that hard work is rewarded with success, and this plan reinforces the opposite. It leaves out many great students simply because some of their neighbors make more money.  If some version of this plan does move forward, I would like to see at least 50% of the seats allocated for top performing students. That leaves open the possibility of investing in extra help for promising students who may not have the help they need at home. To say that the system is misaligned by 80% sounds completely outrageous.

An overlooked issue in this report is the extraordinarily high number of non-BPS students entering the exam schools. If my math is correct, 40% of inbound BLS students are from private schools. This tells me that exam schools are being treated as a substitute for private school. This seems unfair to the families who are investing time and energy into making sure their neighborhoods schools are great, and are committed to BPS for their childrens' education. Furthermore, relying only on GPA as the admissions criteria for outside students creates a huge opportunity for inconsistent leveling and scoring. Can we require students who are Boston residents to be in the BPS system the previous year in order to apply? If not, is there a way to limit the percentage of seats going to non-BPS students?

Thanks for your consideration,

David Garlough
6 Cedar Street, Charlestown
(617) 699-1990

**From:** Trish Elliott <trishelliott07@gmail.com>
**Sent:** Wednesday, October 21, 2020 8:06 PM EDT
**To:** aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee VIce Chairperson Alexandra Oliver-Davila,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Trish Elliott

97 Anawan Avenue
Boston, MA 02132
United States

**From:** Daisy Chiu <daisy.chiu@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:43 PM EDT
**To:** aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee VIce Chairperson Alexandra Oliver-Davila,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

We can do better for the residents and students of Boston!

Sincerely,
Daisy Chiu

12 Commonwealth Court
Boston, MA 02135
United States

**From:** Nataly Bedoya <natmb86@gmail.com>
**Sent:** Wednesday, October 21, 2020 8:06 PM EDT
**To:** aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee VIce Chairperson Alexandra Oliver-Davila,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Nataly Bedoya

117 Hillcrest Road
Waltham, MA 02451
United States

**From:** "Sha'nai Watler " <shanai.watler@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:05 PM EDT
**To:** aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>
**Subject:** Please stand for equitable access to Boston exam schools

Dear Boston School Committee VIce Chairperson Alexandra Oliver-Davila,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

bls sucks

Sincerely,
Sha'nai Watler

1154 Adams Street
Boston, MA 02124
United States

**From:** Gigi Kellett <gigikellett@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:19 PM EDT
**To:** aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>
**Subject:** Please stand for equitable access to Boston exam schools

Dear Boston School Committee VIce Chairperson Alexandra Oliver-Davila,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Please move forward with this proposal. It's so important to our community.

Sincerely,
Gigi Kellett

27 Woodman Street
Jamaica Plain, MA 02130
United States

**From:** Jeff Klug <jeff@bkarch.com>
**Sent:** Wednesday, October 21, 2020 5:44 PM EDT
**To:** aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>
**Subject:** Please support the recommendation to suspend testing for 1 year

Dear Boston School Committee VIce Chairperson Alexandra Oliver-Davila,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Both of my kids went through the Boston Public School System and the ISEE as well as the whole exam school process was a racial sorting system. This is an opportunity to stop it. Now is the moment and we have to have the courage to do it.


Sincerely,
Jeff Klug

157 West Newton Street
Boston, MA 02118
United States

**From:** Lauren Margharita <lmargharita@gmail.com>
**Sent:** Wednesday, October 21, 2020 6:37 PM EDT
**To:** Loconto, Michael <mloconto@bostonpublicschools.org>; aoliverdavila@bostonpublicschools.org
<aoliverdavila@bostonpublicschools.org>; moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>;
grobinson@bostonpublicschools.org <grobinson@bostonpublicschools.org>; qtran2@bostonpublicschools.org
<qtran2@bostonpublicschools.org>; lrivera@bostonpublicschools.org <lrivera@bostonpublicschools.org>;
hcoleman2@bostonpublicschools.org <hcoleman2@bostonpublicschools.org>
**Subject:** Re: Please support the recommendation to suspend testing for 1 year

I appreciate your reply Chair Loconto. Adding other BSC members onto my reply.

I was thinking some more about this proposal, specifically as it relates to 8th grade students. 6th graders have another shot at getting a seat in an exam school for 9th grade, but 8th graders do not; this is their last chance (with the exception of the 10th grade seats at the OB.) Could we think about opening up more exam school seats for 8th graders? As you are well aware, our BPS 7th and 8th grade students who do not already attend exams schools are overwhelmingly students of color and/or often recent immigrants. Using the Lyndon as an example: K-6 grades are predominantly white, but the 7th and 8th grades are primarily made up of Dominican and Albanian students - often recent immigrants, and Black students. I wholeheartedly support the proposal put forth by the Exam School Working Group, but I wanted to follow up with this observation. One limitation of the proposal (perhaps the only limitation?) is that current 8th grade students didn't know at the time that their 2019 grades would turn out to be critically important - there's nothing they can do now to improve those grades, and therefore improve their last chance to be offered admission to an exam school.

Thank you for reading my follow up comments!

Lauren Margharita
Roslindale

On Tue, Oct 20, 2020 at 7:10 PM Loconto, Michael <mloconto@bostonpublicschools.org> wrote:
> Thanks for your support, Ms. Margherita.
>
> Michael Loconto
> Chairperson, Boston School Committee
> mloconto@bostonpublicschools.org
>
> On Tue, Oct 20, 2020, 4:02 PM Lauren Margharita <lmargharita@gmail.com> wrote:
>
>> Dear Boston School Committee Chairperson Michael Loconto,
>>
>> ** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. ** I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.
>>
>> Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.
>>
>> Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.
>>
>> Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.
>>
>> I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.
>>
>> Dear Mayor Walsh, Dr. Crockett, Dr. Brenda Cassellius, City Councilors and Boston School Committee Members
>>
>> I appreciate the difficult positions you are all in as you consider the options for selecting the 2021-2022 exam school students. I want to recognize and thank you for taking the time to think through the ramifications of this impactful decision before you. The realitiy is that there just is no fair, or safe way, to administer a standardized test to 6th and 8th grade BPS students this year that will determine who is offered a seat in one of Boston's exam schools. It is imperative that you support the recommendations of the Exam School Working Group and approve their plan to select the students who will be offered admission, just for the 2021-2022 school year.

Sincerely,
Lauren Margharita

393 Metropolitan Avenue
Boston, MA 02131
United States

**From:** "Karen González " <klgonzalez11@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:52 PM EDT
**To:** aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee VIce Chairperson Alexandra Oliver-Davila,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

As a graduate from BLS (Class of 2004) and parent of a current BLS student (Class of 2022), I can wholeheartedly say that we need to do better for our future generations.


Sincerely,
Karen González

23 Sunnyside Street
Boston, MA 02130
United States

**From:** Alexandra Avedisian <alex@id-queue.com>
**Sent:** Wednesday, October 21, 2020 6:56 PM EDT
**To:** aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee VIce Chairperson Alexandra Oliver-Davila,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Teaching and testing are not equal in schools. Remove testing and give students equal access to good education!!


Sincerely,
Alexandra Avedisian

188 svo
Norton, MA 02766
United States

**From:** Marygrace Pier <marygracepier@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:25 PM EDT
**To:** aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee VIce Chairperson Alexandra Oliver-Davila,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

I work with students in Boston and can see first hand that the decision to have MCAS this year has made teachers stress about learning material when students are still in no position to properly learn the material needed to pass the MCAS. Additionally, with the recent announcement of BPS returning to virtual and having to reevaluate their phase into schools plan, it is clear that this is not a year the MCAS should happen.


Sincerely,
Marygrace Pier

148 Calumet Street
Boston, MA 02120
United States

**From:** RUBEN VAN LEEUWEN <ruben_vanleeuwen@hotmail.com>
**Sent:** Wednesday, October 21, 2020 7:40 PM EDT
**To:** aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee VIce Chairperson Alexandra Oliver-Davila,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Unfortunately, we have been using tracking for decades even after research has proven it to be harmful. Please don't perpetuate this system. Also, get the federal, state and local governments to fund our children's education.


Sincerely,
RUBEN VAN LEEUWEN

10 Union Avenue
Boston, MA 02130
United States

**From:** Sarah Patrick <sarahbpatruck@gmail.con>
**Sent:** Wednesday, October 21, 2020 6:37 PM EDT
**To:** aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee VIce Chairperson Alexandra Oliver-Davila,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportiontely harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Sarah Patrick

18 Hillcroft Road
Boston, MA 02130
United States

**From:** Simca Horwitz <shorwitz@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:38 PM EDT
**To:** aoliverdavila@bostonpublicschools.org <aoliverdavila@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee VIce Chairperson Alexandra Oliver-Davila,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Simca Horwitz

Kittredge St
Roslindale, MA 02131
United States

**From:** Christine Collins <christinemcollins@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:56 PM EDT
**To:** grobinson@bostonpublicschools.org <grobinson@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Member Jeri Robinson,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Christine Collins

Kittredge
Roslindale, MA 02131
United States

**From:** Ruth Mekasha <rmekasha45@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:00 PM EDT
**To:** grobinson@bostonpublicschools.org <grobinson@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Member Jeri Robinson,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Ruth Mekasha

76 Bolton Street
Boston, MA 02127
United States

**From:** "Abigail Machson-Carter" <amagnacarta@gmail.com> on behalf of \"Abigail Machson-Carter\"
**Sent:** Wednesday, October 21, 2020 8:25 PM EDT
**To:** grobinson@bostonpublicschools.org <grobinson@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Member Jeri Robinson,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Our schools, which are a public good, should offer these opportunities equally. All secondary schools in BPS should offer excellence, and reach should reflect our city's demographics.


Sincerely,
Abigail Machson-Carter

18 Arborfield Road
Boston, MA 02131
United States

**From:** Sullivan, Elizabeth <esullivan3@bostonpublicschools.org>
**Sent:** Wednesday, October 21, 2020 6:27 PM EDT
**To:** schoolcommittee <schoolcommittee@bostonpublicschools.org>
**Subject:** Fwd: [External]: Boston Exam Schools Information
**Attachment(s):** "J Livingstone cmts on exam school proposal.pdf"


---------- Forwarded message ---------
From: **Livingstone, Jay - Rep. (HOU)** <Jay.Livingstone@mahouse.gov>
Date: Wed, Oct 21, 2020 at 4:18 PM
Subject: RE: [External]: Boston Exam Schools Information
To: Sullivan, Elizabeth <esullivan5@bostonpublicschools.org>, mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
Cc: esullivan3@bostonpublicschools.org <esullivan3@bostonpublicschools.org>, rconsalvo@bostonpublicschools.org <rconsalvo@bostonpublicschools.org>, Mills, Sarah (HOU) <Sarah.Mills@mahouse.gov>


Attached please find comments regarding the proposal for changes to the exam school entrance requirements.

Thank you for your consideration.

Best regards,
Jay Livingstone


--
Elizabeth Sullivan
Executive Secretary
Boston School Committee| Boston Public Schools
2300 Washington Street, Roxbury, MA 02119
esullivan3@bostonpublicschools.org | 617-635-9014

--
You received this message because you are subscribed to the Google Groups "schoolcommittee" group.
To unsubscribe from this group and stop receiving emails from it, send an email to schoolcommittee+unsubscribe@bostonpublicschools.org.
To view this discussion on the web visit
https://groups.google.com/a/bostonpublicschools.org/d/msgid/schoolcommittee/CA%2BZCZ2fvrehiGYsUpHwPUQyGLmb%3DrEzXcdqKGv8OxBsUCBA3XA%40mail.gmail.com.

**From:** Sullivan, Elizabeth <esullivan3@bostonpublicschools.org>
**Sent:** Wednesday, October 21, 2020 5:59 PM EDT
**To:** schoolcommittee <schoolcommittee@bostonpublicschools.org>
**Subject:** Fwd: Civil Rights and Education Justice Advocates Letter
**Attachment(s):** "Civil Rights and Education Justice Advocates Letter.docx"


---------- Forwarded message ---------
From: **Cassellius, Brenda** <bcassellius@bostonpublicschools.org>
Date: Wed, Oct 21, 2020 at 3:38 PM
Subject: Fwd: Civil Rights and Education Justice Advocates Letter
To: Dillman, Mary <mdillman@bostonpublicschools.org>, Elizabeth Sullivan <esullivan3@bostonpublicschools.org>, Roberts, Monica <mroberts@bostonpublicschools.org>


Please send out

---------- Forwarded message ---------
From: **J. Keith Motley** <JKMotley@ulem.org>
Date: Wed, Oct 21, 2020 at 3:02 PM
Subject: Civil Rights and Education Justice Advocates Letter
To: bcassellius@bostonpublicschools.org <bcassellius@bostonpublicschools.org>
CC: A.E.George@boston.gov <A.E.George@boston.gov>, Michael.F.Flaherty@boston.gov <Michael.F.Flaherty@boston.gov>, julia.mejia@boston.gov <julia.mejia@boston.gov>, Michelle.Wu@boston.gov <Michelle.Wu@boston.gov>, Lydia.Edwards@boston.gov <Lydia.Edwards@boston.gov>, Ed.Flynn@boston.gov <Ed.Flynn@boston.gov>, Frank.Baker@boston.gov <Frank.Baker@boston.gov>, Andrea.Campbell@boston.gov <Andrea.Campbell@boston.gov>, Ricardo.Arroyo@boston.gov <Ricardo.Arroyo@boston.gov>, matthew.omalley@cityofboston.gov <matthew.omalley@cityofboston.gov>, Kenzie.Bok@boston.gov <Kenzie.Bok@boston.gov>, Liz.Breadon@boston.gov <Liz.Breadon@boston.gov>, Ivan Espinoza-Madrigal <iespinoza@lawyersforcivilrights.org>, CRose@aclum.org <CRose@aclum.org>, J. Keith Motley <JKMotley@ulem.org>, Jose Lopez <jjlopez.jd@gmail.com>, Rahsaan Hall <rhall@aclum.org>, Robert Trestan <trestan@adl.org>, Willie Bodrick II <williewill.bodrick@gmail.com>, Lauren Sampson <lsampson@lawyersforcivilrights.org>, Lisa Guisbond <lisa.guisbond@gmail.com>, kboundy@cleweb.org <kboundy@cleweb.org>, Lewis Finfer <lewfinfer@gmail.com>, deb@massappleseed.org <deb@massappleseed.org>, Ruby Reyes <bejaruby@gmail.com>, info@bostonnaacp.org <info@bostonnaacp.org>, Keith Motley <jkmotley22@gmail.com>


October 21, 2020

Dear Mayor Walsh, School Committee Chair Loconto, Superintendent Cassellius, City Council President Janey, and members of the Boston School Committee and City Council:

We, the undersigned civil rights, education justice, and community organizations, offer our full support for the Exam School Admission Criteria Working Group's admissions proposal for the 2021-2022 school year. The proposal is an appropriate way to conduct admissions amidst this terrible pandemic, and it is a meaningful move toward equitable representation in Boston's exam schools.

The harm and upheaval caused by the pandemic warrant recounting only for historical record. Boston was among the first U.S. "hot spots" of coronavirus outbreak. Our hospitals operated at surge capacity to treat those infected. Our businesses were closed to limit infection and "flatten the curve." Our children's schooling was upended by sheltering in place, and both grading and the MCAS were suspended for the spring. Currently, only our students with the greatest needs have returned to in-person schooling and our coronavirus infection rate is increasing again.

In all aspects of the pandemic's impact, Boston's Black and Latinx residents were, and are, deeply and disproportionately affected. Boston's Black and Latinx residents have contracted, and died from, the coronavirus at greater rates than their neighbors. Our Black and Latinx residents are both more likely to be essential workers - increasing their exposure to the virus - and more likely to lose their jobs as service industry businesses close. Given the racial wealth gaps in our city, our Black and Latinx families are less likely to have the financial flexibility to hire a tutor, form a pod, pay for private in-person schooling, increase their wireless connectivity for remote learning, or provide additional educational enrichment for their children. These are traumatic times for all of us, and our students and families of color have been the hardest hit.

Amidst these trying times, the exam school admissions proposal is a sensible and equitable way to recognize our highest performing students. For the last 20 years, invitations to Boston's exam schools have been awarded based on a combination of students' grades and performance on a test. With coronavirus infection rates increasing and few students allowed to return to schools, now is simply not the time to administer an in-person examination to thousands of students. Nor would an examination be an accurate measure of a student's worth given the trauma caused by the pandemic. This is especially true for Black and Latinx students given the disparities noted above.

In lieu of an exam, the exam school admissions proposal looks only at students' pre-pandemic grades. We recognize the limits of this approach: there is no way to bring uniformity to the grading practices of the public, parochial, private, METCO, and charter schools that serve Boston's students. Worse still, such an approach is keenly susceptible to the grade inflation already at play in some Boston Schools. For example, WGBH found that 69% of exam school applicants from Holy Name, the parochial school with the largest number of students enrolled in Boston Latin, had A+ averages in 2016. (WGBH, *Boston Public School Students May Be at a Disadvantage for Getting Into Boston Latin*(Sept. 5, 2017)). For one year, however, grades provide a criterion shared by all applicants before the pandemic exacerbated educational disparities. This is a sensible way to measure student achievement for this year.

The proposal is made far more equitable by its method for awarding invitations to the highest performing students in each of Boston's zip codes. In this manner, the proposal offsets not only the difficulties of relying solely on grades, but also the racial and socioeconomic disparities in exam school enrollment 20 years in the making. Black students are currently enrolled in Boston Latin School (BLS) at their lowest rate since desegregation. BLS' Latinx enrollment rate remains what it was in the 1990s, despite a doubling in Latinx students' application rate since then. The neighborhoods of Codman Square, Hyde Park, East Boston, and Grove Hall are home to six times the number of middle-school-age youth as West Roxbury, yet students from West Roxbury comprise almost as many seats at BLS as the other neighborhoods combined. (Lawyers for Civil Rights et al, *A Broken Mirror: Exam School Admissions Fail to Reflect Boston's Diversity* (2017)). Specifically, for the 2020-2021 school year, only 6% of all exam school applicants resided in West Roxbury, a community with only 7,115 children under the age of 18. However, 17% of those students invited to BLS live in West Roxbury. 20% of all BLS invitees reside in Roslindale, Jamaica Plain, or South Boston—cumulatively home to 17,579 children—which together made up 13% of all exam school applications. By contrast, only 17% of BLS invitees come from Dorchester, home to over 28,000 children, even though 33% of all exam school applications were submitted from Dorchester.

By allocating 80% of exam school invitations by grades and zip codes, the exam school admissions proposal ensures that the highest performing students of all backgrounds and in all Boston neighborhoods will be attending our exam schools. And by allocating the first 20% of seats to the highest performing students citywide, the proposal ensures all students, particularly those in neighborhoods with fewer school-age children, have two shots to get in.

We strongly endorse the Exam School Admission Criteria Working Group's proposal for the 2021-2022 school year, as well as its suggestions for improving educational opportunities in lower grades and continuing its work toward more permanent, post-pandemic admissions criteria. Boston's future is brightest when its students of all backgrounds and neighborhoods learn from and with each other, particularly at our most celebrated schools. This is a rare and welcomed silver lining to the havoc this pandemic has wrought, and a meaningful way to improve educational opportunities across the city.


ACLU of Massachusetts
ADL New England
Black Educators Alliance of Massachusetts
Boston Education Justice Alliance
Boston Network for Black Student Achievement
Center for Law and Education
Citizens for Public Schools
Lawyers for Civil Rights
Massachusetts Advocates for Children
Massachusetts Appleseed Center for Law and Justice
Massachusetts Communities Action Network (MCAN)
NAACP Boston Branch
Urban League of Eastern Massachusetts

--
Dr. Brenda Cassellius
Superintendent
Boston Public Schools

"No one of us is as smart as all of us"

--
Elizabeth Sullivan
Executive Secretary
Boston School Committee| Boston Public Schools
2300 Washington Street, Roxbury, MA 02119
esullivan3@bostonpublicschools.org | 617-635-9014

--
You received this message because you are subscribed to the Google Groups "schoolcommittee" group.
To unsubscribe from this group and stop receiving emails from it, send an email to schoolcommittee+unsubscribe@bostonpublicschools.org.
To view this discussion on the web visit
https://groups.google.com/a/bostonpublicschools.org/d/msgid/schoolcommittee/CA%2BZCZ2fBq1qb6LqUWm18Rjpw6JMgJH8yh4QUN305y_vUGOFYpQ%40mail.gmail.com.

**From:** Sullivan, Elizabeth <esullivan3@bostonpublicschools.org>
**Sent:** Wednesday, October 21, 2020 6:56 PM EDT
**To:** schoolcommittee <schoolcommittee@bostonpublicschools.org>
**Subject:** Fwd: Exam School Letter - Councilor Baker
**Attachment(s):** "Exam School Committee Letter.pdf"


---------- Forwarded message ---------
From: **Sullivan, Elizabeth** <esullivan5@bostonpublicschools.org>
Date: Wed, Oct 21, 2020 at 6:27 PM
Subject: Fwd: Exam School Letter - Councilor Baker
To: Sullivan, Elizabeth <esullivan5@bostonpublicschools.org>, Brenda Cassellius <bcassellius@bostonpublicschools.org>
Cc: Robert Consalvo <rconsalvo@bostonpublicschools.org>


Hi Superintendent Cassellius and Liz,

Please see the letter below from City Councilor Frank Baker.

Thank you,

Liz

---------- Forwarded message ---------
From: **Amanda Curley** <amanda.curley@boston.gov>
Date: Wed, Oct 21, 2020 at 6:15 PM
Subject: Exam School Letter - Councilor Baker
To: Sullivan, Elizabeth <esullivan5@bostonpublicschools.org>
Cc: Consalvo, Robert <rconsalvo@bostonpublicschools.org>


Hi Liz,

Sorry for the delay. Please see Councilor Baker's letter attached regarding the exam school proposal.

Thank you,
Amanda

**Amanda Curley**
Chief of Staff
City Councilor Frank Baker, District 3
Boston City Hall, One City Square
Boston, MA 02201
Phone: 617-635-3455
Fax: 617-635-4203
Amanda.curley@cityofboston.gov

***Please remember that this is a City of Boston email account and the content of this message is public record.***


--
*Liz Fearnley Sullivan*
*Director of Intergovernmental Relations*
*Office of the Senior Advisor to the Superintendent*
*Boston Public Schools*
*Bruce C. Bolling Building*
*2300 Washington Street*
*Roxbury, MA 02119*
*Direct: (617) 635-6402*


--
Elizabeth Sullivan
Executive Secretary
Boston School Committee| Boston Public Schools
2300 Washington Street, Roxbury, MA 02119
esullivan3@bostonpublicschools.org | 617-635-9014

--
You received this message because you are subscribed to the Google Groups "schoolcommittee" group.
To unsubscribe from this group and stop receiving emails from it, send an email to

schoolcommittee+unsubscribe@bostonpublicschools.org.
To view this discussion on the web visit
https://groups.google.com/a/bostonpublicschools.org/d/msgid/schoolcommittee/CA%2BZCZ2e2p1WbjTxP8zHNe3ZWc7v1Ayqi1-aiD%3DU6%3DyLSn-k2-g%40mail.gmail.com.

**From:** Sullivan, Elizabeth <esullivan3@bostonpublicschools.org>
**Sent:** Wednesday, October 21, 2020 6:24 PM EDT
**To:** schoolcommittee <schoolcommittee@bostonpublicschools.org>
**Subject:** Fwd: image
**Attachment(s):** "Bok Exam Statement FINAL.pdf"

---------- Forwarded message ----------
From: **Kenzie Bok** <kenzie.bok@boston.gov>
Date: Wed, Oct 21, 2020 at 4:55 PM
Subject: Fwd: image
To: Elizabeth Sullivan <liz.sullivan@boston.gov>

Statement for the School Committee — thanks!

Kenzie

--

Kenzie Bok
Boston City Councilor
District 8

*Please note that emails sent to and from this account are public records, and may also be read by members of my staff.*
--

Kenzie Bok
Boston City Councilor
District 8

*Please note that emails sent to and from this account are public records, and may also be read by members of my staff.*
--

Kenzie Bok
Boston City Councilor
District 8

*Please note that emails sent to and from this account are public records, and may also be read by members of my staff.*


--
*Liz Fearnley Sullivan*
*Director of Intergovernmental Relations*
*Office of the Senior Advisor to the Superintendent*
*Boston Public Schools*
*Bruce C. Bolling Building*
*2300 Washington Street*
*Roxbury, MA  02119*
*Direct: (617) 635-6402*


--
Elizabeth Sullivan
Executive Secretary
Boston School Committee| Boston Public Schools
2300 Washington Street, Roxbury, MA 02119
esullivan3@bostonpublicschools.org | 617-635-9014

--
*Liz Fearnley Sullivan*
*Director of Intergovernmental Relations*
*Office of the Senior Advisor to the Superintendent*
*Boston Public Schools*
*Bruce C. Bolling Building*
*2300 Washington Street*
*Roxbury, MA  02119*
*Direct: (617) 635-6402*


--
Elizabeth Sullivan
Executive Secretary
Boston School Committee| Boston Public Schools
2300 Washington Street, Roxbury, MA 02119
esullivan3@bostonpublicschools.org | 617-635-9014

--
You received this message because you are subscribed to the Google Groups "schoolcommittee" group.
To unsubscribe from this group and stop receiving emails from it, send an email to schoolcommittee+unsubscribe@bostonpublicschools.org.
To view this discussion on the web visit
https://groups.google.com/a/bostonpublicschools.org/d/msgid/schoolcommittee/CA%2BZCZ2dwG%3DS1%3DC1wf3vUiBsejVAebNkGkMMuauJ%2B0NGLdvDN2w%40mail.gmail.com.

**From:** Sullivan, Elizabeth <esullivan3@bostonpublicschools.org>
**Sent:** Wednesday, October 21, 2020 5:18 PM EDT
**To:** schoolcommittee <schoolcommittee@bostonpublicschools.org>
**Subject:** Fwd: Update to final exam school admissions presentation
**Attachment(s):** "Update_ Exam Schools Admission Criteria Recommendation to SC - 10.21.20 (7).pdf"


---------- Forwarded message ---------
From: **Sullivan, Elizabeth** <esullivan5@bostonpublicschools.org>
Date: Wed, Oct 21, 2020 at 4:58 PM
Subject: Update to final exam school admissions presentation
To: Sullivan, Elizabeth <esullivan3@bostonpublicschools.org>
Cc: Robert Consalvo <rconsalvo@bostonpublicschools.org>, Monica Roberts <mroberts@bostonpublicschools.org>, Brenda Cassellius <bcassellius@bostonpublicschools.org>


Hi Liz,

Attached please find an updated version of the final presentation on the exam school admissions recommendations for tonight's School Committee meeting (10/21).

- The vote language has been updated to reflect changes in the slide around household income.
- Slides 7, 8 (new slide), 14 and 22 have been revised.

Thank you,

Liz



--
*Liz Fearnley Sullivan*
*Director of Intergovernmental Relations*
*Office of the Senior Advisor to the Superintendent*
*Boston Public Schools*
*Bruce C. Bolling Building*
*2300 Washington Street*
*Roxbury, MA  02119*
*Direct: (617) 635-6402*



--
Elizabeth Sullivan
Executive Secretary
Boston School Committee| Boston Public Schools
2300 Washington Street, Roxbury, MA 02119
esullivan3@bostonpublicschools.org | 617-635-9014

--
You received this message because you are subscribed to the Google Groups "schoolcommittee" group.
To unsubscribe from this group and stop receiving emails from it, send an email to
schoolcommittee+unsubscribe@bostonpublicschools.org.
To view this discussion on the web visit
https://groups.google.com/a/bostonpublicschools.org/d/msgid/schoolcommittee/CA%2BZCZ2dVipMF2WFyiq7iZVOn9jfxYbX1KLRRpNEV-fpfummCbg%40mail.gmail.com.

**From:** Daisy Chiu <daisy.chiu@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:43 PM EDT
**To:** grobinson@bostonpublicschools.org <grobinson@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee Member Jeri Robinson,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

We can do better for the residents and students of Boston!

Sincerely,
Daisy Chiu

12 Commonwealth Court
Boston, MA 02135
United States

**From:** Nataly Bedoya <natmb86@gmail.com>
**Sent:** Wednesday, October 21, 2020 8:06 PM EDT
**To:** grobinson@bostonpublicschools.org <grobinson@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee Member Jeri Robinson,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Nataly Bedoya

117 Hillcrest Road
Waltham, MA 02451
United States

**From:** Trish Elliott <trishelliott07@gmail.com>
**Sent:** Wednesday, October 21, 2020 8:06 PM EDT
**To:** grobinson@bostonpublicschools.org <grobinson@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee Member Jeri Robinson,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Trish Elliott

97 Anawan Avenue
Boston, MA 02132
United States

**From:** Gigi Kellett <gigikellett@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:19 PM EDT
**To:** grobinson@bostonpublicschools.org <grobinson@bostonpublicschools.org>
**Subject:** Please stand for equitable access to Boston exam schools

Dear Boston School Committee Member Jeri Robinson,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Please move forward with this proposal. It's so important to our community.

Sincerely,
Gigi Kellett

27 Woodman Street
Jamaica Plain, MA 02130
United States

**From:** "Sha'nai Watler " <shanai.watler@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:05 PM EDT
**To:** grobinson@bostonpublicschools.org <grobinson@bostonpublicschools.org>
**Subject:** Please stand for equitable access to Boston exam schools

Dear Boston School Committee Member Jeri Robinson,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

bls sucks

Sincerely,
Sha'nai Watler

1154 Adams Street
Boston, MA 02124
United States

**From:** Jeff Klug <jeff@bkarch.com>
**Sent:** Wednesday, October 21, 2020 5:44 PM EDT
**To:** grobinson@bostonpublicschools.org <grobinson@bostonpublicschools.org>
**Subject:** Please support the recommendation to suspend testing for 1 year

Dear Boston School Committee Member Jeri Robinson,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Both of my kids went through the Boston Public School System and the ISEE as well as the whole exam school process was a racial sorting system. This is an opportunity to stop it. Now is the moment and we have to have the courage to do it.


Sincerely,
Jeff Klug

157 West Newton Street
Boston, MA 02118
United States

**From:** Alexandra Avedisian <alex@id-queue.com>
**Sent:** Wednesday, October 21, 2020 6:56 PM EDT
**To:** grobinson@bostonpublicschools.org <grobinson@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Jeri Robinson,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Teaching and testing are not equal in schools. Remove testing and give students equal access to good education!!

Sincerely,
Alexandra Avedisian

188 svo
Norton, MA 02766
United States

**From:** "Karen González " <klgonzalez11@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:52 PM EDT
**To:** grobinson@bostonpublicschools.org <grobinson@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Jeri Robinson,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

As a graduate from BLS (Class of 2004) and parent of a current BLS student (Class of 2022), I can wholeheartedly say that we need to do better for our future generations.


Sincerely,
Karen González

23 Sunnyside Street
Boston, MA 02130
United States

**From:** Sarah Patrick <sarahbpatruck@gmail.con>
**Sent:** Wednesday, October 21, 2020 6:37 PM EDT
**To:** grobinson@bostonpublicschools.org <grobinson@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Jeri Robinson,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Sarah Patrick

18 Hillcroft Road
Boston, MA 02130
United States

**From:** Marygrace Pier <marygracepier@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:25 PM EDT
**To:** grobinson@bostonpublicschools.org <grobinson@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Jeri Robinson,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

I work with students in Boston and can see first hand that the decision to have MCAS this year has made teachers stress about learning material when students are still in no position to properly learn the material needed to pass the MCAS. Additionally, with the recent announcement of BPS returning to virtual and having to reevaluate their phase into schools plan, it is clear that this is not a year the MCAS should happen.


Sincerely,
Marygrace Pier

148 Calumet Street
Boston, MA 02120
United States

**From:** RUBEN VAN LEEUWEN <ruben_vanleeuwen@hotmail.com>
**Sent:** Wednesday, October 21, 2020 7:40 PM EDT
**To:** grobinson@bostonpublicschools.org <grobinson@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Jeri Robinson,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Unfortunately, we have been using tracking for decades even after research has proven it to be harmful. Please don't perpetuate this system. Also, get the federal, state and local governments to fund our children's education.


Sincerely,
RUBEN VAN LEEUWEN

10 Union Avenue
Boston, MA 02130
United States

**From:** Simca Horwitz <shorwitz@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:38 PM EDT
**To:** grobinson@bostonpublicschools.org <grobinson@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Jeri Robinson,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Simca Horwitz

Kittredge St
Roslindale, MA 02131
United States

**From:** Ruth Mekasha <rmekasha45@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:00 PM EDT
**To:** hcoleman2@bostonpublicschools.org <hcoleman2@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Member Dr. Hardin Coleman,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Sincerely,
Ruth Mekasha

76 Bolton Street
Boston, MA 02127
United States

**From:** "Abigail Machson-Carter" <amagnacarta@gmail.com> on behalf of \"Abigail Machson-Carter\"
**Sent:** Wednesday, October 21, 2020 8:25 PM EDT
**To:** hcoleman2@bostonpublicschools.org <hcoleman2@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Member Dr. Hardin Coleman,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Our schools, which are a public good, should offer these opportunities equally. All secondary schools in BPS should offer excellence, and reach should reflect our city's demographics.


Sincerely,
Abigail Machson-Carter

18 Arborfield Road
Boston, MA 02131
United States

**From:** Christine Collins <christinemcollins@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:56 PM EDT
**To:** hcoleman2@bostonpublicschools.org <hcoleman2@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Member Dr. Hardin Coleman,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Christine Collins

Kittredge
Roslindale, MA 02131
United States

**From:** Daisy Chiu <daisy.chiu@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:43 PM EDT
**To:** hcoleman2@bostonpublicschools.org <hcoleman2@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee Member Dr. Hardin Coleman,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

We can do better for the residents and students of Boston!

Sincerely,
Daisy Chiu

12 Commonwealth Court
Boston, MA 02135
United States

**From:** Trish Elliott <trishelliott07@gmail.com>
**Sent:** Wednesday, October 21, 2020 8:06 PM EDT
**To:** hcoleman2@bostonpublicschools.org <hcoleman2@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee Member Dr. Hardin Coleman,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Trish Elliott

97 Anawan Avenue
Boston, MA 02132
United States

**From:** Nataly Bedoya <natmb86@gmail.com>
**Sent:** Wednesday, October 21, 2020 8:06 PM EDT
**To:** hcoleman2@bostonpublicschools.org <hcoleman2@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee Member Dr. Hardin Coleman,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Nataly Bedoya

117 Hillcrest Road
Waltham, MA 02451
United States

**From:** "Sha'nai Watler " <shanai.watler@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:05 PM EDT
**To:** hcoleman2@bostonpublicschools.org <hcoleman2@bostonpublicschools.org>
**Subject:** Please stand for equitable access to Boston exam schools

Dear Boston School Committee Member Dr. Hardin Coleman,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

bls sucks

Sincerely,
Sha'nai Watler

1154 Adams Street
Boston, MA 02124
United States

**From:** Gigi Kellett <gigikellett@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:19 PM EDT
**To:** hcoleman2@bostonpublicschools.org <hcoleman2@bostonpublicschools.org>
**Subject:** Please stand for equitable access to Boston exam schools

Dear Boston School Committee Member Dr. Hardin Coleman,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Please move forward with this proposal. It's so important to our community.

Sincerely,
Gigi Kellett

27 Woodman Street
Jamaica Plain, MA 02130
United States

**From:** Jeff Klug <jeff@bkarch.com>
**Sent:** Wednesday, October 21, 2020 5:44 PM EDT
**To:** hcoleman2@bostonpublicschools.org <hcoleman2@bostonpublicschools.org>
**Subject:** Please support the recommendation to suspend testing for 1 year

Dear Boston School Committee Member Dr. Hardin Coleman,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Both of my kids went through the Boston Public School System and the ISEE as well as the whole exam school process was a racial sorting system. This is an opportunity to stop it. Now is the moment and we have to have the courage to do it.


Sincerely,
Jeff Klug

157 West Newton Street
Boston, MA 02118
United States

**From:** RUBEN VAN LEEUWEN <ruben_vanleeuwen@hotmail.com>
**Sent:** Wednesday, October 21, 2020 7:40 PM EDT
**To:** hcoleman2@bostonpublicschools.org <hcoleman2@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Dr. Hardin Coleman,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Unfortunately, we have been using tracking for decades even after research has proven it to be harmful. Please don't perpetuate this system. Also, get the federal, state and local governments to fund our children's education.


Sincerely,
RUBEN VAN LEEUWEN

10 Union Avenue
Boston, MA 02130
United States

**From:** Marygrace Pier <marygracepier@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:25 PM EDT
**To:** hcoleman2@bostonpublicschools.org <hcoleman2@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Dr. Hardin Coleman,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

I work with students in Boston and can see first hand that the decision to have MCAS this year has made teachers stress about learning material when students are still in no position to properly learn the material needed to pass the MCAS. Additionally, with the recent announcement of BPS returning to virtual and having to reevaluate their phase into schools plan, it is clear that this is not a year the MCAS should happen.


Sincerely,
Marygrace Pier

148 Calumet Street
Boston, MA 02120
United States

**From:** Sarah Patrick <sarahbpatruck@gmail.con>
**Sent:** Wednesday, October 21, 2020 6:37 PM EDT
**To:** hcoleman2@bostonpublicschools.org <hcoleman2@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Dr. Hardin Coleman,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Sarah Patrick

18 Hillcroft Road
Boston, MA 02130
United States

**From:** Simca Horwitz <shorwitz@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:38 PM EDT
**To:** hcoleman2@bostonpublicschools.org <hcoleman2@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Dr. Hardin Coleman,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Simca Horwitz

Kittredge St
Roslindale, MA 02131
United States

**From:** "Karen González " <klgonzalez11@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:52 PM EDT
**To:** hcoleman2@bostonpublicschools.org <hcoleman2@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Dr. Hardin Coleman,

\*\* I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. \*\*

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

As a graduate from BLS (Class of 2004) and parent of a current BLS student (Class of 2022), I can wholeheartedly say that we need to do better for our future generations.


Sincerely,
Karen González

23 Sunnyside Street
Boston, MA 02130
United States

**From:** Alexandra Avedisian <alex@id-queue.com>
**Sent:** Wednesday, October 21, 2020 6:56 PM EDT
**To:** hcoleman2@bostonpublicschools.org <hcoleman2@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Dr. Hardin Coleman,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Teaching and testing are not equal in schools. Remove testing and give students equal access to good education!!


Sincerely,
Alexandra Avedisian

188 svo
Norton, MA 02766
United States

**From:** Christine Collins <christinemcollins@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:56 PM EDT
**To:** lrivera@bostonpublicschools.org <lrivera@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Member Dr. Lorna Rivera,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Christine Collins

Kittredge
Roslindale, MA 02131
United States

**From:** "Abigail Machson-Carter" <amagnacarta@gmail.com> on behalf of \"Abigail Machson-Carter\"
**Sent:** Wednesday, October 21, 2020 8:25 PM EDT
**To:** lrivera@bostonpublicschools.org <lrivera@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Member Dr. Lorna Rivera,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Our schools, which are a public good, should offer these opportunities equally. All secondary schools in BPS should offer excellence, and reach should reflect our city's demographics.


Sincerely,
Abigail Machson-Carter

18 Arborfield Road
Boston, MA 02131
United States

**From:** Ruth Mekasha <rmekasha45@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:00 PM EDT
**To:** lrivera@bostonpublicschools.org <lrivera@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Member Dr. Lorna Rivera,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Ruth Mekasha

76 Bolton Street
Boston, MA 02127
United States

**From:** Nataly Bedoya <natmb86@gmail.com>
**Sent:** Wednesday, October 21, 2020 8:06 PM EDT
**To:** lrivera@bostonpublicschools.org <lrivera@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee Member Dr. Lorna Rivera,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Sincerely,
Nataly Bedoya

117 Hillcrest Road
Waltham, MA 02451
United States

**From:** Daisy Chiu <daisy.chiu@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:43 PM EDT
**To:** lrivera@bostonpublicschools.org <lrivera@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee Member Dr. Lorna Rivera,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

We can do better for the residents and students of Boston!

Sincerely,
Daisy Chiu

12 Commonwealth Court
Boston, MA 02135
United States

**From:** Trish Elliott <trishelliott07@gmail.com>
**Sent:** Wednesday, October 21, 2020 8:06 PM EDT
**To:** lrivera@bostonpublicschools.org <lrivera@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee Member Dr. Lorna Rivera,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Trish Elliott

97 Anawan Avenue
Boston, MA 02132
United States

**From:** Gigi Kellett <gigikellett@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:19 PM EDT
**To:** lrivera@bostonpublicschools.org <lrivera@bostonpublicschools.org>
**Subject:** Please stand for equitable access to Boston exam schools

Dear Boston School Committee Member Dr. Lorna Rivera,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Please move forward with this proposal. It's so important to our community.

Sincerely,
Gigi Kellett

27 Woodman Street
Jamaica Plain, MA 02130
United States

**From:** "Sha'nai Watler " <shanai.watler@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:05 PM EDT
**To:** lrivera@bostonpublicschools.org <lrivera@bostonpublicschools.org>
**Subject:** Please stand for equitable access to Boston exam schools

Dear Boston School Committee Member Dr. Lorna Rivera,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

bls sucks

Sincerely,
Sha'nai Watler

1154 Adams Street
Boston, MA 02124
United States

**From:** Jeff Klug <jeff@bkarch.com>
**Sent:** Wednesday, October 21, 2020 5:44 PM EDT
**To:** lrivera@bostonpublicschools.org <lrivera@bostonpublicschools.org>
**Subject:** Please support the recommendation to suspend testing for 1 year

Dear Boston School Committee Member Dr. Lorna Rivera,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Both of my kids went through the Boston Public School System and the ISEE as well as the whole exam school process was a racial sorting system. This is an opportunity to stop it. Now is the moment and we have to have the courage to do it.


Sincerely,
Jeff Klug

157 West Newton Street
Boston, MA 02118
United States

**From:** Rivera, Lorna <lrivera@bostonpublicschools.org>
**Sent:** Wednesday, October 21, 2020 7:19 PM EDT
**To:** Michelle Irene Polanco Pereira <michelleirenepereira@gmail.com>
**Subject:** Re: I am standing for equity for all Boston students

thanks Michelle!  i strongly support this proposal!  Lorna

On Wed, Oct 21, 2020 at 4:23 PM Michelle Irene Polanco Pereira <michelleirenepereira@gmail.com> wrote:

Dear Boston School Committee Member Dr. Lorna Rivera,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Sincerely,
Michelle Irene Polanco Pereira

109 Austin Street
Boston, MA 02136
United States

**From:** Simca Horwitz <shorwitz@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:38 PM EDT
**To:** lrivera@bostonpublicschools.org <lrivera@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Dr. Lorna Rivera,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Simca Horwitz

Kittredge St
Roslindale, MA 02131
United States

**From:** "Karen González " <klgonzalez11@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:52 PM EDT
**To:** lrivera@bostonpublicschools.org <lrivera@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Dr. Lorna Rivera,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

As a graduate from BLS (Class of 2004) and parent of a current BLS student (Class of 2022), I can wholeheartedly say that we need to do better for our future generations.


Sincerely,
Karen González

23 Sunnyside Street
Boston, MA 02130
United States

**From:** Alexandra Avedisian <alex@id-queue.com>
**Sent:** Wednesday, October 21, 2020 6:56 PM EDT
**To:** lrivera@bostonpublicschools.org <lrivera@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Dr. Lorna Rivera,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Teaching and testing are not equal in schools. Remove testing and give students equal access to good education!!


Sincerely,
Alexandra Avedisian

188 svo
Norton, MA 02766
United States

**From:** Sarah Patrick <sarahbpatruck@gmail.con>
**Sent:** Wednesday, October 21, 2020 6:37 PM EDT
**To:** lrivera@bostonpublicschools.org <lrivera@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Dr. Lorna Rivera,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Sarah Patrick

18 Hillcroft Road
Boston, MA 02130
United States

**From:** Marygrace Pier <marygracepier@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:25 PM EDT
**To:** lrivera@bostonpublicschools.org <lrivera@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Dr. Lorna Rivera,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

I work with students in Boston and can see first hand that the decision to have MCAS this year has made teachers stress about learning material when students are still in no position to properly learn the material needed to pass the MCAS. Additionally, with the recent announcement of BPS returning to virtual and having to reevaluate their phase into schools plan, it is clear that this is not a year the MCAS should happen.


Sincerely,
Marygrace Pier

148 Calumet Street
Boston, MA 02120
United States

**From:** RUBEN VAN LEEUWEN <ruben_vanleeuwen@hotmail.com>
**Sent:** Wednesday, October 21, 2020 7:40 PM EDT
**To:** lrivera@bostonpublicschools.org <lrivera@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Dr. Lorna Rivera,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Unfortunately, we have been using tracking for decades even after research has proven it to be harmful. Please don't perpetuate this system. Also, get the federal, state and local governments to fund our children's education.


Sincerely,
RUBEN VAN LEEUWEN

10 Union Avenue
Boston, MA 02130
United States

**From:** Boston SpedPac <email@bostonspedpac.org>
**Sent:** Wednesday, October 21, 2020 7:30 PM EDT
**To:** mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
**Subject:** Boston SpEdPAC Message

**Boston SpedPac Email Blast**
Forward to a Friend

BSP Banner

## SpEdPAC Community,

Mayor Walsh and Superintendent Cassellius announced today that Boston Public Schools will be suspending in-person learning for all students due to the rapid increase of the city's coronavirus infection rate.

In summary:

- <u>All BPS students will learn remotely effective Thursday, October 22</u>

- 4-day in-person learning for students with the highest needs will begin when the citywide seven-day COVID-19 positivity rate is below 5% for two consecutive weeks

- BPS will restart the phase-in of in-person learning when the citywide seven-day COVID-19 positivity rate is below 4% for two consecutive weeks.

- BPS is exploring options for providing services for our students with complex disabilities

The Boston Special Education Parent Advisory Council's (SpEdPAC) position on in-person learning, as stated in our October 13th letter to the court, has not changed.  We will continue to advocate for in-person services for students with the highest needs.  As stated in our letter, "please remember that these are students with the most significant disabilities who have demonstrated substantial regression and cannot access remote learning. Without in-person services, many of these students become dysregulated and spend more time in crisis in homes that are not set up with all the support staff and wrap around care that schools have available to help them to keep them out of emergency rooms."

BPS needs to immediately begin working with these families and community partners to explore options and create a plan to ensure that high needs students, who are unable to access remote learning, receive in-person services.

The Boston Special Education Parent Advisory Council is asking for feedback and suggestions from affected families so we can accurately represent our community.
Please email us at bostonspedpac411@gmail.com

We would also like to thank Superintendent Cassellius for committing to communicating with families and working with everyone to develop a plan for continued in person services for high needs students.

The New York Times:
Boston public schools suspend in-person reopening, citing a rise in the city's positivity rate.

NPR:
Are The Risks Of Reopening Schools Exaggerated?

Translated flyers on website*

**Zoom:** https://us02web.zoom.us/j/81038032832?pwd=YWxIOThnajk4UXgwWkRiQmd6YVlPQT09

**Meeting ID: 810 3803 2832**

**Passcode: 896366**

**Dial In: +1 929-205-6099**

## The Boston Emergency Coordination Group Press Release: Parents And Advocates Express Concern Over Thousands Of Backlogged BPS Special Education Assessments

Boston schools began providing some in-person services as of October 1; however, parents and advocates in the Boston Emergency Coordination Group expressed concern over a report that the Boston Public Schools (BPS) face a backlog of thousands of assessments. BPS halted these legally mandated assessments in March when COVID-19 closed schools. The assessments are required for BPS students to access special education services provided by the District. The vast majority of these students awaiting assessment are students of color. Students of color are again being deprived of their education by BPS' failure to... read more here

---

### IMPORTANT INFORMATION ABOUT SCHOOL REOPENING
(Check BPS Reopening Site for most recent information)

---

**Upcoming Events:**

**Sept 26 -Dec 5 -** T.R.I.B.E. Therapeutic Activities For Ages 13 – 25

**Weekly events:** BRYT: Parents Supporting Parents & BIPOC Caregiver Support Group

**Oct 21 -** Boston School Committee Meeting @ 5pm

**Oct 22 -** Student Forum: Advocating For Your Rights Beyond The Book

**Oct 26  -** Deadline to register for Mothers Retreat on 11.7.20

**Oct 27 -** City Council Education Hearings - #BPSReady Reopening Plan

**Oct 28 -** Parent University: Engaging Families In Shared Decision Making

**Oct 29 -** SpEdPAC Meeting: Basic Rights of Special Education

**Oct 29 -** City Council Education Hearings - Special Education Services (Dyslexia, Autism, and Inclusion) and Mental Health Supports

**Oct 16-31 -** Autism Waiver Program Open Period: Children < Than 9

**Oct -** October Online Trauma Support Programming

**Nov 2 -** Parent University: Engaging Families In Shared Decision Making

**Nov 12 -** City Council Education Hearings - Facilities (including safety and securing measures, libraries, and BuildBPS environmental efforts)

**Nov 12 -** Legal Guardianship: For Parents Of Students 17 Years Or Older

**Nov 14 -** AANE Fall 2020 Virtual Connections Conference

**Nov 16 -** Deadline to Apply For A 4-Year Term On Boston School Committee

**Nov 17 -** RTSC's 9th Annual Making a Difference Conference

**Nov 19 -** SpEdPAC Virtual Resource Fair

---

**Other Information:**

BPS 2020_2021 Attendance Procedures

Parents Supporting Parents (PSP) All Are Welcome

DESE Letter To Special Education Families

BPS Vouchers For Comcast Internet Essentials Service

Remote Learning: How To Videos

THREE THINGS TO KNOW ABOUT STAY-PUT

Free On Demand Behavioral Support For Individuals With Autism & Intellectual Disabilities Up To Age 26

Waypoint Private Lessons

Youth With Disabilities: Ages 14-22 Career Readiness Program

Home & Hospital Tutoring

COVID-19 Compensatory Services" ("CCS")

Compensatory Services & Recovery For Students With IEPs

Equity Analysis of the first draft of Boston Public Schools Reopening Plan

BPS Family Guide To Google Classroom, Zoom, And Clever

Problem Resolution System - DESE handles complaints that allege a school or a district is not meeting legal requirements for education. Anyone, including parents, students, educators, community members, and agency representatives, may contact the PRS office for assistance.

BPS is hiring.  Click here for more information and to apply online.
Special Ed Cab Monitors use code: CAB
Food Services Employees use code: FOOD

BPL is Hiring High School Students

FCSN Fall Schools Reopening 20-21 Website

New: Early Intervention (EI) Services during COVID 19

English Learner Student With Disability (ELSWD) Parent Wanted To Help Improve Services For Students

Mass Advocate for Children (MAC) is supporting families during this difficult time.  Prefer to talk to someone? Call MAC's Helpline at 617-357-8431.

Free Online Remote Education Log - This is a tool to help you keep track of your child's remote special education services and instruction while school is closed. You can also use it to keep track of concerns you have about your child's learning or any areas of progress.

Boston Ballet School – Adaptive Dance

Fill out your 2020 Census Here! New deadline Oct 15!

**2020-21 Boston SpEdPAC General Meetings**

When:  Thursdays, 7-8:30pm (Unless Noted) FLYER
August 20 - Special Ed. Rights During Covid-19 Reopening FLYER VIDEO
September 24 - Dyslexia & Reading Comprehension FLYER VIDEO
October 29 - Basic Special Education  FLYER
November 19 - Virtual Resource Fair FLYER
December 19 - Family Social (Saturday)
January 28 -
February 25 -
March 29 -
April 29 -
May 27 -


Regards,
**Boston SpEdPAC**
email: email@bostonspedpac.org
website:  http://www.bostonspedpac.org
facebook:  http://www.facebook.com/BostonSPEDPAC
youtube:  http://www.youtube.com/user/BostonSpedPac
voicemail:  617.297.7335
subscribe: Sign Up for Emails Here
view past emails here
Sped Pac Family Feedback form

BSP Website        Email        YouTube        Facebook        Subscribe

Copyright © 2020 Boston SpedPac, All rights reserved.
To receive info regarding BPS and Special Needs issues.

unsubscribe from this list

**From:** Aly Madan <alymadan2@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:00 PM EDT
**To:** mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Chairperson Michael Loconto,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Aly Madan

27 Marcella Street
Boston, MA 02119
United States

**From:** Ruth Mekasha <rmekasha45@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:00 PM EDT
**To:** mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Chairperson Michael Loconto,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Ruth Mekasha

76 Bolton Street
Boston, MA 02127
United States

**From:** "Abigail Machson-Carter" <amagnacarta@gmail.com> on behalf of \"Abigail Machson-Carter\"
**Sent:** Wednesday, October 21, 2020 8:25 PM EDT
**To:** mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Chairperson Michael Loconto,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Our schools, which are a public good, should offer these opportunities equally. All secondary schools in BPS should offer excellence, and reach should reflect our city's demographics.


Sincerely,
Abigail Machson-Carter

18 Arborfield Road
Boston, MA 02131
United States

**From:** Christine Collins <christinemcollins@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:56 PM EDT
**To:** mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Chairperson Michael Loconto,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Christine Collins

Kittredge
Roslindale, MA 02131
United States

**From:** Nataly Bedoya <natmb86@gmail.com>
**Sent:** Wednesday, October 21, 2020 8:06 PM EDT
**To:** mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee Chairperson Michael Loconto,

\*\* I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. \*\*

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Nataly Bedoya

117 Hillcrest Road
Waltham, MA 02451
United States

**From:** Daisy Chiu <daisy.chiu@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:43 PM EDT
**To:** mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee Chairperson Michael Loconto,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

We can do better for the residents and students of Boston!

Sincerely,
Daisy Chiu

12 Commonwealth Court
Boston, MA 02135
United States

From: Trish Elliott <trishelliott07@gmail.com>
Sent: Wednesday, October 21, 2020 8:06 PM EDT
To: mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
Subject: I am standing for equity for all Boston students

Dear Boston School Committee Chairperson  Michael Loconto,


** I am writing as a Boston resident to express my strong support for the
Superintendent's Working Group proposal on Boston's Exam School
admissions. **


I urge you to publicly support the Working Group's proposal and to speak
out against any attempts being made to delay the School Committee's vote
on Wednesday.


Requiring students to take an exam in the midst of the current pandemic
would be impossible to implement fairly and safely. It would further
disadvantage the communities already bearing disproportionate impacts of
Covid-19.


Black and Brown students have been under-represented and
disproportionately disadvantaged by Boston's exam school admissions system
for decades. Their families and neighborhoods are now being
disproportionately harmed by the pandemic and economic shutdown. The
Working Group's thoughtful & well researched proposal offers a solution to
the challenges presented by the pandemic while also addressing the long-
standing inequities of the exam school admissions process.


Proponents of offering a test in the pandemic to maintain the current
admissions system are now pushing for a delay. To further delay the vote
would jeopardize the district's ability to operationalize the current
proposed admissions plan for next year which carries a heavy
administrative burden and will take a good deal of time. We trust the
Working Group represents a wide array of interests and spent 12 meetings
over the past two months on this proposal.  Especially because of the
COVID emergency, we need to move forward now.


I urge you to oppose these efforts to delay and offer your full and vocal
support to the Working Group's recommendation before the School Committee
vote on Wednesday.

Sincerely,

Trish Elliott


97 Anawan Avenue


Boston, MA 02132

United States

**From:** Junior Achievement of Northern New England <juniorachievement@janewengland.org>
**Sent:** Wednesday, October 21, 2020 5:07 PM EDT
**To:** mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
**Subject:** Our Virtual Spirit of JA Celebration Was a Success!

# What A Night!

Last night we held our first ever virtual Spirit of JA Celebration! We had a goal to raise $130,000 and by the end of the evening we raised **$128,212** which will fund critical JA programs for **2,564** students. We are just $1,788 away from our goal and there is still time to help us reach it. Consider making a donation to help inspire and prepare young people to succeed in a global economy!

**Donate Here**

Thank you to our volunteers, educators, students, and sponsors for your help bringing Junior Achievement's mission to life. If you are interested in getting more involved with Junior Achievement, please check out our upcoming volunteer opportunities.

**Volunteer Opportunities**                    **Rewatch Our Livestream**

**JA of Northern New England**                    **Stay Connected**
209 Burlington Road, Suite 211
Bedford, MA

Junior Achievement of Northern New England
209 Burlington Road
Suite 211
Bedford, MA 01730

Unsubscribe mloconto@bostonpublicschools.org

Update Profile | About our service provider

Sent by juniorachievement@janewengland.org
powered by

Try email marketing for free today!

**From:** "Sha'nai Watler " <shanai.watler@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:05 PM EDT
**To:** mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
**Subject:** Please stand for equitable access to Boston exam schools

Dear Boston School Committee Chairperson Michael Loconto,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

bls sucks

Sincerely,
Sha'nai Watler

1154 Adams Street
Boston, MA 02124
United States

**From:** Gigi Kellett <gigikellett@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:19 PM EDT
**To:** mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
**Subject:** Please stand for equitable access to Boston exam schools

Dear Boston School Committee Chairperson Michael Loconto,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Please move forward with this proposal. It's so important to our community.

Sincerely,
Gigi Kellett

27 Woodman Street
Jamaica Plain, MA 02130
United States

**From:** Jeff Klug <jeff@bkarch.com>
**Sent:** Wednesday, October 21, 2020 5:44 PM EDT
**To:** mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
**Subject:** Please support the recommendation to suspend testing for 1 year

Dear Boston School Committee Chairperson Michael Loconto,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Both of my kids went through the Boston Public School System and the ISEE as well as the whole exam school process was a racial sorting system. This is an opportunity to stop it. Now is the moment and we have to have the courage to do it.


Sincerely,
Jeff Klug

157 West Newton Street
Boston, MA 02118
United States

**From:** Rebecca Young <rebecca.young@boston.gov>
**Sent:** Wednesday, October 21, 2020 5:42 PM EDT
**To:** Loconto, Michael <mloconto@bostonpublicschools.org>
**CC:** Consalvo, Robert <rconsalvo@bostonpublicschools.org>; Elizabeth Sullivan <esullivan5@bostonpublicschools.org>; Kharlita Chambers- Walker <kharlita.chamberswalker@boston.gov>; Kirsys Catalino <kirsys.catalino@boston.gov>; Parvex, Lena <lparvex@bostonpublicschools.org>; Patti Feeney <pfeeney@bostonpublicschools.org>; Sullivan, Elizabeth <esullivan3@bostonpublicschools.org>; Timothy Flaherty <timothy.flaherty2@boston.gov>; Tyler Ross <tyler.ross@boston.gov>
**Subject:** Re: BPS School Committee Meeting via Zoom (confirmed)

Thank you all - sorry for the delay - i let him
Know and he will be on shortly

On Wed, Oct 21, 2020 at 4:40 PM Loconto, Michael <mloconto@bostonpublicschools.org> wrote:
> Becca,
>
> I suspect we will be in the reopening update when the Mayor joins; Marty Martinez is joining to help with the discussion on today's decision.  We will then move into the update on Exam Schools.  I think we can expect to have the mayor speak between those two segments.
>
> Best,
>
> Mike
>
> On Wed, Oct 21, 2020 at 4:35 PM Sullivan, Elizabeth <esullivan3@bostonpublicschools.org> wrote:
>> Hi Rebecca, here is the agenda. Will we be happy to hear from the Mayor whenever he is able to join.
>>
>> On Wed, Oct 21, 2020 at 4:22 PM Rebecca Young <rebecca.young@boston.gov> wrote:
>>> Hi all -- is there a speaking order of some sort I can flag for the Mayor for him to know before he gets on? Again, he should be on around 5:45 PM. Thanks!
>>>
>>> On Wed, Oct 21, 2020 at 9:24 AM Rebecca Young <rebecca.young@boston.gov> wrote:
>>>> Lena -- that is fine, thank you!
>>>>
>>>> On Wed, Oct 21, 2020 at 9:23 AM Parvex, Lena <lparvex@bostonpublicschools.org> wrote:
>>>>> Hi Becca,
>>>>>
>>>>> Which email do you want us to use to send the private Zoom invitation to? rebecca.young@boston.gov?
>>>>>
>>>>> Let me know,
>>>>> Lena
>>>>>
>>>>> On Wed, Oct 21, 2020 at 9:15 AM Consalvo, Robert <rconsalvo@bostonpublicschools.org> wrote:
>>>>>> Thanks Becca.  Adding Liz and Lena from the School Committee who can help make that happen.
>>>>>>
>>>>>> Rob
>>>>>>
>>>>>> On Tue, Oct 20, 2020 at 11:42 PM <rebecca.young@boston.gov> wrote:
>>>>>>> Hi Rob and Patti -- just wanted to let you know MJW will be speaking from 5:45 Pm - 6:00 PM tomorrow. Rob -- Mike asked me to work with you and Liz Sullivan on getting a correct Zoom link and the logistics. Would you be able to help me with that? Thanks!!

**BPS School Committee Meeting via Zoom (confirmed)**

When    Wed Oct 21, 2020 5:45pm – 6pm  Eastern Time - New York

Where   Zoom (map)

Who     • Marty Walsh - organizer
        • rebecca.young@boston.gov - creator
        • eoin.cannon@boston.gov
        • nancy.kwan@boston.gov
        • samantha.ormsby@boston.gov
        • maura.welch@boston.gov
        • stacia.sheputa@boston.gov
        • ana.vivas@boston.gov
        • audrey.coulter@boston.gov
        • emma.pettit@boston.gov
        • mloconto@bostonpublicschools.org
        • kathryn.burton@boston.gov
        • Patti Feeney
        • bcassellius@bostonpublicschools.org
        • Mary Dillman
        • rconsalvo@bostonpublicschools.org


Contact: Mike Loconto

MJW making remarks - Eoin coordinating


Zoom Link TBD

--
**Rob Consalvo**
Senior Advisor
Office of the Superintendent | Boston Public Schools
2300 Washington Street, Boston MA 02119
Office: 617-635-9664 Cell: 617-828-0129
rconsalvo@bostonpublicschools.org

**J**oy. **U**nity. **I**nclusion. **C**ollaboration. **E**quity.


--
--
Lena Parvex
Administrative Assistant
Boston School Committee| Boston Public Schools
2300 Washington Street, Roxbury, MA 02119
lparvex@bostonpublicschools.org | 617-635-9014

--

**Rebecca Young**
Executive Director of Scheduling and Advance
Office of Mayor Martin J. Walsh
617.635.3274 (w)

The City of Boston is subject to MGL: Chpt.66, Sec.10 Public
Records Law. Email sent or received by City employees are
subject to these laws. Unless otherwise exempted from the public
records law, senders and receivers of City email should presume
that the email are subject to release upon request, and to state
record retention requirements.

--

**Rebecca Young**
Executive Director of Scheduling and Advance
Office of Mayor Martin J. Walsh
617.635.3274 (w)

The City of Boston is subject to MGL: Chpt.66, Sec.10 Public
Records Law. Email sent or received by City employees are
subject to these laws. Unless otherwise exempted from the public
records law, senders and receivers of City email should presume
that the email are subject to release upon request, and to state
record retention requirements.

--
Elizabeth Sullivan
Executive Secretary
Boston School Committee| Boston Public Schools
2300 Washington Street, Roxbury, MA 02119
esullivan3@bostonpublicschools.org | 617-635-9014

--

Michael Loconto
Chairperson, Boston School Committee
mloconto@bostonpublicschools.org
(617) 331-2112 cell
*Goes by: Mike - he/him/his*

--



**Rebecca Young**
Executive Director of Scheduling and Advance
Office of Mayor Martin J. Walsh
617.635.3274 (w)

The City of Boston is subject to MGL: Chpt.66, Sec.10 Public
Records Law. Email sent or received by City employees are
subject to these laws. Unless otherwise exempted from the public
records law, senders and receivers of City email should presume
that the email are subject to release upon request, and to state
record retention requirements.

**From:** Loconto, Michael <mloconto@bostonpublicschools.org>
**Sent:** Wednesday, October 21, 2020 5:21 PM EDT
**To:** Sullivan, Elizabeth <esullivan3@bostonpublicschools.org>
**Subject:** Re: MOTIONS BSC 10 21 2020 DRAFT - Invitation to edit

Looks right to me.  Perhaps shoot a note to Cathy and Monica to make sure they agree.

On Wed, Oct 21, 2020 at 4:43 PM Sullivan, Elizabeth <esullivan3@bostonpublicschools.org> wrote:
  ok Cathy just said you asked Monica to make a change? Do I have the latest?

On Wed, Oct 21, 2020 at 4:41 PM Loconto, Michael <mloconto@bostonpublicschools.org> wrote:
  Share publicly or with members?  Either is fine by me, I guess.  I was going to read it aloud at the end of the report and before public comment.

On Wed, Oct 21, 2020 at 4:31 PM Elizabeth Sullivan (via Google Docs) <drive-shares-noreply@google.com> wrote:

Elizabeth Sullivan has invited you to **edit** the following document:

▫ MOTIONS BSC 10 21 2020 DRAFT

Michael, should I share draft motion with SC when its time for vote?

**Open in Docs**

Google Docs: Create and edit documents online.
Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because esullivan3@bostonpublicschools.org shared a document with you from Google Docs.

--

Michael Loconto
Chairperson, Boston School Committee
mloconto@bostonpublicschools.org
(617) 331-2112 cell
*Goes by: Mike - he/him/his*

--

Elizabeth Sullivan
Executive Secretary
Boston School Committee| Boston Public Schools
2300 Washington Street, Roxbury, MA 02119
esullivan3@bostonpublicschools.org | 617-635-9014

--

Michael Loconto
Chairperson, Boston School Committee
mloconto@bostonpublicschools.org
(617) 331-2112 cell
*Goes by: Mike - he/him/his*

**From:** Peertopia <emma@teacherdesignedmaterials.com>
**Sent:** Wednesday, October 21, 2020 7:55 PM EDT
**To:** Michael Loconto <mloconto@bostonpublicschools.org>
**Subject:** Seven Peer Creations

Logo

## Dive into "Free" peer-designed materials or...

### Sell

## Back to School-Phonics Assessment

### English Language Arts

The Basic Phonic Skills Test (BPST) is a Universal Screening Tool used to assess and track a student's knowledge of letters, letter sounds, and phonic patterns. The BPST is an especially useful screening tool conducted to identify or predict students who may be at risk for poor learning outcomes.

$0.00

READ MORE

## MLK Reader's Theater Free Preview Pack

### English Language Arts

Here's an easy way to check out my professionally-published read aloud plays from the pages of Storyworks and Scope magazines. This free preview pack includes summaries and the first two pages of each of four reader's theater scripts focused on the Civil Rights work of Dr. King.

$0.00

READ MORE

## FREE interactive computer based activity - Cells

Science/STEM

My first offering on Peertopia is FREE This is an interactive activity that will serve as a small example of the products I plan to offer on the website.

$0.00

READ MORE

## M4: Shape and Space: Lesson 6: Identifying Prisms

Math

Course: Math 4 Subject: Geometry, Numbers, Critical Thinking Objective: Identify, sort and name parts of triangular and rectangular prisms. Grade Levels: 3rd, 4th, 5th, Homeschool Resource Type: Lesson Plan, Workbooks, Assessment, Video, PPT, Multi-modal

$0.00

READ MORE

## Author's Choices and Theme

English Language Arts

Introduce your students to literary terms for author's choice. Topics include: *theme *parallel plots *flashback *pacing *symbolism *foreshadowing *irony

$0.00

READ MORE

## Of Mice & Men by John Steinbeck - Chapter 1 Quiz (Blackboard, Brightspace/D2L, Canvas by Instructure, Moodle, PowerSchool, Schoology)

English Language Arts

At some point recently you told your class to read Of Mice & Men by John Steinbeck. Now I know that when those words left your mouth you had nothing but the best intentions. In fact, you likely thought to yourself:

**$0.00**

**READ MORE**

Bright Ideas Vector Clip Art

Product image zoom example Bright Ideas Vector Clip Art Grade Pre-K, K, 1 - 3, 4 - 6, 7 - 8, 9 - 12, Home School

This custom image pack is great for any use! Showcase those Bright Ideas with this clip art. Included are the following high quality formats: Photoshop PSD Illustrator AI PDF SVG PNG JPG

**$0.00**

**READ MORE**

## Not a Peertopia member yet?

**REGISTER TODAY**

Market Reach: 4 million educators

*Peertopia*

388 Market St., Ste. 1300 / San Francisco, CA 94111

Unsubscribe here

**From:** RUBEN VAN LEEUWEN <ruben_vanleeuwen@hotmail.com>
**Sent:** Wednesday, October 21, 2020 7:40 PM EDT
**To:** mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Chairperson Michael Loconto,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Unfortunately, we have been using tracking for decades even after research has proven it to be harmful. Please don't perpetuate this system. Also, get the federal, state and local governments to fund our children's education.


Sincerely,
RUBEN VAN LEEUWEN

10 Union Avenue
Boston, MA 02130
United States

**From:** Sarah Patrick <sarahbpatruck@gmail.con>
**Sent:** Wednesday, October 21, 2020 6:37 PM EDT
**To:** mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Chairperson Michael Loconto,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Sarah Patrick

18 Hillcroft Road
Boston, MA 02130
United States

**From:** Marygrace Pier <marygracepier@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:25 PM EDT
**To:** mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Chairperson Michael Loconto,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

I work with students in Boston and can see first hand that the decision to have MCAS this year has made teachers stress about learning material when students are still in no position to properly learn the material needed to pass the MCAS. Additionally, with the recent announcement of BPS returning to virtual and having to reevaluate their phase into schools plan, it is clear that this is not a year the MCAS should happen.


Sincerely,
Marygrace Pier

148 Calumet Street
Boston, MA 02120
United States

**From:** "Karen González " <klgonzalez11@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:52 PM EDT
**To:** mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Chairperson Michael Loconto,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

As a graduate from BLS (Class of 2004) and parent of a current BLS student (Class of 2022), I can wholeheartedly say that we need to do better for our future generations.


Sincerely,
Karen González

23 Sunnyside Street
Boston, MA 02130
United States

**From:** Simca Horwitz <shorwitz@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:38 PM EDT
**To:** mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Chairperson Michael Loconto,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Simca Horwitz

Kittredge St
Roslindale, MA 02131
United States

**From:** Alexandra Avedisian <alex@id-queue.com>
**Sent:** Wednesday, October 21, 2020 6:56 PM EDT
**To:** mloconto@bostonpublicschools.org <mloconto@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Chairperson Michael Loconto,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Teaching and testing are not equal in schools. Remove testing and give students equal access to good education!!


Sincerely,
Alexandra Avedisian

188 svo
Norton, MA 02766
United States

**From:** Sarah Spinella, CMCB <sspinella@cmcb.org> on behalf of Sarah Spinella, CMCB <musiccenter@cmcb.ccsend.com>
**Sent:** Wednesday, October 21, 2020 8:00 PM EDT
**To:** moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>
**Subject:** Announcing the 13th Annual John Kleshinski Award Recipients

# YOU ARE INVITED

### *This year, CMCB will be celebrating community music -- at home! Join us this Sunday,*
### *October 25th!*

While we wish we could all gather together for our annual fall luncheon, we still invite you to support CMCB for this important fundraiser. We have reopened our doors, and have worked hard to make our programs safe and accessible both online and in person, *and we need your support.*

**RSVP
Today**

**First photo:** Members of the CMCB Community gathered online this spring to honor graduating seniors with a special rendition of "Pomp and Circumstance".
**Second photo:** Executive Director Lecolion Washington speaks at the 2019 annual John Kleshinski Luncheon at City Winery.

### Celebrating 111 years of community music

Lecolion Washington, Executive Director, will kick off the 2020-21 school year and award the 13th Annual John Kleshinski Award to **a select group of CMCB 2020 seniors** to honor their resilience during the Covid-19 pandemic.

### Our 13th John Kleshinski Awardees Are

| | |
|---|---|
| Jason Gao | Dante Minutillo |
| Juan Sebastian Long | Emily Qiu |
| Lemuel Marc | Sherry Xu |

CMCB was founded to promote unity and equity in access to music education and we continue that effort today with accessible programming both online and in-person.

### Join us from home with a toast to CMCB!

### Sunday, October 25, 2020
1 PM

**RSVP**

*Please note that an e-mail address is required to be sent the video event link. You will be e-mailed the link on October 25. On that date we will release a video in honor of John Kleshinski and this year's John Kleshinski Award recipients. This is not a live event. Sponsors and members of CMCB's Giving Societies will be invited to an exclusive "Zoom Room" following the video event.*

## 2020-2021 Season Sponsor

For more information please contact Sarah Spinella,
Chief Advancement Officer
sspinella@cmcb.org
617-482-7494 x28

Community Music Center of Boston
34 Warren Avenue
537 Tremont Street (elevator)
Boston, MA 02116

Unsubscribe moneill2@bostonpublicschools.org

Update Profile | About our service provider

Sent by sspinella@cmcb.org
powered by

Try email marketing for free today!

**From:** Ruth Mekasha <rmekasha45@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:00 PM EDT
**To:** moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Member Michael D. O'Neill,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Ruth Mekasha

76 Bolton Street
Boston, MA 02127
United States

**From:** "Abigail Machson-Carter" <amagnacarta@gmail.com> on behalf of \"Abigail Machson-Carter\"
**Sent:** Wednesday, October 21, 2020 8:25 PM EDT
**To:** moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Member Michael D. O'Neill,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Our schools, which are a public good, should offer these opportunities equally. All secondary schools in BPS should offer excellence, and reach should reflect our city's demographics.


Sincerely,
Abigail Machson-Carter

18 Arborfield Road
Boston, MA 02131
United States

**From:** Christine Collins <christinemcollins@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:56 PM EDT
**To:** moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Member Michael D. O'Neill,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Christine Collins

Kittredge
Roslindale, MA 02131
United States

**From:** Jennifer Boyd Herlihy <jherlihy@adlercohen.com>
**Sent:** Wednesday, October 21, 2020 6:13 PM EDT
**To:** moneill2@boston.k12.ma.us <moneill2@boston.k12.ma.us>
**Subject:** FW: Exam School Admissions Comments to School Committee for 10/21- ABSOLUTELY WRONG AND WILL BE INEQUITABLE


The exam schools are exactly that: exam schools.  For a reason that objective measurements need to be utilized to allow the best, qualified candidates admission and with the hope and goal that they will be able to meet the rigor.

Zip codes has NEVER been a reason for BPS admission and, in fact, on suggestions that the home based models used for elementary education, a childs proximity to a school should be used was ROUNDLY rejected by the School Committee as it does not guarantee equity access.  I would like to ask the School committee how it would sound if we **excluded** children on the basis of zipcode?  But that is exactly what you are doing in this 20%/80% model.  Don't even get me started on the irony of the inequity of classifying a socio-economically disadvantaged child from a public housing project that happens to be an upper socio- economic zipcode?  **Mr. O'Neill you must understand its impact in Charlestown**. Or the fact raised by councilman Flynn that Chinatown will be included in the more wealthy neighborhoods.

Although  the intent to improve diversity is an excellent idea, this attempt this is NOT the way to do it, will backfire, will lead to failure of students in those schools and a mad exodus of parents from all walks of life who merely want their child to equal footing.

Stick with the plan as detailed and it is what it is… If you cannot test than use the grades as you have advised with some type of lottery admission.  If you want to talk about improvements for next year, start the dialogue.  It should have happened when the ISEE test told you we were racist and fired us!    But don't think you can shove a plan down everyone's throats, constituents and parents, with less than TWO WEEKS to discuss it.

Approval of this plan, will be the final insult of the appointed, not elected school committee,  on behalf of a Mayor who has never put education at the forefront of his service.

**From:** Michael O'Neill <moneill2@bostonpublicschools.org>
**Sent:** Wednesday, October 21, 2020 5:04 PM EDT
**To:** Michael O'Neill <moneill@zozimus.com>
**Subject:** Fwd: Reminder: School Committee Meeting 10-21-2020 starts in 1 day


Sent from my iPhone

Begin forwarded message:


> **From:** Rhianon Gutierrez <no-reply@zoom.us>
> **Date:** October 20, 2020 at 5:13:20 PM EDT
> **To:** moneill2 <moneill2@bostonpublicschools.org>
> **Subject: Reminder: School Committee Meeting 10-21-2020 starts in 1 day**
> **Reply-To:** no-reply@zoom.us


Hi Michael O'Neill,

This is a reminder that "School Committee Meeting 10-21-2020" will begin in 1 day on:
Date Time: Oct 21, 2020 04:30 PM Eastern Time (US and Canada)

Join from a PC, Mac, iPad, iPhone or Android device:
    Click Here to Join
    Note: This link should not be shared with others; it is unique to you.
    Add to Calendar   Add to Google Calendar   Add to Yahoo Calendar

Or join by phone:

    US: +1 312 626 6799 or +1 346 248 7799 or +1 669 900 6833 or +1 929 205 6099 or +1 253 215 8782 or +1 301 715 8592
    Webinar ID: 936 0372 2734
    International numbers available: https://bostonpublicschools.zoom.us/u/aeiKQl4FGT


You can cancel your registration at any time.

**From:** Michael O'Neill <moneill2@bostonpublicschools.org>
**Sent:** Wednesday, October 21, 2020 5:04 PM EDT
**To:** Michael O'Neill <moneill@zozimus.com>
**Subject:** Fwd: Reminder: School Committee Meeting 10-21-2020 starts in 1 hour


Sent from my iPhone

Begin forwarded message:


> **From:** Rhianon Gutierrez <no-reply@zoom.us>
> **Date:** October 21, 2020 at 3:27:07 PM EDT
> **To:** Michael O'Neill <moneill2@bostonpublicschools.org>
> **Subject: Reminder: School Committee Meeting 10-21-2020 starts in 1 hour**
> **Reply-To:** no-reply@zoom.us


Hi Michael O'Neill,

This is a reminder that "School Committee Meeting 10-21-2020" will begin in 1 hour on:
Date Time: Oct 21, 2020 04:30 PM Eastern Time (US and Canada)

Join from a PC, Mac, iPad, iPhone or Android device:
  Click Here to Join
  Note: This link should not be shared with others; it is unique to you.
  Add to Calendar   Add to Google Calendar   Add to Yahoo Calendar

Or join by phone:

  US: +1 312 626 6799 or +1 346 248 7799 or +1 669 900 6833 or +1 929 205 6099 or +1 253 215 8782 or +1 301 715 8592
  Webinar ID: 936 0372 2734
  International numbers available: https://bostonpublicschools.zoom.us/u/aeiKQI4FGT


You can cancel your registration at any time.

**From:** Trish Elliott <trishelliott07@gmail.com>
**Sent:** Wednesday, October 21, 2020 8:06 PM EDT
**To:** moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee Member Michael D. O'Neill,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Trish Elliott

97 Anawan Avenue
Boston, MA 02132
United States

**From:** Nataly Bedoya <natmb86@gmail.com>
**Sent:** Wednesday, October 21, 2020 8:06 PM EDT
**To:** moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee Member Michael D. O'Neill,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Nataly Bedoya

117 Hillcrest Road
Waltham, MA 02451
United States

**From:** Daisy Chiu <daisy.chiu@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:43 PM EDT
**To:** moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee Member Michael D. O'Neill,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

We can do better for the residents and students of Boston!

Sincerely,
Daisy Chiu

12 Commonwealth Court
Boston, MA 02135
United States

**From:** "Sha'nai Watler " <shanai.watler@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:05 PM EDT
**To:** moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>
**Subject:** Please stand for equitable access to Boston exam schools

Dear Boston School Committee Member Michael D. O'Neill,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

bls sucks

Sincerely,
Sha'nai Watler

1154 Adams Street
Boston, MA 02124
United States

**From:** Gigi Kellett <gigikellett@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:19 PM EDT
**To:** moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>
**Subject:** Please stand for equitable access to Boston exam schools

Dear Boston School Committee Member Michael D. O'Neill,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Please move forward with this proposal. It's so important to our community.

Sincerely,
Gigi Kellett

27 Woodman Street
Jamaica Plain, MA 02130
United States

**From:** Jeff Klug <jeff@bkarch.com>
**Sent:** Wednesday, October 21, 2020 5:44 PM EDT
**To:** moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>
**Subject:** Please support the recommendation to suspend testing for 1 year

Dear Boston School Committee Member Michael D. O'Neill,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Both of my kids went through the Boston Public School System and the ISEE as well as the whole exam school process was a racial sorting system. This is an opportunity to stop it. Now is the moment and we have to have the courage to do it.


Sincerely,
Jeff Klug

157 West Newton Street
Boston, MA 02118
United States

**From:** Peertopia <emma@teacherdesignedmaterials.com>
**Sent:** Wednesday, October 21, 2020 7:57 PM EDT
**To:** Michael O'Neill <moneill2@bostonpublicschools.org>
**Subject:** Seven Peer Creations

Logo

## Dive into "Free" peer-designed materials or...

## Sell

## Back to School-Phonics Assessment

### English Language Arts

The Basic Phonic Skills Test (BPST) is a Universal Screening Tool used to assess and track a student's knowledge of letters, letter sounds, and phonic patterns. The BPST is an especially useful screening tool conducted to identify or predict students who may be at risk for poor learning outcomes.

### $0.00

READ MORE

## MLK Reader's Theater Free Preview Pack

### English Language Arts

Here's an easy way to check out my professionally-published read aloud plays from the pages of Storyworks and Scope magazines. This free preview pack includes summaries and the first two pages of each of four reader's theater scripts focused on the Civil Rights work of Dr. King.

### $0.00

READ MORE

## FREE interactive computer based activity - Cells

Science/STEM

My first offering on Peertopia is FREE This is an interactive activity that will serve as a small example of the products I plan to offer on the website.

$0.00

READ MORE

## M4: Shape and Space: Lesson 6: Identifying Prisms

Math

Course: Math 4 Subject: Geometry, Numbers, Critical Thinking Objective: Identify, sort and name parts of triangular and rectangular prisms. Grade Levels: 3rd, 4th, 5th, Homeschool Resource Type: Lesson Plan, Workbooks, Assessment, Video, PPT, Multi-modal

$0.00

READ MORE

## Author's Choices and Theme

English Language Arts

Introduce your students to literary terms for author's choice. Topics include: *theme *parallel plots *flashback *pacing *symbolism *foreshadowing *irony

$0.00

READ MORE

## Of Mice & Men by John Steinbeck - Chapter 1 Quiz (Blackboard, Brightspace/D2L, Canvas by Instructure, Moodle, PowerSchool, Schoology)

English Language Arts

At some point recently you told your class to read Of Mice & Men by John Steinbeck. Now I know that when those words left your mouth you had nothing but the best intentions. In fact, you likely thought to yourself:

**$0.00**

**READ MORE**

Bright Ideas Vector Clip Art

Product image zoom example Bright Ideas Vector Clip Art Grade Pre-K, K, 1 - 3, 4 - 6, 7 - 8, 9 - 12, Home School

This custom image pack is great for any use! Showcase those Bright Ideas with this clip art. Included are the following high quality formats: Photoshop PSD Illustrator AI PDF SVG PNG JPG

**$0.00**

**READ MORE**

## Not a Peertopia member yet?

**REGISTER TODAY**

Market Reach: 4 million educators

### Peertopia
388 Market St., Ste. 1300 / San Francisco, CA 94111
Unsubscribe here

**From:** "Karen González " <klgonzalez11@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:52 PM EDT
**To:** moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Michael D. O'Neill,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

As a graduate from BLS (Class of 2004) and parent of a current BLS student (Class of 2022), I can wholeheartedly say that we need to do better for our future generations.


Sincerely,
Karen González

23 Sunnyside Street
Boston, MA 02130
United States

**From:** Sarah Patrick <sarahbpatruck@gmail.con>
**Sent:** Wednesday, October 21, 2020 6:37 PM EDT
**To:** moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Michael D. O'Neill,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Sarah Patrick

18 Hillcroft Road
Boston, MA 02130
United States

**From:** RUBEN VAN LEEUWEN <ruben_vanleeuwen@hotmail.com>
**Sent:** Wednesday, October 21, 2020 7:40 PM EDT
**To:** moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Michael D. O'Neill,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Unfortunately, we have been using tracking for decades even after research has proven it to be harmful. Please don't perpetuate this system. Also, get the federal, state and local governments to fund our children's education.


Sincerely,
RUBEN VAN LEEUWEN

10 Union Avenue
Boston, MA 02130
United States

**From:** Marygrace Pier <marygracepier@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:25 PM EDT
**To:** moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Michael D. O'Neill,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

I work with students in Boston and can see first hand that the decision to have MCAS this year has made teachers stress about learning material when students are still in no position to properly learn the material needed to pass the MCAS. Additionally, with the recent announcement of BPS returning to virtual and having to reevaluate their phase into schools plan, it is clear that this is not a year the MCAS should happen.


Sincerely,
Marygrace Pier

148 Calumet Street
Boston, MA 02120
United States

**From:** Simca Horwitz <shorwitz@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:38 PM EDT
**To:** moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Michael D. O'Neill,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Simca Horwitz

Kittredge St
Roslindale, MA 02131
United States

**From:** Alexandra Avedisian <alex@id-queue.com>
**Sent:** Wednesday, October 21, 2020 6:56 PM EDT
**To:** moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Michael D. O'Neill,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Teaching and testing are not equal in schools. Remove testing and give students equal access to good education!!


Sincerely,
Alexandra Avedisian

188 svo
Norton, MA 02766
United States

**From:** POLITICO Nightly <politiconightly@email.politico.com>
**Sent:** Wednesday, October 21, 2020 8:04 PM EDT
**To:** moneill2@bostonpublicschools.org <moneill2@bostonpublicschools.org>
**Subject:** The biggest races you aren't watching

Oct 21, 2020                                                                                                   View in browser

POLITICO Nightly logo

BY **RENUKA RAYASAM**

Presented by The National Council on Election Integrity

*With help from Myah Ward*

**THE LOW DOWN** — This year, for the first time in 20 years, a presidential election coincides with the once-in-a-decade redistricting cycle. Across the nation, normally under-the-radar, low-budget contests for state representative and senator have been transformed into high-profile, million-dollar races.

**Ten years ago, the Republicans beat Democrats badly** at the redistricting game. In 2010, state representatives and senators didn't have a say in approving President Barack Obama's federal health law. That didn't stop local Republicans from tying their down-ballot opponents to the Affordable Care Act. The GOP flipped nearly 20 state Houses that year, including both the state House and the Senate in half a dozen states. In Alabama Republicans took control of the Legislature for the first time since Reconstruction.

This year, Democrats are pinning their hopes of clawing back power in state capitals on the declining popularity of a new incumbent in the Oval Office, President Donald Trump.

A map of which party controls state legislatures in every state

**The correlation between presidential politics and state races has become "remarkable,"** said Steven Rogers, a political scientist at Saint Louis University who studied how party control relates to national election outcomes. State legislative races are "pretty much determined by the party and what people think of national government," Rogers said.

Still, many local races are won or lost by a few hundred votes, or in the case of Virginia, a random drawing. Local Republicans are hoping the party's anti-Trump voters still cast a ballot for their local candidates. "Republicans have been keeping everything local," said Austin Chambers, president of the Republican State Leadership Committee. "Democrats have tried to make every one of these races about Donald Trump."

Democrats admit now that they made a huge strategic blunder in not fighting for state legislative seats in 2010. "Look, we got our clock cleaned," said Patrick Rodenbush, communications director at the National Democratic Redistricting Committee, formed in 2017. Those decade-old losses still have a sway over congressional and statehouse elections today, because of the maps Republicans drew in 2010.

**Democrats aren't expecting a local blue wave like the 2010 red wave.** In Texas, even if Democrats are successful at winning a majority in the state House, Republicans will still control the Senate and governor's office. But, Rodenbush said, if they can flip a few chambers like the Texas state House and divide state governments, Democrats can force compromises or get maps kicked to courts.

In Kansas and Wisconsin, Democrats aren't trying to take control of legislative chambers. They just want to keep Republicans from maintaining or winning supermajorities so that Democratic governors can veto maps they think are unfair.

**Here are some of the other battlegrounds to watch on Election Day:**

**Arizona:** The state legislature doesn't control redistricting — that's done through an independent commission — but Democrats are still hoping to pick up two seats for a majority in the lower chamber and three seats for a majority in the upper chamber.

**Minnesota:** Republicans hold a three-seat majority in the state Senate. They are aiming to pick up nine seats to gain a majority in the state House.

**North Carolina**: Democrats need six seats to retake the state House, and five seats in the state Senate. They could also pick up four state Senate seats and the tie-breaking lieutenant governor office. The state's maps have been a point of contention among Democrats for years. They point to the 2018 election as an example of partisan gerrymandering: Democrats won more total votes in state legislative races, but Republicans maintained control of both chambers.

**Iowa:** Republicans will retain their state Senate majority. Democrats need four seats to win a majority in the state House for the first time in a decade.

**Pennsylvania** : Republicans would like veto-proof majorities in both chambers to override vetoes from Democratic Gov.Tom Wolf, but they are more likely to be fending off Democrats who are trying to pick up nine Republican house seats and four in the Senate to win majorities in both chambers. Like North Carolina, this is another state where Dems won more votes overall but still didn't control the chamber.

**Welcome to POLITICO Nightly.** If you need any more election forecasting insight, apparently Mercury's retrograde ends on Election Day this year. Reach out at rrayasam@politico.com or on Twitter at @renurayasam.

---

A message from The National Council on Election Integrity:

The National Council on Election Integrity, a bipartisan group of political, government, and civic leaders, was formed to ensure that every American's vote is counted this November. Stand with the council and demand every vote be counted: take the pledge at CountEveryVote.org.

**FIRST IN NIGHTLY**

**IT AIN'T OVER** — Polls are getting worse and worse for Trump: One poll out today showed him deadlocked with Joe Biden in Texas and down 8 points in Pennsylvania. Still, journalists just can't bring themselves to count him out, write John Harris and Daniel Lippman.

By historical standards, Trump's press coverage is actually favorable. It is giving generous allowance for the possibility that things aren't as bad as they seem for the incumbent, and that he may yet have another surprise in store for anyone who thinks that conventional dynamics of politics apply to him.

**The reason is simple:** Journalists and the political professionals who are their sources emerged from Trump's 2016 upset doubting their own instincts and believing that familiar analytical prisms aren't a reliable way to view this politician. Any previous campaign in Trump's circumstances — bad polls nationally, behind in multiple must-win states, coming after four years of low favorability ratings and steady off-year and midterm losses for the party he leads — would be facing coverage that would be the political equivalent of a hospital vigil for a very sick patient.

Ben Ginsberg, a veteran Republican lawyer and operative, said the reluctance of many journalists to trust their instincts about the state of the race, "helps Trump because he can hold out a sliver of hope for his supporters so they don't give up the ship. Nobody likes a loser; you're not going to admit you're a loser."

---

**HELP BUILD SOLUTIONS FOR THE FUTURE OF GLOBAL HEALTH:** POLITICO is a proud partner of the ninth annual Meridian Summit, focused on The Rise of Global Health Diplomacy. The virtual Meridian Summit will engage a global audience and the sharpest minds in diplomacy, business, government and beyond to build a more equitable economic recovery and save more lives. Join the conversation to help secure the future of our global health.

---

**COVID-2020**

**THE BARRETT COURT** — An evenly divided Supreme Court on Monday declined to block a Pennsylvania state court ruling allowing mail-in ballots to be counted up to three days after Election Day as long as they're postmarked by Nov. 3. The decision showed how sharply divided the Supreme Court is on election law, and how Amy Coney Barrett's confirmation could sway the outcome of future decisions.

Nightly's Myah Ward talked with Rick Hasen, an election law expert at University of California Irvine School of Law, about how the court might rule on its next election lawsuit. This conversation has been edited.

**What were Republicans arguing for in this case?**

Number one, they argued that this would violate the rule setting a uniform federal Election Day, in effect extending the date of the election until Nov. 6. I don't think that argument is a very serious one, because many states accept ballots that arrive after Election Day under different rules about how to treat postmarks.

The second argument is much more significant: that the Constitution gives only state legislatures the power to set the rules for conducting presidential elections. And in this case, the state Supreme Court held that the state statutes enacted by the Legislature had to give way to a constitutional right to vote protected under the Pennsylvania State Constitution.

And so here we have a clash between the state Supreme Court and the state Legislature. And this is especially important in states like Pennsylvania and North Carolina that have Democratic-dominated state Supreme Courts and Republican-dominated legislatures.

This suggests that there could be a new majority on the court that would side with the Legislature over the ability of the state Supreme Court to rely on its own Constitution in setting the parameters for voting litigation.

**How could this decision potentially set the stage for post-election litigation?**

One of the unfortunate things that we've seen in recent years is that the courts, much like the rest of America, divides along party lines on key issues. And that's not because the judges are political hacks or are necessarily doing anything wrongful. They have different ideological views about how to decide court cases that tend to line up with views of the political parties that appointed them. So Democratic-appointed judges are much more protective of voting rights, and Republican-appointed judges are much more willing to defer to states. They might make it harder to vote in the name of preserving order or preventing fraud or something like that.

The fact that in this case, the Supreme Court divided so closely, mostly along ideological lines with Chief Justice Roberts siding with the liberals, suggested in any post-election contest if Judge Barrett is Justice Barrett by the time of Election Day, that cases that get to the Supreme Court could divide along those same types of party lines.

**PENN PALS** — It's the state that sealed Trump's victory in 2016. Now it could spell the end of his presidency. In the latest POLITICO Dispatch, Shrewsbury, Pa.'s own Holly Otterbein breaks down where things stand in the fight for Pennsylvania.

**Listen to the latest POLITICO Dispatch podcast**

Advertisement Image

ON THE HILL

**IT'S UNANIMOUS** — Senate Democrats plan to boycott Barrett's Judiciary Committee vote Thursday in an act of protest, according to two Democratic aides. The Senate Judiciary Committee is scheduled to vote at 1 p.m. to advance Barrett's nomination to the floor, with the full Senate set to hold a final vote on her nomination Monday, writes Marianne LeVine.

Democratic U.S. senatorial candidate Raphael Warnock fills out paperwork before casting his ballot at State Farm Arena in Atlanta. Warnock is hoping to unseat incumbent Kelly Loeffler. | Getty Images

## NIGHTLY NUMBER

# 3

The percentage point lead for Biden over Trump in Iowa, according to a New York Times/Siena College poll released today. The statistically tied result comes after Biden's fourth-place finish in the state's caucuses earlier this year and Trump's 9-point win in 2016.

**GLOBAL PULSE, GLOBAL PURPOSE:** At a high-stakes moment when global health has become a household concern, it is pivotal to keep up with the politics and policy driving change. Global Pulse connects leaders, policymakers and advocates to the people and politics driving global health. Join the conversation and subscribe today for this new weekly newsletter.

## PUNCHLINES

**ORGANIZED ARGUING** — In the latest Punchlines, Matt Wuerker interviews Rick Perlstein, the historian and author of *Reaganland: America's Right Turn 1976-1980*, about presidential debates from the Lincoln-Douglas debates to today.

Video player of an interview between Matt Wuerker and Rick Perlstein

## PARTING WORDS

**GAME OVER** — Nightly editor — and former New York Times video game critic — Chris Suellentrop emails us:

Last night Rep. Alexandria Ocasio-Cortez cemented her status as Washington's Most Famous Gamer.

Hundreds of thousands of people — more than 400,000 people concurrently, at one point — spent part of their Tuesday night watching "Squad" members AOC and Rep. Ilhan Omar — who tweeted a photo and details of her impressive gaming PC — play *Among Us*, a murder mystery game that resembles the card game *Mafia* . The GOTV event went down on the Amazon-owned streaming service Twitch.

But let's focus on what's really important here: AOC and Omar ended the comfortable six-year reign of Jared Polis, the Colorado governor and former Democratic House member, as the country's most prominent politician-gamer.

The status handoff of Washington's Most Famous Gamer from a libertarian-leaning white man to two millennial socialist women of color is, in some ways, the perfect summation of how video games have changed in recent years.

Video games were never really the exclusive province of white male loners, but that's been the stereotype. And some players took that reputation seriously, so much so that they organized a backlash to try to protect it.

Six years ago, a disinformation campaign with the profoundly stupid name of "Gamergate" spent several months orchestrating a series of harassment campaigns of women game developers and critics. Several women fled their homes in fear for their safety. The harassers' motivation: To drive people they dubbed "social justice warriors" — for their progressive values and their desire to see more realistic depictions of women and minorities in video games — out of the industry. The campaign worked well enough that Steve Bannon, as reported in Joshua Green's *Devil's Bargain*, used it as a template for Trump's presidential campaign.

But Gamergate also prompted a backlash to the backlash. "It didn't stop the thing it set out to stop," Chris Plante, the editor-in-chief of *Polygon*, said to me today of Gamergate. "If anything, it made it go faster." And so, in 2020, no one is surprised that two 30-something progressive women play video games.

Games have always been big and diverse, as disparate as TV and books and movies. They are played, and made, by people who just want to zone out with some dumb entertainment and by people who want to expand their horizons with something strange and sublime. No one person represents them. Video games don't belong to a 31-year-old Nuyorican woman any more than they belong to reactionary Reddit trolls.

But, for one night, they did.

A message from The National Council on Election Integrity:

The National Council on Election Integrity is a bipartisan group of political, government, and civic leaders united around protecting the integrity of our elections. Our country has held successful elections through good times and bad, and this November is no different. Individual voters, the media, candidates, and the political parties have a duty to be patient while local election officials count every vote. Because no matter who we choose to represent us, in America we count every vote. Stand with the National Council on Election Integrity: take the pledge at CountEveryVote.org.

*Did someone forward this email to you? Sign up here*

## Follow us on Twitter

**Renuka Rayasam** @renurayasam
**Chris Suellentrop** @suellentrop
**Tyler Weyant** @tweyant
**Myah Ward** @myahward

**FOLLOW US**

To change your alert settings, please log in at https://login.politico.com/_login?base=https%3A%2F%2Fwww.politico.com

This email was sent to moneill2@bostonpublicschools.org by: POLITICO, LLC 1000 Wilson Blvd. Arlington, VA, 22209, USA

Please click here and follow the steps to unsubscribe.

**From:** Jennifer Herlihy <jennifer.herlihy@icloud.com>
**Sent:** Wednesday, October 21, 2020 6:12 PM EDT
**To:** Michael O'Neill <moneill2@boston.k12.ma.us>
**Subject:** This is an absolute disaster for charlestown

Sent from my iPhone

**From:** Ruth Mekasha <rmekasha45@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:00 PM EDT
**To:** qtran2@bostonpublicschools.org <qtran2@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Member Quoc Tran,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Ruth Mekasha

76 Bolton Street
Boston, MA 02127
United States

**From:** "Abigail Machson-Carter" <amagnacarta@gmail.com> on behalf of \"Abigail Machson-Carter\"
**Sent:** Wednesday, October 21, 2020 8:25 PM EDT
**To:** qtran2@bostonpublicschools.org <qtran2@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Member Quoc Tran,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Our schools, which are a public good, should offer these opportunities equally. All secondary schools in BPS should offer excellence, and reach should reflect our city's demographics.


Sincerely,
Abigail Machson-Carter

18 Arborfield Road
Boston, MA 02131
United States

**From:** Christine Collins <christinemcollins@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:56 PM EDT
**To:** qtran2@bostonpublicschools.org <qtran2@bostonpublicschools.org>
**Subject:** Exam school admissions need to change!

Dear Boston School Committee Member Quoc Tran,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Christine Collins

Kittredge
Roslindale, MA 02131
United States

**From:** Trish Elliott <trishelliott07@gmail.com>
**Sent:** Wednesday, October 21, 2020 8:06 PM EDT
**To:** qtran2@bostonpublicschools.org <qtran2@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee Member Quoc Tran,

\*\* I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. \*\*

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Trish Elliott

97 Anawan Avenue
Boston, MA 02132
United States

**From:** Daisy Chiu <daisy.chiu@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:43 PM EDT
**To:** qtran2@bostonpublicschools.org <qtran2@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee Member Quoc Tran,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

We can do better for the residents and students of Boston!

Sincerely,
Daisy Chiu

12 Commonwealth Court
Boston, MA 02135
United States

**From:** Nataly Bedoya <natmb86@gmail.com>
**Sent:** Wednesday, October 21, 2020 8:06 PM EDT
**To:** qtran2@bostonpublicschools.org <qtran2@bostonpublicschools.org>
**Subject:** I am standing for equity for all Boston students

Dear Boston School Committee Member Quoc Tran,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Nataly Bedoya

117 Hillcrest Road
Waltham, MA 02451
United States

**From:** Gigi Kellett <gigikellett@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:19 PM EDT
**To:** qtran2@bostonpublicschools.org <qtran2@bostonpublicschools.org>
**Subject:** Please stand for equitable access to Boston exam schools

Dear Boston School Committee Member Quoc Tran,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Please move forward with this proposal. It's so important to our community.

Sincerely,
Gigi Kellett

27 Woodman Street
Jamaica Plain, MA 02130
United States

**From:** "Sha'nai Watler " <shanai.watler@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:05 PM EDT
**To:** qtran2@bostonpublicschools.org <qtran2@bostonpublicschools.org>
**Subject:** Please stand for equitable access to Boston exam schools

Dear Boston School Committee Member Quoc Tran,

\*\* I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. \*\*

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

bls sucks

Sincerely,
Sha'nai Watler

1154 Adams Street
Boston, MA 02124
United States

**From:** Jeff Klug <jeff@bkarch.com>
**Sent:** Wednesday, October 21, 2020 5:44 PM EDT
**To:** qtran2@bostonpublicschools.org <qtran2@bostonpublicschools.org>
**Subject:** Please support the recommendation to suspend testing for 1 year

Dear Boston School Committee Member Quoc Tran,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Both of my kids went through the Boston Public School System and the ISEE as well as the whole exam school process was a racial sorting system. This is an opportunity to stop it. Now is the moment and we have to have the courage to do it.


Sincerely,
Jeff Klug

157 West Newton Street
Boston, MA 02118
United States

**From:** "Karen González " <klgonzalez11@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:52 PM EDT
**To:** qtran2@bostonpublicschools.org <qtran2@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Quoc Tran,

\*\* I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. \*\*

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

As a graduate from BLS (Class of 2004) and parent of a current BLS student (Class of 2022), I can wholeheartedly say that we need to do better for our future generations.


Sincerely,
Karen González

23 Sunnyside Street
Boston, MA 02130
United States

**From:** Simca Horwitz <shorwitz@gmail.com>
**Sent:** Wednesday, October 21, 2020 7:38 PM EDT
**To:** qtran2@bostonpublicschools.org <qtran2@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Quoc Tran,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Simca Horwitz

Kittredge St
Roslindale, MA 02131
United States

**From:** Sarah Patrick <sarahbpatruck@gmail.con>
**Sent:** Wednesday, October 21, 2020 6:37 PM EDT
**To:** qtran2@bostonpublicschools.org <qtran2@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Quoc Tran,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.


Sincerely,
Sarah Patrick

18 Hillcroft Road
Boston, MA 02130
United States

**From:** Marygrace Pier <marygracepier@gmail.com>
**Sent:** Wednesday, October 21, 2020 5:25 PM EDT
**To:** qtran2@bostonpublicschools.org <qtran2@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Quoc Tran,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

I work with students in Boston and can see first hand that the decision to have MCAS this year has made teachers stress about learning material when students are still in no position to properly learn the material needed to pass the MCAS. Additionally, with the recent announcement of BPS returning to virtual and having to reevaluate their phase into schools plan, it is clear that this is not a year the MCAS should happen.


Sincerely,
Marygrace Pier

148 Calumet Street
Boston, MA 02120
United States

**From:** Alexandra Avedisian <alex@id-queue.com>
**Sent:** Wednesday, October 21, 2020 6:56 PM EDT
**To:** qtran2@bostonpublicschools.org <qtran2@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Quoc Tran,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Teaching and testing are not equal in schools. Remove testing and give students equal access to good education!!


Sincerely,
Alexandra Avedisian

188 svo
Norton, MA 02766
United States

**From:** RUBEN VAN LEEUWEN <ruben_vanleeuwen@hotmail.com>
**Sent:** Wednesday, October 21, 2020 7:40 PM EDT
**To:** qtran2@bostonpublicschools.org <qtran2@bostonpublicschools.org>
**Subject:** Suspend the test! DO NOT Delay the vote!

Dear Boston School Committee Member Quoc Tran,

** I am writing as a Boston resident to express my strong support for the Superintendent's Working Group proposal on Boston's Exam School admissions. **

I urge you to publicly support the Working Group's proposal and to speak out against any attempts being made to delay the School Committee's vote on Wednesday.

Requiring students to take an exam in the midst of the current pandemic would be impossible to implement fairly and safely. It would further disadvantage the communities already bearing disproportionate impacts of Covid-19.

Black and Brown students have been under-represented and disproportionately disadvantaged by Boston's exam school admissions system for decades. Their families and neighborhoods are now being disproportionately harmed by the pandemic and economic shutdown. The Working Group's thoughtful & well researched proposal offers a solution to the challenges presented by the pandemic while also addressing the long-standing inequities of the exam school admissions process.

Proponents of offering a test in the pandemic to maintain the current admissions system are now pushing for a delay. To further delay the vote would jeopardize the district's ability to operationalize the current proposed admissions plan for next year which carries a heavy administrative burden and will take a good deal of time. We trust the Working Group represents a wide array of interests and spent 12 meetings over the past two months on this proposal. Especially because of the COVID emergency, we need to move forward now.

I urge you to oppose these efforts to delay and offer your full and vocal support to the Working Group's recommendation before the School Committee vote on Wednesday.

Unfortunately, we have been using tracking for decades even after research has proven it to be harmful. Please don't perpetuate this system. Also, get the federal, state and local governments to fund our children's education.


Sincerely,
RUBEN VAN LEEUWEN

10 Union Avenue
Boston, MA 02130
United States

# EXHIBIT 12

Darragh Murphy
242 Neponset Avenue
Dorchester, Massachusetts 02122

November 19, 2020

Boston Public Schools
2300 Washington Street
Boston, Massachusetts 02119

Re: Freedom of Information Request

Dear Sir or Madam:

The purpose of this letter is to request information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. section 552. If this information is not available from your agency, please forward this request to the appropriate agency or advise me of the other agencies which might have this information.

Please provide me with a copy of the following items:

**ISEE exam scores and Grade Point Averages (GPA's) for school year 2019/2020 of all 6th grade students who did NOT receive invitations for School Year 2020/2021 to Boston Latin Academy, the O'Bryant School, and Boston Latin School, de-identified, with the name of the exam school to which each applicant was NOT invited to attend, the sending school name, and the ZIP code of each applicant.**

If any part or all of the materials are withheld under an FOIA exemption, please provide a list of the information withheld and mark any deleted sections. Please list the specific exemptions that form the basis for any deletion from a document or the complete withholding of a document.

My e-mail address is darraghmurphy@comcast.net.

As provided for by section 552(a)(6)(A)(i) of the Freedom of Information Act, please provide your reply within twenty (20) business days. Thank you for your prompt attention to this matter.

Sincerely,

Darragh Murphy

# EXHIBIT 13

Darragh Murphy
242 Neponset Avenue
Dorchester, Massachusetts 02122

November 19, 2020

Boston Public Schools
2300 Washington Street
Boston, Massachusetts 02119

Re: Freedom of Information Request

Dear Sir or Madam:
The purpose of this letter is to request information pursuant to the Freedom of Information Act
(FOIA), 5 U.S.C. section 552. If this information is not available from your agency, please
forward this request to the appropriate agency or advise me of the other agencies which might
have this information.

Please provide me with a copy of the following items:

ISEE exam scores and Grade Point Averages (GPA's) for school year 2019/2020 of all 6th grade
students admitted for School Year 2020/2021 to Boston Latin Academy, the O'Bryant School,
and Boston Latin School, de-identified, with the name of the exam school to which each
applicant was invited to attend, the sending school name, and the ZIP code of each applicant.

If any part or all of the materials are withheld under an FOIA exemption, please provide a list of
the information withheld and mark any deleted sections. Please list the specific exemptions that
form the basis for any deletion from a document or the complete withholding of a document.

My e-mail address is darraghmurphy@comcast.net.

As provided for by section 552(a)(6)(A)(i) of the Freedom of Information Act, please provide
your reply within twenty (20) business days. Thank you for your prompt attention to this matter.

Sincerely,

Darragh Murphy

# EXHIBIT 14

Darragh Murphy
242 Neponset Avenue
Dorchester, Massachusetts 02122

November 19, 2020

Boston Public Schools
2300 Washington Street
Boston, Massachusetts 02119

Re: Freedom of Information Request

Dear Sir or Madam:

The purpose of this letter is to request information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. section 552. If this information is not available from your agency, please forward this request to the appropriate agency or advise me of the other agencies which might have this information.

Please provide me with a copy of the following items:

> Grade Point Averages (GPA's) for school year 2019/2020 of all 6th grade students admitted for School Year 2020/2021 to Boston Latin Academy, the O'Bryant School, and Boston Latin School, de-identified, with sending school name and ZIP code of each applicant.

Please limit your search of the above item(s) to the period from September 01, 2019 to June 30, 2020.

If any part or all of the materials are withheld under an FOIA exemption, please provide a list of the information withheld and mark any deleted sections. Please list the specific exemptions that form the basis for any deletion from a document or the complete withholding of a document.

My e-mail address is darraghmurphy@comcast.net.

As provided for by section 552(a)(6)(A)(i) of the Freedom of Information Act, please provide your reply within twenty (20) business days. Thank you for your prompt attention to this matter.

Sincerely,

Darragh Murphy

# EXHIBIT 15

Darragh Murphy
242 Neponset Avenue
Dorchester, Massachusetts 02122

November 19, 2020

Boston Public Schools
2300 Washington Street
Boston, Massachusetts 02119

Re: Freedom of Information Request

Dear Sir or Madam:
The purpose of this letter is to request information pursuant to the Freedom of Information Act
(FOIA), 5 U.S.C. section 552. If this information is not available from your agency, please
forward this request to the appropriate agency or advise me of the other agencies which might
have this information.

Please provide me with a copy of the following items:

**Copies of all electronic communications, including emails, text messages, voicemails, social
media messages, tweets, etc, to and from Superintendent Cassellius, her staff and/or
assistants, and all members of the Boston School Committee, and all members of the Exam
School Working Group regarding the Exam School Working Group, including electronic
attachments to all electronic communications.**

Please limit your search of the above item(s) to the period from January 1, 2018 to November 19,
2020.

If any part or all of the materials are withheld under an FOIA exemption, please provide a list of
the information withheld and mark any deleted sections. Please list the specific exemptions that
form the basis for any deletion from a document or the complete withholding of a document.

My e-mail address is darraghmurphy@comcast.net.

As provided for by section 552(a)(6)(A)(i) of the Freedom of Information Act, please provide
your reply within twenty (20) business days. Thank you for your prompt attention to this matter.

Sincerely,

Darragh Murphy

# EXHIBIT 16

Darragh Murphy
242 Neponset Avenue
Dorchester, Massachusetts 02122

November 19, 2020

Boston Public Schools
2300 Washington Street
Boston, Massachusetts 02119

Re: Freedom of Information Request

Dear Sir or Madam:

The purpose of this letter is to request information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. section 552. If this information is not available from your agency, please forward this request to the appropriate agency or advise me of the other agencies which might have this information.

Please provide me with a copy of the following items:

**Copies of all formulas, algorithms, calculations, instructions, rubrics, and guidelines used by the Boston Public Schools to convert, analyze, and standardize Grade Point Averages (GPA's) for all 6th grade applicants to Boston Latin Academy, the O'Bryant School, and Boston Latin School.**

Please limit your search of the above item(s) to the period from January 1, 2017 to November 19, 2020.

If any part or all of the materials are withheld under an FOIA exemption, please provide a list of the information withheld and mark any deleted sections. Please list the specific exemptions that form the basis for any deletion from a document or the complete withholding of a document.

My e-mail address is darraghmurphy@comcast.net.

As provided for by section 552(a)(6)(A)(i) of the Freedom of Information Act, please provide your reply within twenty (20) business days. Thank you for your prompt attention to this matter.

Sincerely,


Darragh Murphy

# EXHIBIT 17

Darragh Murphy
242 Neponset Avenue
Dorchester, Massachusetts 02122

November 19, 2020

Boston Public Schools
2300 Washington Street
Boston, Massachusetts 02119

Re: Freedom of Information Request

Dear Sir or Madam:
The purpose of this letter is to request information pursuant to the Freedom of Information Act
(FOIA), 5 U.S.C. section 552. If this information is not available from your agency, please
forward this request to the appropriate agency or advise me of the other agencies which might
have this information.

Please provide me with a copy of the following items:

**Copies of all data sets, spreadsheets, formulas, algorithms, calculations, instructions,
rubrics, and guidelines used by the Superintendent's Exam School Working Group to
identify the number of school aged children in each Boston ZIP code, the median income of
each Boston ZIP code, and the allocation of exam school seats per Boston ZIP code,
including copies of all simulations run by the Exam School Working Group, the
Superintendent's Office, the Boston Public School department, and the Boston School
Committee, and all electronic communication to and from all members of the Exam School
Working Group, the Superintendent, the Boston School Committee, the Mayor's Office, the
Boston City Council, and Boston Public Schools offices, regarding the work of the Exam
School Working group, its data and findings, and the simulations.**

Please limit your search of the above item(s) to the period from January 1, 2020 to November 19,
2020.
If any part or all of the materials are withheld under an FOIA exemption, please provide a list of
the information withheld and mark any deleted sections. Please list the specific exemptions that
form the basis for any deletion from a document or the complete withholding of a document.

My e-mail address is darraghmurphy@comcast.net.

As provided for by section 552(a)(6)(A)(i) of the Freedom of Information Act, please provide
your reply within twenty (20) business days. Thank you for your prompt attention to this matter.

Sincerely,

Darragh Murphy

# EXHIBIT 18

Friday, November 20, 2020

Shawn Williams, Director of Public Records
Records Access Officer
City of Boston
1 CITY HALL SQUARE
ROOM 615
BOSTON, MA 02201
617-635-4037
shawn.williams@boston.gov
publicrecords@boston.gov

Dear RCO Williams:

This is a request under the Massachusetts Public Records Law (M. G. L. Chapter 66, Section 10). I am requesting that I be provided a copy of each record pertinent to your responses to the inquiries as in the Appendix.

Such requested records include, but are not limited to, information, data, data models, and algorithms from the following Boston Public Schools (BPS) internal departments, e.g., Office of the Superintendent, Office of Data & Accountability, and Office of Exam Schools & AWC.

To expedite the process, specific people from above mentioned departments who may retain our requested records are listed below:

> 1. Monica Roberts, Chief of Student, Family & Community Advancement
>
> 2. Monica Hogan, Interim Executive Director, Office of Data & Accountability at 617-635-9450 (phone) 617-635-941 (fax) rc069@bostonpublicschools.org (e-mail)
>
> 3. Maria Vieira, Office of Exam Schools & AWC

I recognize that you may charge reasonable costs for copies, as well as for personnel time needed to comply with this request.

The Public Records Law requires you to provide me with a written response within 10 business days. If you cannot comply with my request, you are statutorily required to provide an explanation in writing. Otherwise, we look forward to receiving a written response with our requested record by December 1, 2020.

Regards

Boston Parent Coalition for Academic Excellence

bpcaema@gmail.com

617-903-2468

Appendix

1. In the SY20 Budget (Exhibit A), if there is a "one year only" suspension of the MAP Test, how will the $364,000 budgeted for the SY20 annual exam school administration be spent?   Will that budget line for exam administration move to SY2021? Which office "owns" that number?

2. On October 21, 6:21 PM, Chief Monica Robert's and Monica Hogan of BPS's Office of Accountability and Data cited "simulations run" (sic)  regarding how zip code rounds would be allocated (Exhibit B - Slide titled: Misinformation: Limited Access to each exam school, bullet points 2-4), which are the factual studies/statistical tabulations used as the basis to support the BPS School Committee's new exam school policy position ("BPS Simulation Model").  Please provide the input data used in preparing these simulations in an Excel sheet. Please provide an electronic copy of the BPS Simulation Model (eg: Excel, SPSS, etc).

    a. Please provide 3 years of counts of applicants, invited, and enrolled students for each exam school, grouped by the following data attributes:

        i. Zip code

        ii. Race

        iii. GPA – if simulation GPA approach differs from

        iv. Applicant exam school preference choice

        v. Applicant invited school

        vi. Applicant enrollment

    Exhibit C is a template of this requested information.

    b. Please provide the following attributes per zip code:

        i. Number of school aged children in each zip code

        ii. Number of children in the 6th, 8th, and 9th grade in each zip code

        iii. Median income in the each zip code

        iv. Median income in the each zip code for families with children under the age of 18

    c. Please provide the approach to convert report card into the GPA used in this simulation.

**Appendix Page 1**

i.  How do letter grades and number grades convert to GPA?

ii. Which class names count as ELA?   Which class names count as Math?

iii. If there are multiple ELA classes, how is a single ELA GPA created (eg: weighted average, simple average, min, max)?   If there are multiple math classes, how is a single math GPA created (eg: weighted average, simple average, min, max)?

iv. Which grading period is used?  If there are multiple grading periods how is a single GPA calculated (eg: weighted average, simple average, min, max, earliest, latest)?

v.  In response to the discussion that different schools may have different grading standards, please provide the count of students with each calculated GPA, by applicant school and by race for the past 3 years.  Exhibit D is a template for providing this requested information.

vi. Did this calculation change from the GPA that was previously used in the exam school entrance criteria?  If so please provide the above responses for the prior approach, the new approach, and any other approaches that were simulated.

d.  If a student was in the top 20% but placed in a school other than their first choice, will they have an opportunity to be reconsidered for their first choice in the 80% zip code rounds?   If so what will happen to that zip code's seat in that 80% round, will it be given to another applicant in the zip code?

e.  How many seats are available per school, and in the first 20% how many of those seats at each school were assigned to students from each zip code in the BPS Simulation Model.

f.  For the 80% allocated by zip code, **before 10 the rounds start**, is there a finite number of allocated seats at each school for each zip code?   Or when each student's spot comes up in the zip code rounds, do they get their highest preference from any school with an available seat?

g.  What happens in the zip code rounds for a zip code that has such a small number of school-aged children that it qualifies for under 1 seat?

**Appendix Page 2**

Exhibit A

## Exhibit A



- $364,000 to host the exam that students must pass to gain entrance into one of the district's three exam schools — the ISEE — in students' current schools. This is another tool aimed at closing opportunity gaps for students of traditionally underserved backgrounds.

- And, $350,000 to strengthen high school pathways. (More information on key investments is found lower in this article.)

**Exhibit B**



**Misinformation: Limited Access to Each Exam School**

- Zip codes are **not limited to a specific number of seats at each exam school**; seats within the zip code rounds are assigned to students based on the student's preference.

- In simulations run, the last seat at BLS was assigned during the 5th or 6th zip code round. Students in the **top 50% of each zip code had access to BLS**.

- The last seat at BLA was assigned during the 9th zip code round, meaning **90% of students in each zip code had access to BLA.**

- In simulations run, more students whose first choice school was BLS had a perfect GPA than seats available at BLS in the top 20%. However, **all students with a perfect GPA received an invitation to their first choice school in all simulations run.**

**Exhibit C**



**Exhibit D**

# EXHIBIT 19



**BOSTON PUBLIC SCHOOLS**
OFFICE OF LEGAL ADVISOR
Martin J. Walsh, Mayor

January 13, 2021

Boston Parent Coalition for Academic Excellence
bpcaema@gmail.com

Re:    November 20, 2020 Public Records Request

Dear Boston Parent Coalition for Academic Excellence:

The Boston Public Schools ("BPS") has received your request for public records.  This response applies only to records that exist and are in the custody of the City.  See *A Guide to the Massachusetts Public Records Law*, p. 32, n.115.  A custodian is not required to create a new record or analysis that does not currently exist.  It is expected that a custodian of records must use her superior knowledge of her records with respect to responses to public records requests. 950 CMR 32.04(5).  Below please see your requests and BPS's responses in blue:

*This is a request under the Massachusetts Public Records Law (M. G. L. Chapter 66, Section 10). I am requesting that I be provided a copy of each record pertinent to your responses to the inquiries as in the Appendix. Such requested records include, but are not limited to, information, data, data models, and algorithms from the following Boston Public Schools (BPS) internal departments, e.g., Office of the Superintendent, Office of Data & Accountability, and Office of Exam Schools & AWC. To expedite the process, specific people from above mentioned departments who may retain our requested records are listed below: 1. Monica Roberts, Chief of Student, Family & Community Advancement 2. Monica Hogan, Interim Executive Director, Office of Data & Accountability at 617-635-9450 (phone) 617-635-941 (fax) rc069@bostonpublicschools.org (e-mail) 3. Maria Vieira, Office of Exam Schools & AWC.*

*1.  In the SY20 Budget (Exhibit A) if there is a "one year only" suspension of the MAP test, how will the $364,000 budgeted for the SY20 annual exam school administration be spent?  How will that budget line for exam administration move to SY2021?  Which office "owns" that number?*

Request 1 seeks an answer to a question rather than records.  The public records law applies only

1

to records.

*2. On October 21, 6:21 PM, Chief Monica Robert's and Monica Hogan of BPS's Office of Accountability and Data cited "simulations run" (sic) regarding how zip code rounds would be allocated (Exhibit B - Slide titled: Misinformation: Limited Access to each exam school, bullet points 2-4), which are the factual studies/statistical tabulations used as the basis to support the BPS School Committee's new exam school policy position ("BPS Simulation Model"). Please provide the input data used in preparing these simulations in an Excel sheet. Please provide an electronic copy of the BPS Simulation Model (eg: Excel, SPSS, etc).*

BPS is still working on this portion of your request.

*a.    Please provide 3 years of counts of applicants, invited, and enrolled students for each exam school, grouped by the following data attributes:*
*i.    Zip code*
*ii.    Race*
*iii.    GPA - if simulation GPA approach differs from*
*iv.    Applicant exam school preference choice*
*v.    Applicant invited school*
*vi.    Applicant enrollment*

*b.    Please provide the following attributes per zip code:*
*i.    Number of school aged children in each zip code*
*ii.    Number of children in the 6th, 8th , and 9th grade in each zip code*
*iii.    Median income in the each zip code*
*iv.    Median income in the each zip code for families with children under the age of 18*

Records responsive to request 2a may be found here.  Please note that the data provided is a data set responsive to similar requests.  BPS has not created a data set specifically for this request.

Records responsive to request 2b may be found here.

*c.    Please provide the approach to convert report card into the GPA used in this simulation.*

Records responsive to request 2c may be found here.

*i.    How do letter grades and number grades convert to GPA?*

*ii.    Which class names count as ELA? Which class names count as Math?*

*iii.    If there are multiple ELA classes, how is a single ELA GPA created (eg: weighted average, simple average, min, max)? If there are multiple math classes, how is a single math GPA created (eg: weighted average, simple average, min, max)?*

*iv.    Which grading period is used? If there are multiple grading periods how is a single GPA calculated (eg: weighted average, simple average, min, max, earliest, latest)?*

2

*v.      In response to the discussion that different schools may have different grading standards, please provide the count of students with each calculated GPA, by applicant school and by race for the past 3 years. Exhibit D is a template for providing this requested information.*

*vi.      Did this calculation change from the GPA that was previously used in the exam school entrance criteria? If so please provide the above responses for the prior approach, the new approach, and any other approaches that were simulated.*

Requests 2ci, ii, iii, iv & vi seek answers to questions rather than records.  The public records law applies only to records.  Request 2cv is addressed by the response to requests 2a and 2b.

*d.      If a student was in the top 20% but placed in a school other than their first choice, will they have an opportunity to be reconsidered for their first choice in the 80% zip code rounds? If so what will happen to that zip code's seat in that 80% round, will it be given to another applicant in the zip code?*

Request 2d seeks an answer to a question rather than records.  The public records law applies only to records.

*e.      How many seats are available per school, and in the first 20% how many of those seats at each school were assigned to students from each zip code in the BPS Simulation Model.*

The number of invitations sent varies year to year, based on space available. For SY20-21 admissions in 7th grade, 484 invitations were sent for BLS (20% = 97); 336 were sent for BLA (20% = 67); 205 were sent for O'Bryant (20% = 41).

*f.      For the 80% allocated by zip code, before 10 the rounds start, is there a finite number of allocated seats at each school for each zip code? Or when each student's spot comes up in the zip code rounds, do they get their highest preference from any school with an available seat?*

Request 2f seeks an answer to a question rather than records.  The public records law applies only to records.

*g.      What happens in the zip code rounds for a zip code that has such a small number of school-aged children that it qualifies for under 1 seat?*

Request 2g seeks an answer to a question rather than records.  The public records law applies only to records.

### Conclusion

You may appeal this response to the Supervisor of Records in the Office of the Secretary of the Commonwealth. G.L. c. 66, § 10A (c); G.L. c. 66, § 10(b)(ix); 950 CMR 32.08; 950 CMR 32.08(1)(h) (in petitioning the Supervisor, the requester shall provide a copy of such petition to the records access officer associated with such petition).  You may also appeal to the Superior Court.  950 CMR 32.06(3)(c).

Sincerely,

Catherine Lizotte
Legal Advisor
(617) 635-9250
clizotte@bostonpublicschools.org

# EXHIBIT 20



**BOSTON PUBLIC SCHOOLS**
OFFICE OF LEGAL ADVISOR
Martin J. Walsh, Mayor

1/13/21

RE: PUBLIC RECORDS REQUEST of November 19, 2020, Reference #s:

#R001025-111920
#R001024-111920
#R001023-111920
#R001021-111920
#R001020-111920
#R001019-111920

Dear Ms. Murphy:

The City of Boston (City) has received your request for public records.  This response applies only to records that exist and are in the custody of the City.  See *A Guide to the Massachusetts Public Records Law*, p. 32, n.115.  It is expected that a custodian of records must use her superior knowledge of her records with respect to responses to public records requests.  950 CMR 32.04(5). Below, please find your specific requests and BPS's responses in blue.

#R001025-111920:

*Copies of all data sets, spreadsheets, formulas, algorithms, calculations, instructions, rubrics, and guidelines used by the Superintendent's Exam School Working Group to identify the number of school aged children in each Boston ZIP code, the median income of each Boston ZIP code, and the allocation of exam school seats per Boston ZIP code, including copies of all simulations run by the Exam School Working Group, the Superintendent's Office, the Boston Public School department, and the Boston School Committee, and all electronic communication to and from all members of the Exam School Working Group, the Superintendent, the Boston School Committee, the Mayor's Office, the Boston City Council, and Boston Public Schools offices, regarding the work of the Exam School Working group, its data and findings, and the simulations.  Please*

*limit your search of the above item(s) to the period from January 1, 2020 to November 19, 2020.*

Records responsive to Request #R001025-111920 may be found here, here, and here.

#R001024-111920:

*Copies of all formulas, algorithms, calculations, instructions, rubrics, and guidelines used by the Boston Public Schools to convert, analyze, and standardize Grade Point Averages (GPA's) for all 6th grade applicants to Boston Latin Academy, the O'Bryant School, and Boston Latin School. Please limit your search of the above item(s) to the period from January 1, 2017 to November 19, 2020.*

Records responsive to Request # R001024-111920 may be found here.

#R001023-111920:

*Copies of all electronic communications, including emails, text messages, voicemails, social media messages, tweets, etc, to and from Superintendent Cassellius, her staff and/or assistants, and all members of the Boston School Committee, and all members of the Exam School Working Group regarding the Exam School Working Group, including electronic attachments to all electronic communications. Please limit your search of the above item(s) to the period from January 1, 2018 to November 19, 2020.*

Records responsive to Request # R001023-111920 may be found here.

#R001021-111920:

*ISEE exam scores and Grade Point Averages (GPA's) for school year 2019/2020 of all 6th grade students who did NOT receive invitations for School Year 2020/2021 to Boston Latin Academy, the O'Bryant School, and Boston Latin School, de-identified, with the name of the exam school to which each applicant was NOT invited to attend, the sending school name, and the ZIP code of each applicant.*

#R001020-111920:

*ISEE exam scores and Grade Point Averages (GPA's) for school year 2019/2020 of all 6th grade students admitted for School Year 2020/2021 to Boston Latin Academy, the O'Bryant School, and Boston Latin School, de-identified, with the name of the exam*

*school to which each applicant was invited to attend, the sending school name, and the ZIP code of each applicant.*

#R001019-111920:

*Grade Point Averages (GPA's) for school year 2019/2020 of all 6th grade students admitted for School Year 2020/2021 to Boston Latin Academy, the O'Bryant School, and Boston Latin School, de-identified, with sending school name and ZIP code of each applicant.*

Records responsive to requests #R001019, 1020, and 1021 may be found here.

***Redactions***

Please note that student record information and personal emails, phone numbers, and addresses have been redacted.

***Conclusion***

You may appeal this response to the Supervisor of Records in the Office of the Secretary of the Commonwealth. G.L. c. 66, § 10A (c); G.L. c. 66, § 10(b)(ix); 950 CMR 32.08; 950 CMR 32.08(1)(h) (in petitioning the Supervisor, the requester shall provide a copy of such petition to the records access officer associated with such petition). You may also appeal to the Superior Court. 950 CMR 32.06(3)(c).

Sincerely,

Catherine Lizotte
Legal Advisor
(617) 635-9250

# EXHIBIT 21

# [GovQA] New Assignment - R000275-021221

**email: "CityofBoston@govqa.us City of Boston"**     **Friday, February 12, 2021 at 1:54:07 PM Eastern Standard Time**
To: email: "nchase@bostonpublicschools.org nchase@bostonpublicschools.org"

ⓘ   A request has been **assigned** to you

## City Public Records Request / R000275-021221

**Request Information**

| | |
|---|---|
| Assigned Staff: | Nadra Chase |
| Status: | Assigned |
| Create Date: | 2/12/2021 12:48:17 PM |
| Requester: | Darragh Murphy , |
| Type of Request: | [typeinfo] |
| Record(s) Requested: | 1. List of students who are in the applicant pool for the three exam schools (Boston Latin School, Boston Latin Academy, John D O'Bryant School) for the school year 2021/2022, de-identified and sorted by zip code of residence. 2. List of students who applied for inclusion in the applicant pool to the three exam schools (Boston Latin School, Boston Latin Academy, John D O'Bryant School) for the school year 2021/2022, de-identified and sorted by zip code of residence. |
| Case / Incident Number | [CASE_NUMBER] |
| Date or Date Range of Record(s) | [DATE_RANGE] |
| Location / Address of Incident | [LOC_ADDRESS] |

To access the request, please access the Boston Public Records Center

This is an auto-generated email and has originated from an unmonitored email account.
Please DO NOT REPLY.



# EXHIBIT 22



Lizotte, Catherine <clizotte@bostonpublicschools.org>

---

## [GovQA] New Assignment - R000337-022321
1 message

**City of Boston** <CityofBoston@govqa.us>                          Wed, Feb 24, 2021 at 7:33 PM
To: "clizotte@bostonpublicschools.org" <clizotte@bostonpublicschools.org>

 A request has been **assigned** to you

City Public Records Request / R000337-022321

**Request Information**

| | |
|---|---|
| Assigned Staff: | Catherine Lizotte |
| Status: | Assigned |
| Create Date: | 2/23/2021 6:00:53 AM |
| Requester: | Darragh Murphy , |
| Type of Request: | [typeinfo] |
| Record(s) Requested: Case / Incident Number Date or Date Range of Record(s) Location / Address of Incident | 1. Copies of ALL electronic text messages, instant messages, and any other form of electronic communication sent and/or received, including any and all "group" messages sent and/or received by more than one of the following listed individuals, during the School Committee meeting scheduled for October 21, 2020, from the time the meeting started on 10/21/2020 until it was officially adjourned on Thursday, October 22, 2020, between and among each and all of the following: Superintendent Brenda Cassellius SC Chair Michael Loconto SC Members: Lorna Rivera Jeri Robinson Michael O'Neil Alexandra Oliver-Davila Hardin LK Coleman Quoc Tran 2. List of students who currently comprise the applicant pool for incoming school year 2021/2022 for the three exam schools (Boston Latin School, Boston Latin Academy, John D O'Bryant School), de-identified and sorted by GPA. 3. All of the Grade Point Averages sorted by Zip Code of the students, de-identified, who currently comprise the applicant pool for incoming school year 2021/2022 for the three exam schools (Boston Latin School, Boston Latin Academy, John D O'Bryant School). Please provide the list by zip code. For example: Zip Code 02122: List all the GPA's of the de-identified students currently comprising the applicant pool who reside in Zip Code 02122. Zip Code 02126: List all the GPA's of the de-identified students currently comprising the applicant pool who reside in Zip Code 02126. And so on until every Zip Code in the City of Boston is included in the response, including Zip Codes for which there are no applicants in the pool and Zip Codes in which there are fewer than 10. 4. Written transcript of the entire School Committee meeting held on October 21, 2020 which adjourned on Thursday, October 22, 2020. 5. Written transcript of the entire School Committee meeting held on October 8, 2020. |

[CASE_NUMBER]
[DATE_RANGE]
[LOC_ADDRESS]


To access the request, please access the Boston Public Records Center

This is an auto-generated email and has originated from an unmonitored email account. Please DO NOT REPLY.



# EXHIBIT 23

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(BOSTON)

CIVIL ACTION NO. 1:21-cv-10330-WGY

BOSTON PARENT COALITION FOR
ACADEMIC EXCELLENCE CORP.,
              Plaintiff,

v.

SCHOOL COMMITTEE OF THE CITY OF
BOSTON, et al.,
              Defendants.

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE ABOVE REFERENCED COURT:**

Please enter the appearance of Catherine Lizotte as attorney for the Defendants, School Committee of the City of Boston, Alexandra Oliver-Davila, Michael O'Neill, Hardin Coleman, Lorna Rivera, Jeri Robinson, Quoc Tran, Ernani DeAraujo, and Brenda Cassellius, in the above-captioned case.

Respectfully submitted,
Eugene L. O'Flaherty,
Corporation Counsel,

By,

/s/ Catherine Lizotte
Catherine Lizotte (BBO #666468)
Legal Advisor
Boston Public Schools
2300 Washington Street
Boston, MA 02119
(617) 635-9250
Date:   February 27, 2021          clizotte@bostonpublicschools.org

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 27, 2021, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.


                                      /s/ Catherine Lizotte
                                      Catherine Lizotte

# EXHIBIT 24



**BOSTON PUBLIC SCHOOLS**
OFFICE OF LEGAL ADVISOR
Martin J. Walsh, Mayor

3/9/21

RE: PUBLIC RECORDS REQUEST of February 23, 2021

Reference #:

#R000337-022321

Dear Ms. Murphy:

The City of Boston (City) has received your request for public records.  This response applies only to records that exist and are in the custody of the City.  See *A Guide to the Massachusetts Public Records Law*, p. 32, n.115.  It is expected that a custodian of records must use her superior knowledge of her records with respect to responses to public records requests.  950 CMR 32.04(5). Below, please find your specific requests and BPS's responses in blue.

1. *Copies of ALL electronic text messages, instant messages, and any other form of electronic communication sent and/or received, including any and all "group" messages sent and/or received by more than one of the following listed individuals, during the School Committee meeting scheduled for October 21, 2020, from the time the meeting started on 10/21/2020 until it was officially adjourned on Thursday, October 22, 2020, between and among each and all of the following: Superintendent Brenda Cassellius SC Chair Michael Loconto SC Members: Lorna Rivera Jeri Robinson Michael O'Neil Alexandra Oliver-Davila Hardin LK Coleman Quoc Tran.*

   Records responsive to request 1 may be found here.

2. *List of students who currently comprise the applicant pool for incoming school year 2021/2022 for the three exam schools (Boston Latin School, Boston Latin Academy, John D O'Bryant School), de-identified and sorted by GPA.*

There are no records responsive to request 2.

3. *All of the Grade Point Averages sorted by Zip Code of the students, de-identified, who currently comprise the applicant pool for incoming school year 2021/2022 for the three exam schools (Boston Latin School, Boston Latin Academy, John D O'Bryant School). Please provide the list by zip code. For example: Zip Code 02122: List all the GPA's of the de-identified students currently comprising the applicant pool who reside in Zip Code 02122. Zip Code 02126: List all the GPA's of the de-identified students currently comprising the applicant pool who reside in Zip Code 02126. And so on until every Zip Code in the City of Boston is included in the response, including Zip Codes for which there are no applicants in the pool and Zip Codes in which there are fewer than 10.*

There are no records responsive to request 3.

4. *Written transcript of the entire School Committee meeting held on October 21, 2020 which adjourned on Thursday, October 22, 2020.*

There are no records responsive to request 4.

5. *Written transcript of the entire School Committee meeting held on October 8, 2020.*

There are no records responsive to request 5.

***Conclusion***

You may appeal this response to the Supervisor of Records in the Office of the Secretary of the Commonwealth. G.L. c. 66, § 10A (c); G.L. c. 66, § 10(b)(ix); 950 CMR 32.08; 950 CMR 32.08(1)(h) (in petitioning the Supervisor, the requester shall provide a copy of such petition to the records access officer associated with such petition). You may also appeal to the Superior Court. 950 CMR 32.06(3)(c).

Sincerely,

*Catherine Lizotte*

Catherine Lizotte
Legal Advisor
(617) 635-9250

# EXHIBIT 25

7/14/2021    Boston Public Schools Mail - Boston Parent Coalition v. School Committee - Reference: Draft Agreed Statement of Facts - BPCAE v. Committee of the City of Boston, et al. (1:21-cv-1...

Case 1:21-cv-10330-WGY Document 137-2 Filed 08/09/21 Page 267 of 327



Lizotte, Catherine <clizotte@bostonpublicschools.org>

---

## Boston Parent Coalition for Academic Excellence Corp. v. The School Committee of the City of Boston, et al. (1:21-cv-10330-WGY)

---

**Stein, Callan G.** <Callan.Stein@troutman.com>              Wed, Mar 10, 2021 at 10:35 PM
To: Kay Hodge <KHodge@scmllp.com>, John Simon <JSimon@scmllp.com>, "lasampson418@gmail.com" <lasampson418@gmail.com>, "drachal@sidley.com" <drachal@sidley.com>, "ddomina@sidley.com" <ddomina@sidley.com>, "amilvae@gbls.org" <amilvae@gbls.org>, "bli@gbls.org" <bli@gbls.org>, "osellstrom@lawyerscom.org" <osellstrom@lawyerscom.org>, "Lizotte, Catherine" <clizotte@bostonpublicschools.org>
Cc: "Hurd, William H." <William.Hurd@troutman.com>, "Metcalfe, Mary Grace" <MaryGrace.Metcalfe@troutman.com>, "Carlson, Chris W." <Chris.Carlson@troutman.com>

Counsel:

Following up on my email below, I am attaching a Draft Agreed Statement of Facts for your review and consideration. As was the case with the index I shared on Saturday, this document represents our preliminary thoughts and will be subject to further additions. Nonetheless, given the forthcoming deadlines imposed by Judge Young, we felt it important to get you this working draft sooner rather than later.

As you know, Judge Young has directed the parties to work in good faith to submit an Agreed Statement of Facts by the close of business on Monday March 15. That deadline is now less than 5 days (and 3 business days) away. I recognize that all parties are working diligently to meet this deadline, but in order to ensure that we have sufficient time to work together in good faith and present Judge Young with the requested Agreed Statement of facts I request that Defendants provide reciprocal preliminary documents by the close of business tomorrow, Thursday March 11. That will give us time to review them, and will the Parties Friday and the weekend to continue to work on the submission to meet the Monday deadline.

If this request presents any problems, or if anyone would like to discuss any aspect of this matter further, Bill Hurd and/or I can make ourselves available for a call tomorrow.

Thank you.

## Callan G. Stein

**Partner**

**troutman** pepper

Direct: 617.204.5103 | Internal: 815-5103

callan.stein@troutman.com

[Quoted text hidden]
[Quoted text hidden]

---

 **Agreed Statement of Facts (DRAFT 3-10-21).DOCX**
132K

# EXHIBIT 26

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| **BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP.,** | |
| **Plaintiff,** | |
| **v.** | Civil Action No. 1:21-cv-10330-WGY |
| **THE SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEILL, HARDIN COLEMAN, LORNA RIVERA, JERI ROBINSON, QUOC TRAN, ERNANI DeARAUJO, and BRENDA CASSELLIUS,** | |
| **Defendants.** | |

## JOINT AGREED STATEMENT OF FACTS

The parties, by their undersigned counsel, hereby stipulate and agree to the facts set forth herein and to the authenticity of the documents attached hereto.

### AGREED FACTS

**Boston School Committee**

1. The School Committee of the City of Boston ("Boston School Committee") is the governing body of Boston Public Schools, including the Boston Latin Academy, the Boston Latin School, and the John D. O'Bryant School of Mathematics and Science (collectively the "Boston Exam Schools").

2. The Boston School Committee is composed of seven persons appointed by the Mayor of Boston.

3. The Boston School Committee held meetings on the following dates:

- July 22, 2020 (a true and accurate copy of the Minutes from this meeting are attached as Document 1);

- August 5, 2020 (a true and accurate copy of the Minutes from this meeting are attached as Document 2);

- September 30, 2020 (a true and accurate copy of the Minutes from this meeting are attached as Document 3);

- October 8, 2020 (a true and accurate copy of the Minutes from this meeting are attached as Document 4 and the relevant transcript of this meeting is attached as Document 7);

- October 21, 2020 (a true and accurate copy of the Minutes from this meeting are attached as Document 8 and the relevant transcript of this meeting is attached as Document 11).

4.  During these meetings, the Boston School Committee was comprised of Chairperson Michael Loconto, Vice-Chairperson Alexandra Oliver-Davila, and voting members Michael D'Oneill, Dr. Hardin Coleman, Dr. Lorna Rivera, Jeri Robinson, and Quoc Tran. Khymani James, who served as the non-voting School Committee Student Member, resigned in March 2021. Except as otherwise noted in this Joint Statement, the membership of the Boston School Committee is currently the same as it was during these meetings.

5.  On October 22, 2020, Chairperson Michael Loconto issued an apology and resigned based upon statements he made during the October 21, 2020, meeting. Thereafter, the Mayor of Boston appointed Ernani DeAraujo as a Boston School Committee

2

member. Alexandra Oliver-Davila assumed the position of Chairperson and Michael D'Oneill assumed the position of Vice-Chairperson.

6. Dr. Brenda Cassellius serves as the Superintendent of the Boston School Committee ("Superintendent").   In this role, the Superintendent has the responsibility for implementing policies approved by the Boston School Committee.

**Background on Boston Exam Schools**

7. Among the schools operated by the Boston Public Schools are the Boston Exam Schools, which serve 7th to 12th grade students residing in Boston, Massachusetts.

8. Boston Latin School ("BLS") was founded in 1635 and is the oldest school currently operating in America.  Rachel Skeritt currently serves as the Headmaster of BLS.

9. The John D. O'Bryant School of Mathematics and Science ("O'B") was founded in 1893 and specializes in science, technology, engineering, and mathematics. Tanya Freeman-Wisdom currently serves as the Headmaster of O'B.

10. Boston Latin Academy ("BLA") was founded in 1878.  Jerry Howland currently serves as the interim Head of School.

11. The Boston Exam Schools are ranked as the top Boston Public High Schools in the 2020 *U.S. News & World Report* rankings.  Specifically, BLS is ranked first, O'B is ranked second, and BLA is ranked third.

**Recent Admission Processes for Boston Exam Schools**

12. Boston residents who are in 6th and 8th  grades at the time of application may seek admission to the Boston Exam Schools for the classes entering in the fall of the next academic year.[1]  The majority of seats are allocated to 6th grade applicants seeking

---

[1]     O'B allocates a small number of seats for 9th grade students to seek admission for the 10th grade.

to be enrolled in the Boston Exam Schools for the classes entering the 7th grade in the fall of the next academic year (a true and accurate copy of the Boston Public Schools website discussing the "Exam Schools" admissions process is attached as Document 14).

13. During the Boston Exam Schools application process, an applicant has the option of applying to one or more of the Boston Exam Schools, and if an applicant applies to more than one, the applicant ranks the Boston Exam Schools by order of preference (Document 14).

14. For at least the past 20 years, admission to the Boston Exam Schools has been based on the applicant's grades in English and Math (spring of prior academic year and fall of application year) and performance on a standardized test. Specifically, the Boston Public Schools averaged a student's grades and assigned a point value to that average. The student's performance on the English and math portions of the standardized test was combined with the student's average grades to establish a composite score. Students were then ranked in order of composite score against other applicants citywide to determine whether they would be offered admission to the Boston Exam Schools, and if so which school, according to the applicants' stated preference, and whether seats still remain at that school. This admission process is fully and accurately summarized in a Memorandum from the Working Group to the Superintendent, dated October 5, 2020 (a true and accurate copy of that Memorandum is attached as Document 6).

15.    For the 2020-2021 school year, the race/ethnicity of students offered admission to the Boston Exam Schools were as follows: (i) White – 39%; (ii) Asian – 21%; (iii) Latino – 21%; (iv) Black – 14%; and (v) Mixed Race – 5%.  (Document 5)

**16.**    For the 2020-2021 school year, a total of 1025 invitations for the Boston Exam Schools were offered to applicants for the fall of 2021.  There were 484 invitations to BLS, 336 invitations to BLA, and 205 invitations to O'B  (Document 10).

## Racial Demographics of Boston

17.    Per the ACS Demographic Housing Estimates from the United States Census Bureau (2019), the demographics of Boston are as follows:

- White alone: 44.9%

- Black alone: 22.2%

- Hispanic or Latino: 19.7%

- Asian Alone: 9.6%

- Two or more races:[2] 2.6%

(True and correct copies of the ACS Demographic and Housing Estimates from the United States Census Bureau for each of the zip codes at issue here, as well as for Boston as a whole, are attached as Document 24.)

## Background on Changes to Boston Exam Schools Admissions Criteria

18.    The Boston Public Schools' Office of Data and Accountability prepared a document titled "Analysis of Possible Admissions Criteria Changes," that discussed several analyses it had completed in the Summer of 2019 to determine how potential changes to the Exam School admissions criteria would affect diversity at the Boston

---

[2]        Not Hispanic or Latino.

114100231v1

Exam Schools (a true and accurate copy of this document is attached as Document 18).

19.   In the Fall 2019, the Boston Public Schools began planning to conduct a process to identify a new exam to be administered to applicants seeking admission to the Boston Exam Schools for the 2021-2022 school year.   The Superintendent established an RFP Review Committee to evaluate proposals.[3]

20.   On July 2, 2020, following the RFP Review Committee's review and recommendation, the Superintendent announced a plan to use of the Measures of Academic Progress (MAP) Growth assessment to administer to applicants seeking admission to the Boston Exam Schools for the 2021-2022 school year.

21.   The full discussion of this plan is reflected in the meeting Minutes from the July 22, 2020, Boston School Committee meeting (Document 1).

22.   On July 22, 2020, Superintendent Dr. Brenda Cassellius of the Boston School Committee announced that she would convene an Exam School Admissions Working Group ("Working Group") to make recommendations on Boston Exam School admissions for the 2020-2021 school year based upon issues arising from the current COVID-19 pandemic (Documents 1 and 12).

23.   The Working Group was "charged with developing and submitting a recommendation to the Superintendent on revised exam school admissions criteria for the school year starting in September 2021" (Document 12).

24.   The Working Group participated in weekly meetings from August 2 to September 7, 2020.   The Working Group participated in meetings twice a week from September 8

---

[3]      "RFP" is a familiar term in government procurement and means "request for proposal."

to September 29, 2020 (Document 5).  During these Working Group meetings, the following documents were presented and/or considered:

- Analysis of Possible Admissions Criteria Changes (a true and accurate copy of which is attached as Document 18);

- Zip Code Simulations (a true and accurate copy of which is attached as Document 19);

- Untitled Simulations Overview (a true and accurate copy of which is attached as Document 20);

- Simulations: SY20-21 Invitations Using GPA + Zip Code (a true and accurate copy of which is attached as Document 21);

- Simulations: SY20-1 Invitations Using Zip Code (a true and accurate copy of which is attached as Document 22); and

- Zip Code Simulations (a true and accurate copy of which is attached as Document 23).

25. The meetings of the Working Group were not open to the public.

26. The Working Group did not hold any public hearings.

27. The Working Group submitted its recommendation to the Superintendent on September 29, 2020.

28. During a Boston School Committee meeting on October 8, 2020, the Superintendent and Working Group jointly presented their recommended admissions plan for applicants to the Boston Exam Schools for the classes entering in the fall of 2021 ("2021 Admission Plan").  Their presentation included a PowerPoint presentation  (a true and accurate copy of which is attached as Document 5).

7

29. During a Boston School Committee meeting on October 21, 2020, the Boston School Committee approved the 2021 Admission Plan. Before the vote, there was a presentation by the Superintendent and Working Group, which included a PowerPoint (a true and accurate copy of which is attached as Document 9).

## The 2021 Admission Plan for 6ᵗʰ Grade Applicants

30. As approved by the Boston School Committee, the 2021 Admission Plan changes the Boston Exam School admission process for applicants seeking admission for the fall of 2021.

31. The 2021 Admission Plan removes the admission test requirement. In recommending this action, the Superintendent and Working Group cited the difficulties in administering the test amid the then-current state of the COVID-19 pandemic.

32. Instead, to be an eligible applicant for the Boston Exam Schools for the 7th grade ("Eligible Applicant"), for classes entering in the fall of 2021, the following requirements must be met ("Eligibility Requirements"):

- Reside in one of Boston's 29 Zip Codes ("Residency Requirement");

- Hold a minimum B average in English and Math during the fall and winter of the 5th grade or have received a "Meets Expectations" or "Exceeds Expectations" score on the Massachusetts Comprehensive Assessment System (MCAS) exams for English and Math (collectively, "Grade Requirement"); and

- Provide verification from the school district (or equivalent) that the student is performing at grade level based on the Massachusetts Curriculum standards.

33. The MCAS is administered to students attending Boston Public Schools in the 4th grade.  It is not administered to students who reside in Boston but attend schools other than Boston Public Schools (*i.e.,* parochial schools, private schools, METCO program schools, certain charter schools or home-school etc.).

34. The application process for the Boston Exam Schools officially opened on November 15, 2020, and officially closed on January 15, 2021 (Document 15).

35. The Boston Public Schools have the necessary information to determine whether a Boston Public School student meets the Eligibility Requirements, and the Boston Public Schools automatically informed these students if they were eligible.  Then, the eligible students were required to submit their list of the Boston Exam Schools they were willing to attend by order of preference on or before January 15, 2021 (Document 15).

36. Students attending non-Boston Public Schools (*i.e.,* parochial schools, private schools, METCO program schools, certain charter schools or home-school etc.) were required to verify their residency, submit a waiver for their grades, and submit their Boston Exam School preferences on or before January 15, 2021 (Document 15).

37. The full details of the 2021 Admission Plan are set out in a PowerPoint presentation prepared by the Boston School Committee and titled "2020-2021 BPA Exam Schools Admissions Process" (a true and accurate copy of which is attached as Document 15).

**Selection Process**

38. The "2020-2021 BPA Exam Schools Admissions Process" presentation (Document 15) fully and accurately describes the selection process under the 2021 Admission Plan.

39. First, 20% of seats in each Exam School will be filled through a citywide competition using only the student's grade point average ("GPA"). Students will only be considered for the school that they ranked as their top choice. If a student does not secure a seat in this process, he/she will be a part of the second process. (Document 15)

40. Eligible Applicants that were not selected through the citywide competition move to the second round where Eligible Applicants are placed into applicant pools based on the Zip Code of their residence, and then ranked by GPA only (Document 15).

41. For this remaining 80% of seats (*i.e.,* those not filled in the first round described above), each Zip Code is allocated a number of Boston Exam School seats based on the proportion of school-aged children that reside in that Zip Code (Document 15).

42. The number of seats allocated to each zip code under the 2021 Admissions Plan is calculated by multiplying the percentage of school age children in a zip code times 820 (the number of seats set aside for allocation under the 80% portion of the 2021 Admissions Plan), rounded to the nearest whole number, with each zip code having at least one seat (a true and accurate copy of the Boston Public Schools website discussing the "Exam Schools Admissions Criteria Working Group Simulations Overview" is attached as Document 16).

43. Within each Zip Code, the highest-ranked Eligible Applicants will be selected to fill the seats allocated to that Zip Code.  If a student's first choice seat is not available

when it is his/her turn to be assigned, then the student will be assigned to his/her second or third-choice seat.  (Document 15)

**Impact of the 2021 Admission Plan**

44. At the Boston School Committee meeting held on October 8, 2020, the Boston School Committee considered how the admission plan proposed by the Working Group and Superintendent (later adopted as the 2021 Admission Plan) would impact the racial/ethnic composition of the classes entering in the fall of 2021. A true and accurate transcript of this meeting is attached as Document 7.  A true and accurate copy of a presentation made at this meeting titled "Recommendations of Exam Schools Admission Criteria for School Year 2021-2022" is attached as Document 5. The Boston Public Schools posted a document titled "Admissions Recommendation" on that portion of its website related to the October 8, 2020, meeting (a true and accurate copy of this document is attached as Document 6).

45. At the Boston School Committee meeting held on October 21, 2020, the Boston School Committee again considered how the admission plan proposed by the Working Group and Superintendent (adopted during that meeting as the 2021 Admission Plan) would impact the racial/ethnic composition of the classes entering in the fall of 2021.  A true and accurate transcript of this meeting is attached as Document 11.  A true and accurate copy of a presentation made at this meeting titled "Recommendations of Exam Schools Admission Criteria for School Year 2021-2022" is attached as Document 9.  The Boston Public Schools posted a document titled "Questions from Michael D'Oneill" on that portion of its website

related to the October 21, 2020, meeting (a true and accurate copy of that document is attached as Document 10).

46.    On January 13, 2021, the Superintendent issued the publication titled "Additional Background Information and Data Reviewed by the Boston Public Schools Exam Schools Admissions Criteria Working Group" which included a chart showing the projected shifts in the number of students offered admission from each Zip Code for the classes entering in the fall of 2021 under the 2021 Admissions Plan, compared to the classes that entered in the fall of 2020 (a true and accurate copy of the publication is attached as Document 13).   A true and accurate copy of the chart is below:



| Zip Code | Neighborhood | % of School-Aged Children | SY20-21 Actual | | Seats under Simulations |
| | | | # Applicants | # Invitations | Average # Invitations |
|---|---|---|---|---|---|
| 02108 | Beacon Hill | 0.3% | <6 | <6 | 4.0 |
| 02109 | Downtown | 0.1% | 8 | 7 | 5.7 |
| 02110 | Downtown | 0.3% | 7 | 7 | 2.7 |
| 02111 | Chinatown | 0.8% | 43 | 24 | 10.0 |
| 02113 | North End | 0.3% | 7 | 7 | 7.7 |
| 02114 | Beacon Hill/West End | 0.7% | 22 | 19 | 13.0 |
| 02115 | Fenway | 1.4% | 33 | 15 | 15.3 |
| 02116 | Back Bay | 1.3% | 44 | 27 | 19.7 |
| 02199 | Back Bay | 0.1% | <6 | <6 | 0.3 |
| 02118 | South End | 3.3% | 105 | 36 | 32.0 |
| 02119 | Roxbury | 6.1% | 136 | 27 | 56.0 |
| 02120 | Roxbury | 1.5% | 46 | 17 | 15.3 |
| 02121 | Roxbury | 8.2% | 218 | 27 | 78.0 |
| 02122 | Dorchester | 4.6% | 186 | 62 | 53.7 |
| 02124 | Dorchester | 12.4% | 335 | 84 | 123.0 |
| 02125 | Dorchester | 6.3% | 174 | 47 | 66.0 |
| 02126 | Mattapan | 6.3% | 131 | 20 | 58.0 |
| 02127 | South Boston | 4.2% | 108 | 35 | 42.3 |
| 02128 | East Boston | 9.0% | 252 | 57 | 80.7 |
| 02129 | Charlestown | 3.0% | 107 | 56 | 39.0 |
| 02130 | Jamaica Plain | 5.1% | 120 | 77 | 61.0 |
| 02131 | Roslindale | 6.5% | 180 | 94 | 69.7 |
| 02132 | West Roxbury | 4.8% | 190 | 133 | 76.0 |
| 02134 | Allston | 1.2% | 36 | 17 | 13.0 |
| 02163 | Allston | 0.1% | <6 | <6 | 0.0 |
| 02135 | Brighton | 3.7% | 97 | 52 | 35.7 |
| 02136 | Hyde Park | 7.8% | 214 | 68 | 80.3 |
| 02210 | Seaport | 0.1% | <6 | <6 | 2.7 |
| 02215 | Fenway/Kenmore | 0.4% | 14 | 8 | 4.7 |

12

**Statements Made by Boston School Committee Members**

47.   True and accurate transcripts of the October 8 and October 21, 2020, Boston School Committee meetings are attached as Documents 7 and 11, respectively.

48.   During the October 21 meeting, Boston School Committee Member, Chairperson Michael Loconto mocked the names of Asian members of the community who had come to the meeting to comment on the 2021 Admission Plan.

**Boston Parent Coalition for Academic Excellence Corp.**

49.   Plaintiff, Boston Parent Coalition for Academic Excellence Corp., is a not-for-profit organization established under the laws of Massachusetts. As stated in its Article of Organization, the purposes of the Boston Parents include "promot[ing] merit-based admissions to Boston Exam Schools (including Boston Latin School, Boston Latin Academy and O'Bryant School of Science and Math) and [promoting] diversity in Boston high schools by enhancing K-6 education across all schools in Boston."

50.   Membership in the Boston Parents is open to students, alumni, applicants and future applicants to the Boston Exam Schools, as well as to members of their respective families, who are in agreement with the purposes and objectives of the Boston Parents and meet such other criteria as may be set by the organization's by-laws and board of directors.

51.   The Boston Parents have brought this action on behalf of their members whose children are students applying for one or more of the Boston Exam Schools for the classes entering in the fall of 2021.

52.   These students and parents include, but are not limited to, several students and parents who are Asian or White and reside in one of the zip codes adversely affected

13

by the 2021 Admission Plan, where the student has applied for admission to one or more of the Boston Exam Schools for the class entering the 7th grade in the fall of 2021 and has been found by the Boston Public Schools to be an Eligible Applicant, and whose application is supported by the parent.

**DOCUMENTS STIPULATED AS TO AUTHENTICITY**

[We contemplate inserting and attaching the full list of documents provided on March 6, 2021]

Dated: March _____, 2021

Respectfully submitted,

Kay H. Hodge (BBO # 236560)
khodge@scmllp.com
John M. Simon (BBO #645557)
jsimon@scmllp.com
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
Telephone: (617) 542-6789

Catherine A. Lizotte (BBO #666468)
catherine.lizotte@cityofboston.gov
Legal Advisor
Boston Public Schools
2300 Washington Street
Boston, MA 02119
Telephone: (617) 635-9250

Callan G. Stein (BBO # 670569)
TROUTMAN PEPPER HAMILTON SANDERS LLP
125 High Street
Boston, MA 02110
Telephone: (617) 204-5100
callan.stein@troutman.com

William H. Hurd (Va. Bar # 16967)
Christopher W. Carlson, Jr. (Va. Bar # 93043)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1490
william.hurd@troutman.com
chris.carlson@troutman.com
ADMITTED PRO HAC VICE

114100231v1

*Counsel for Defendants*

Mary Grace W. Metcalfe (N.Y. Bar #5377932)
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
marygrace.metcalfe@troutman.com
ADMITTED PRO HAC VICE

*Counsel for Plaintiff*

Doreen M. Rachal (BBO# 667837)
SIDLEY AUSTIN LLP
60 State Street, 36th floor
Boston, Massachusetts 02109
Telephone: (617) 223-0300
drachal@sidley.com

Lauren Sampson (BBO #704319)
Janelle Dempsey (BBO #699379)
Oren Sellstrom (BBO #569045)
Lawyers for Civil Rights
61 Batterymarch Street, Fifth Floor
Boston, MA 02110
lsampson@lawyersforcivilrights.org
Telephone: (617) 988-0609

Bethany Li (BBO #673383)
Alex Milvae (BBO #705668)
Jodie Ng, Law Student Intern
Greater Boston Legal Services
197 Friend Street
Boston, MA 02114
bli@gbls.org
Telephone: (617) 603-1532

*Counsel for the Boston Branch of the NAACP,
Greater Boston Latino Network, Asian Pacific
Islander Civic Action Network, Asian
American Resource Workshop, Maireny
Pimentel, and H.D.*

15

16

# EXHIBIT 27

7/14/2021     Boston Public Schools Mail - FW: Boston Parent Coalition for Academic Excellence Corp v. The School Committee of the City of Boston

Case 1:21-cv-10330-WGY Document 137-2 Filed 08/09/21 Page 286 of 327



**Lizotte, Catherine <clizotte@bostonpublicschools.org>**

---

## FW: Boston Parent Coalition for Academic Excellence Corp v. The School Committee of the City of Boston

**Kay Hodge** <KHodge@scmllp.com>                                    Sat, Mar 13, 2021 at 8:52 AM
To: Catherine Lizotte <clizotte@bostonpublicschools.org>
Cc: John Simon <JSimon@scmllp.com>

FYI.  I have not reviewed yet, but want to discuss.  Thanks, Kay


Kay H. Hodge, Esquire

Stoneman, Chandler & Miller LLP

99 High Street

Boston, MA 02110

(617) 542-6789 (work)

(617) 686-8858 (cell)

(617) 340-8587 (fax)

khodge@scmllp.com


This communication is intended only for the addressee(s) and may contain information that is privileged and confidential. If you received this communication in error, please notify us immediately by a reply e-mail addressed to the sender and permanently delete the original e-mail communication and any attachments from all storage devices without making or otherwise retaining a copy.

---

**From:** Stein, Callan G. <Callan.Stein@Troutman.com>
**Sent:** Friday, March 12, 2021 9:42 PM
**To:** Kay Hodge <KHodge@SCMLLP.COM>; John Simon <JSimon@SCMLLP.COM>
**Cc:** Hurd, William H. <William.Hurd@Troutman.com>; Metcalfe, Mary Grace <MaryGrace.Metcalfe@Troutman.com>; Carlson, Chris W. <Chris.Carlson@Troutman.com>
**Subject:** RE: Boston Parent Coalition for Academic Excellence Corp v. The School Committee of the City of Boston


Kay and John:


Further to my email below, I am attaching here: (1) the Proposed Statement of Fact with some colored highlighting (which is explained in the document) that we think will help guide our discussion tomorrow; and, (2) three additional documents— cited in the attached Proposed Statement—that we proposed including in the Statement.


Again, the purpose of sending these documents is to help tee up our conversation tomorrow. Please let us know ASAP if you are able to make a 2pm call.

Thanks, and have a nice evening.

Best, Cal

## Callan G. Stein

**Partner**

**troutman** pepper

Direct: 617.204.5103 | Internal: 815-5103

callan.stein@troutman.com

---

**From:** Stein, Callan G.
**Sent:** Friday, March 12, 2021 8:41 PM
**To:** Kay Hodge <KHodge@SCMLLP.COM>; John Simon <JSimon@SCMLLP.COM>
**Cc:** Hurd, William H. <William.Hurd@Troutman.com>; Metcalfe, Mary Grace <MaryGrace.Metcalfe@Troutman.com>; Carlson, Chris W. <Chris.Carlson@Troutman.com>
**Subject:** Boston Parent Coalition for Academic Excellence Corp v. The School Committee of the City of Boston

Kay and John:

Per our discussion earlier, are you both available for a call tomorrow (Saturday) at 2pm to hopefully agree on a statement of facts? We are working on, and will circulate later tonight, a document that will help identify the areas of agreement/disagreement and should help serve as a basis for the our call tomorrow.

Please let us know ASAP if 2pm works for you tomorrow.

## Callan G. Stein

**Partner**

Direct: 617.204.5103 | Internal: 815-5103

callan.stein@troutman.com

———————————————

**troutman** pepper

19th Floor, High Street Tower, 125 High Street

Boston, MA 02110-2736

troutman.com

———————————————

A HIGHER COMMITMENT TO CLIENT CARE

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.

This email has been scanned for spam & viruses. If you believe this email should have been stopped by our filters, click here to report it.

**4 attachments**


**Doc. 26.pdf**
88K


**Doc. 27.pdf**
58K


**Doc. 25..pdf**
2716K


**2021.03.12.  Proposed Statement of facts (with highlighting).DOCX**
134K

# EXHIBIT 28

<u>Transcription of October 21, 2020 Text Messages</u>

**Boston School Committee Vice-Chairperson Alexandra Oliver-Davila (AOD)**

**Boston School Committee Member Lorna Rivera (LR)**

**AOD**    What did I just miss? Was that ML saying Shannana and booboo??? My ADD is killing me here!

**LR**    I think he was making fun of the Chinese names! Hot mic!!!

**AOD**    That's what I thought. Omfg he's gonna get killed someone is going to go back and capture that

**LR**    I almost laughed out loud. Getting giddy here!
Someone already captured Brenda on cell in twitter (?)!

**AOD**    I've been getting some funny tweets tonight it's hard not to smile or laugh.
Yikes.

**LR**    Dios mia!!

**AOD**    No comment

**LR**    People tweeting about loconto hot mic!!
Anissa said WTF!

**AOD**    Oh no! It's gonna be ugly

**LR**    Someone texted me Loconto should resign, but I don't have them in my contacts

**AOD**    Oh boy How/where do I look on Twitter - sorry I'm old I'm not good at twitter

**LR**    Send me your handle and I will forward some
Or look up Anissa tweets

**AOD**    Alexoliver 33

Do we acknowledge the apology? What do we do??

**LR**    Did you see some of the tweets? I feel bad for loconto. Is he going to resign??

**AOD**    I feel bad too because he really was the person who pushed this forward with the Mayor
Idk if he will do it or not

**AOD**    I am not going to interrupt (?) him! Let him have his time. He *needs* it.

**LR**    Trying to redeem himself - [winking emoji]
Good night!

**AOD**    Good night.

**LR**    Good morning, actually!

# EXHIBIT 29

<u>Transcription of October 21, 2020 Text Messages</u>

**Boston School Committee Vice-Chairperson Alexandra Oliver-Davila (AOD)**

**Boston Public Schools Superintendent Brenda Cassellius (BC)**

**AOD**   Best meeting ever. Trying not to cry. What a great letter.

**BC**   Yup. I asked him to write it and I asked Tanisha to read it. Powerful.

**AOD**   Great idea!

# EXHIBIT 30

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

| | |
|---|---|
| **BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**THE SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEILL, HARDIN COLEMAN, LORNA RIVERA, JERI ROBINSON, QUOC TRAN, ERNANI DeARAUJO, and BRENDA CASSELLIUS,**<br><br>    **Defendants.** | **Civil Action No. 1:21-cv-10330-WGY** |

**JOINT AGREED STATEMENT OF FACTS**

The parties, by their undersigned counsel, hereby stipulate and agree to the facts set forth herein and to the authenticity of the documents attached hereto.

**Note: the statements highlighted in grey are adequately covered by the Defendants' proposal.  Those in yellow seem indisputable but were omitted from Defendants' statement.  The white (unmarked) require further review, and possibly discussion**.

**AGREED FACTS**

**Boston School Committee**

1.    The School Committee of the City of Boston ("Boston School Committee") is the governing body of Boston Public Schools, including the Boston Latin Academy, the Boston Latin School, and the John D. O'Bryant School of Mathematics and Science (collectively the "Boston Exam Schools").

2.     The Boston School Committee is composed of seven persons appointed by the Mayor of Boston.

3.     The Boston School Committee held meetings on the following dates:

- July 22, 2020 (a true and accurate copy of the Minutes from this meeting are attached as Document 1);

- August 5, 2020 (a true and accurate copy of the Minutes from this meeting are attached as Document 2);

- September 30, 2020 (a true and accurate copy of the Minutes from this meeting are attached as Document 3);

- October 8, 2020 (a true and accurate copy of the Minutes from this meeting are attached as Document 4 and the relevant transcript of this meeting is attached as Document 7);

- October 21, 2020 (a true and accurate copy of the Minutes from this meeting are attached as Document 8 and the relevant transcript of this meeting is attached as Document 11).

4.     During these meetings, the Boston School Committee was comprised of Chairperson Michael Loconto, Vice-Chairperson Alexandra Oliver-Davila, and voting members Michael D'Oneill, Dr. Hardin Coleman, Dr. Lorna Rivera, Jeri Robinson, and Quoc Tran.  Khymani James, who served as the non-voting School Committee Student Member, resigned in March 2021.  Except as otherwise noted in this Joint Statement, the membership of the Boston School Committee is currently the same as it was during these meetings.

2

5.   On October 22, 2020, Chairperson Michael Loconto issued an apology and resigned based upon statements he made during the October 21, 2020, meeting.  Thereafter, the Mayor of Boston appointed Ernani DeAraujo as a Boston School Committee member. Alexandra Oliver-Davila assumed the position of Chairperson and Michael D'Oneill assumed the position of Vice-Chairperson.

**6.**   Dr. Brenda Cassellius serves as the Superintendent of the Boston School Committee ("Superintendent").   In this role, the Superintendent has the responsibility for implementing policies approved by the Boston School Committee.

### Background on Boston Exam Schools

7.   Among the schools operated by the Boston Public Schools are the Boston Exam Schools, which serve 7th to 12th grade students residing in Boston, Massachusetts.

8.   Boston Latin School ("BLS") was founded in 1635 and is the oldest school currently operating in America.  Rachel Skeritt currently serves as the Headmaster of BLS.

9.   The John D. O'Bryant School of Mathematics and Science ("O'B") was founded in 1893 and specializes in science, technology, engineering, and mathematics. Tanya Freeman-Wisdom currently serves as the Headmaster of O'B.

10.   Boston Latin Academy ("BLA") was founded in 1878.  Jerry Howland currently serves as the interim Head of School.

11.   The Boston Exam Schools are ranked as the top Boston Public High Schools in the 2020 *U.S. News & World Report* rankings.  Specifically, BLS is ranked first, O'B is ranked second, and BLA is ranked third.

### Recent Admission Processes for Boston Exam Schools

114191457v1

12.     Boston residents who are in 6th and 8th grades at the time of application may seek admission to the Boston Exam Schools for the classes entering in the fall of the next academic year.[1]   The majority of seats are allocated to 6th grade applicants seeking to be enrolled in the Boston Exam Schools for the classes entering the 7th grade in the fall of the next academic year (a true and accurate copy of the Boston Public Schools website discussing the "Exam Schools" admissions process is attached as Document 14).

13.     During the Boston Exam Schools application process, an applicant has the option of applying to one or more of the Boston Exam Schools, and if an applicant applies to more than one, the applicant ranks the Boston Exam Schools by order of preference (Document 14).

14.     For at least the past 20 years, admission to the Boston Exam Schools has been based on the applicant's grades in English and Math (spring of prior academic year and fall of application year) and performance on a standardized test.  Specifically, the Boston Public Schools averaged a student's grades and assigned a point value to that average.   The student's performance on the English and math portions of the standardized test was combined with the student's average grades to establish a composite score.  Students were then ranked in order of composite score against other applicants citywide to determine whether they would be offered admission to the Boston Exam Schools, and if so which school, according to the applicants' stated preference, and whether seats still remain at that school.  This admission process is fully and accurately summarized in a Memorandum from the Working Group to the

---

[1]        O'B allocates a small number of seats for 9th grade students to seek admission for the 10th grade.

4

Superintendent, dated October 5, 2020 (a true and accurate copy of that Memorandum is attached as Document 6).

15. For the 2020-2021 school year, the race/ethnicity of students offered admission to the Boston Exam Schools were as follows: (i) White – 39%; (ii) Asian – 21%; (iii) Latino – 21%; (iv) Black – 14%; and (v) Mixed Race – 5%.  (Document 5)

16. For the 2020-2021 school year, a total of 1025 invitations for the Boston Exam Schools were offered to applicants for the fall of 2021.  There were 484 invitations to BLS, 336 invitations to BLA, and 205 invitations to O'B  (Document 10).

**Racial Demographics of Boston**

17. Per the ACS Demographic Housing Estimates from the United States Census Bureau (2019), the demographics of Boston are as follows:

- White alone: 44.9%

- Black alone: 22.2%

- Hispanic or Latino: 19.7%

- Asian Alone: 9.6%

- Two or more races:[2] 2.6%

(True and correct copies of the ACS Demographic and Housing Estimates from the United States Census Bureau for each of the zip codes at issue here, as well as for Boston as a whole, are attached as Document 24; discussions of demographics within the Boston Public Schools are contained in the District Review Report attached as Document 25.)

**Background on Changes to Boston Exam Schools Admissions Criteria**

---

[2]         Not Hispanic or Latino.

114191457v1

18. The Boston Public Schools' Office of Data and Accountability prepared a document titled "Analysis of Possible Admissions Criteria Changes," that discussed several analyses it had completed in the Summer of 2019 to determine how potential changes to the Exam School admissions criteria would affect diversity at the Boston Exam Schools (a true and accurate copy of this document is attached as Document 18).

19. In the Fall 2019, the Boston Public Schools began planning to conduct a process to identify a new exam to be administered to applicants seeking admission to the Boston Exam Schools for the 2021-2022 school year.   The Superintendent established an RFP Review Committee to evaluate proposals.[3]

20. On July 2, 2020, following the RFP Review Committee's review and recommendation, the Superintendent announced a plan to use of the Measures of Academic Progress (MAP) Growth assessment to administer to applicants seeking admission to the Boston Exam Schools for the 2021-2022 school year.

21. The full discussion of this plan is reflected in the meeting Minutes from the July 22, 2020, Boston School Committee meeting (Document 1).

22. On July 22, 2020, Superintendent Dr. Brenda Cassellius of the Boston School Committee announced that she would convene an Exam School Admissions Working Group ("Working Group") to make recommendations on Boston Exam School admissions for the 2020-2021 school year based upon issues arising from the current COVID-19 pandemic (Documents 1 and 12).

---

[3]   "RFP" is a familiar term in government procurement and means "request for proposal."

114191457v1

23.   The Working Group was "charged with developing and submitting a recommendation to the Superintendent on revised exam school admissions criteria for the school year starting in September 2021" (Document 12).

24.   The Working Group participated in weekly meetings from August 2 to September 7, 2020.  The Working Group participated in meetings twice a week from September 8 to September 29, 2020 (Document 5).   During these Working Group meetings, the following documents were presented and/or considered:

- Analysis of Possible Admissions Criteria Changes (a true and accurate copy of which is attached as Document 18);

- Zip Code Simulations (a true and accurate copy of which is attached as Document 19);

- Untitled Simulations Overview (a true and accurate copy of which is attached as Document 20);

- Simulations: SY20-21 Invitations Using GPA + Zip Code (a true and accurate copy of which is attached as Document 21);

- Simulations: SY20-1 Invitations Using Zip Code (a true and accurate copy of which is attached as Document 22); and

- Zip Code Simulations (a true and accurate copy of which is attached as Document 23).

25.   The meetings of the Working Group were not open to the public.

26.   The Working Group did not hold any public hearings.

27.   The Working Group submitted its recommendation to the Superintendent on September 29, 2020.

7

28.  During a Boston School Committee meeting on October 8, 2020, the Superintendent and Working Group jointly presented their recommended admissions plan for applicants to the Boston Exam Schools for the classes entering in the fall of 2021 ("2021 Admission Plan").  Their presentation included a PowerPoint presentation (a true and accurate copy of which is attached as Document 5).

29.  During a Boston School Committee meeting on October 21, 2020, the Boston School Committee approved the 2021 Admission Plan.  Before the vote, there was a presentation by the Superintendent and Working Group, which included a PowerPoint (a true and accurate copy of which is attached as Document 9).

**The 2021 Admission Plan for 6ᵗʰ Grade Applicants**

Note: All of this section is drawn from the documents, but it would help the judge to have an agreed overview.

30.  As approved by the Boston School Committee, the 2021 Admission Plan changes the Boston Exam School admission process for applicants seeking admission for the fall of 2021.

31.  The 2021 Admission Plan removes the admission test requirement.  In recommending this action, the Superintendent and Working Group cited the difficulties in administering the test amid the then-current state of the COVID-19 pandemic.

32.  Instead, to be an eligible applicant for the Boston Exam Schools for the 7th grade ("Eligible Applicant"), for classes entering in the fall of 2021, the following requirements must be met ("Eligibility Requirements"):

- Reside in one of Boston's 29 Zip Codes ("Residency Requirement");

- Hold a minimum B average in English and Math during the fall and winter of the 5th grade <u>or</u> have received a "Meets Expectations" or "Exceeds Expectations" score on the Massachusetts Comprehensive Assessment System (MCAS) exams for English and Math (collectively, "Grade Requirement"); and

- Provide verification from the school district (or equivalent) that the student is performing at grade level based on the Massachusetts Curriculum standards.

33.   The MCAS is administered to students attending Boston Public Schools in the 4th grade.  It is not administered to students who reside in Boston but attend schools other than Boston Public Schools (*i.e.,* parochial schools, private schools, METCO program schools, certain charter schools or home-school etc.).

34.   The application process for the Boston Exam Schools officially opened on November 15, 2020, and officially closed on January 15, 2021 (Document 15).

35.   The Boston Public Schools have the necessary information to determine whether a Boston Public School student meets the Eligibility Requirements, and the Boston Public Schools automatically informed these students if they were eligible.  Then, the eligible students were required to submit their list of the Boston Exam Schools they were willing to attend by order of preference on or before January 15, 2021 (Document 15).

36.   Students attending non-Boston Public Schools (*i.e.,* parochial schools, private schools, METCO program schools, certain charter schools or home-school etc.) were required to verify their residency, submit a waiver for their grades, and submit their Boston Exam School preferences on or before January 15, 2021 (Document 15).

37.     The full details of the 2021 Admission Plan are set out in a PowerPoint presentation prepared by the Boston School Committee and titled "2020-2021 BPA Exam Schools Admissions Process" (a true and accurate copy of which is attached as Document 15).

## Selection Process

**Note: All of this section is drawn from the documents, but it would help the judge to have an agreed overview.**

38.     The "2020-2021 BPA Exam Schools Admissions Process" presentation (Document 15) fully and accurately describes the selection process under the 2021 Admission Plan.

39.     First, 20% of seats in each Exam School will be filled through a citywide competition using only the student's grade point average ("GPA"). Students will only be considered for the school that they ranked as their top choice. If a student does not secure a seat in this process, he/she will be a part of the second process. (Document 15)

40.     Eligible Applicants that were not selected through the citywide competition move to the second round where Eligible Applicants are placed into applicant pools based on the Zip Code of their residence, and then ranked by GPA only (Document 15).

41.     For this remaining 80% of seats (*i.e.,* those not filled in the first round described above), each Zip Code is allocated a number of Boston Exam School seats based on the proportion of school-aged children that reside in that Zip Code (Document 15).

42.     The number of seats allocated to each zip code under the 2021 Admissions Plan is calculated by multiplying the percentage of school age children in a zip code times

820 (the number of seats set aside for allocation under the 80% portion of the 2021 Admissions Plan), rounded to the nearest whole number, with each zip code having at least one seat (a true and accurate copy of the Boston Public Schools website discussing the "Exam Schools Admissions Criteria Working Group Simulations Overview" is attached as Document 16).    **Note: The Defendants' proposed statement does not include document 16.**

43.    Within each Zip Code, the highest-ranked Eligible Applicants will be selected to fill the seats allocated to that Zip Code.  If a student's first choice seat is not available when it is his/her turn to be assigned, then the student will be assigned to his/her second or third-choice seat.  (Document 15)

**Impact of the 2021 Admission Plan**

44.    At the Boston School Committee meeting held on October 8, 2020, the Boston School Committee considered how the admission plan proposed by the Working Group and Superintendent (later adopted as the 2021 Admission Plan) would impact the racial/ethnic composition of the classes entering in the fall of 2021. A true and accurate transcript of this meeting is attached as Document 7.  A true and accurate copy of a presentation made at this meeting titled "Recommendations of Exam Schools Admission Criteria for School Year 2021-2022" is attached as Document 5. The Boston Public Schools posted a document titled "Admissions Recommendation" on that portion of its website related to the October 8, 2020, meeting (a true and accurate copy of this document is attached as Document 6).

45.    At the Boston School Committee meeting held on October 21, 2020, the Boston School Committee again considered how the admission plan proposed by the

11

Working Group and Superintendent (adopted during that meeting as the 2021 Admission Plan) would impact the racial/ethnic composition of the classes entering in the fall of 2021. A true and accurate transcript of this meeting is attached as Document 11. A true and accurate copy of a presentation made at this meeting titled "Recommendations of Exam Schools Admission Criteria for School Year 2021-2022" is attached as Document 9. The Boston Public Schools posted a document titled "Questions from Michael D'Oneill" on that portion of its website related to the October 21, 2020, meeting (a true and accurate copy of that document is attached as Document 10).

46.   On January 13, 2021, the Superintendent issued the publication titled "Additional Background Information and Data Reviewed by the Boston Public Schools Exam Schools Admissions Criteria Working Group" which included a chart showing the projected shifts in the number of students offered admission from each Zip Code for the classes entering in the fall of 2021 under the 2021 Admissions Plan, compared to the classes that entered in the fall of 2020 (a true and accurate copy of the publication is attached as Document 13). A true and accurate copy of the chart is below: Note: We may not need this chart in the statement if it is in the documents we have agreed to introduce.



| Zip Code | Neighborhood | % of School-Aged Children | SY20-21 Actual | | Seats under Simulations |
| | | | # Applicants | # Invitations | Average # Invitations |
|---|---|---|---|---|---|
| 02108 | Beacon Hill | 0.3% | <6 | <6 | 4.0 |
| 02109 | Downtown | 0.1% | 8 | 7 | 5.7 |
| 02110 | Downtown | 0.3% | 7 | 7 | 2.7 |
| 02111 | Chinatown | 0.8% | 43 | 24 | 10.0 |
| 02113 | North End | 0.3% | 7 | 7 | 7.7 |
| 02114 | Beacon Hill/West End | 0.7% | 22 | 19 | 13.0 |
| 02115 | Fenway | 1.4% | 33 | 15 | 15.3 |
| 02116 | Back Bay | 1.3% | 44 | 27 | 19.7 |
| 02199 | Back Bay | 0.1% | <6 | <6 | 0.3 |
| 02118 | South End | 3.3% | 105 | 36 | 32.0 |
| 02119 | Roxbury | 6.1% | 136 | 27 | 56.0 |
| 02120 | Roxbury | 1.5% | 46 | 17 | 15.3 |
| 02121 | Roxbury | 8.2% | 218 | 27 | 78.0 |
| 02122 | Dorchester | 4.6% | 186 | 62 | 53.7 |
| 02124 | Dorchester | 12.4% | 335 | 84 | 123.0 |
| 02125 | Dorchester | 6.3% | 174 | 47 | 66.0 |
| 02126 | Mattapan | 6.3% | 131 | 20 | 58.0 |
| 02127 | South Boston | 4.2% | 108 | 35 | 42.3 |
| 02128 | East Boston | 9.0% | 252 | 57 | 80.7 |
| 02129 | Charlestown | 3.0% | 107 | 56 | 39.0 |
| 02130 | Jamaica Plain | 5.1% | 120 | 77 | 61.0 |
| 02131 | Roslindale | 6.5% | 180 | 94 | 69.7 |
| 02132 | West Roxbury | 4.8% | 190 | 133 | 76.0 |
| 02134 | Allston | 1.2% | 36 | 17 | 13.0 |
| 02163 | Allston | 0.1% | <6 | <6 | 0.0 |
| 02135 | Brighton | 3.7% | 97 | 52 | 35.7 |
| 02136 | Hyde Park | 7.8% | 214 | 68 | 80.3 |
| 02210 | Seaport | 0.1% | <6 | <6 | 2.7 |
| 02215 | Fenway/Kenmore | 0.4% | 14 | 8 | 4.7 |

**Statements Made by Boston School Committee Members**

47.  ~~True and accurate transcripts of the October 8 and October 21, 2020, Boston School Committee meetings are attached as Documents 7 and 11, respectively.~~ **Note: This is repetitive. We can strike it here.**

48.  During the October 21 meeting, Boston School Committee Member, Chairperson Michael Loconto mocked the names of Asian members of the community who had come to the meeting to comment on the 2021 Admission Plan.

49.  A true and accurate transcription of text messages between Boston School Committee Members, Vice-Chairperson Alexandra Oliver Davila and Lorna Rivera

during the October 21, 2020 Boston School Committee meeting is attached as Document 26.

50.   A true and accurate transcription of text messages between Boston School Committee Member, Vice-Chairperson, Alexandra Oliver-Davila and Superintendent Brenda Cassellius during the October 21, 2020 Boston School Committee meeting is attached as Document 27.

## Boston Parent Coalition for Academic Excellence Corp.

Note: This section shows that the Boston Parents have standing.

51.   Plaintiff, Boston Parent Coalition for Academic Excellence Corp., is a not-for-profit organization established under the laws of Massachusetts. As stated in its Article of Organization, the purposes of the Boston Parents include "promot[ing] merit-based admissions to Boston Exam Schools (including Boston Latin School, Boston Latin Academy and O'Bryant School of Science and Math) and [promoting] diversity in Boston high schools by enhancing K-6 education across all schools in Boston."

52.   Membership in the Boston Parents is open to students, alumni, applicants and future applicants to the Boston Exam Schools, as well as to members of their respective families, who are in agreement with the purposes and objectives of the Boston Parents and meet such other criteria as may be set by the organization's by-laws and board of directors.

53.   The Boston Parents have brought this action on behalf of their members whose children are students applying for one or more of the Boston Exam Schools for the classes entering in the fall of 2021.

54.     These students and parents include, but are not limited to, several students and parents who are Asian or White and reside in one of the zip codes adversely affected by the 2021 Admission Plan, where the student has applied for admission to one or more of the Boston Exam Schools for the class entering the 7th grade in the fall of 2021 and has been found by the Boston Public Schools to be an Eligible Applicant, and whose application is supported by the parent.

114191457v1

**DOCUMENTS STIPULATED AS TO AUTHENTICITY**

**[We contemplate inserting and attaching the full list of documents provided on**

**March 6, 2021]**

<mark>**WE NEED TO STIPULATE TO DOCUMENTS AS TO THEIR AUTHENTICITY**</mark>

<mark>**AND NOT JUST AS CITATIONS TO SUPPORT SPECIFIC STATEMENTS.**</mark>

Dated: March _____, 2021

Respectfully submitted,

_____
Kay H. Hodge (BBO # 236560)
khodge@scmllp.com
John M. Simon (BBO #645557)
jsimon@scmllp.com
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
Telephone: (617) 542-6789


Catherine A. Lizotte (BBO #666468)
catherine.lizotte@cityofboston.gov
Legal Advisor
Boston Public Schools
2300 Washington Street
Boston, MA 02119
Telephone: (617) 635-9250

*Counsel for Defendants*

_____
Callan G. Stein (BBO # 670569)
TROUTMAN PEPPER HAMILTON SANDERS LLP
125 High Street
Boston, MA 02110
Telephone: (617) 204-5100
callan.stein@troutman.com

William H. Hurd (Va. Bar # 16967)
Christopher W. Carlson, Jr. (Va. Bar # 93043)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1490
william.hurd@troutman.com
chris.carlson@troutman.com
ADMITTED PRO HAC VICE

Mary Grace W. Metcalfe (N.Y. Bar #5377932)
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue

16

New York, NY 10022
Telephone: (212) 704-6000
marygrace.metcalfe@troutman.com
ADMITTED PRO HAC VICE

*Counsel for Plaintiff*

—————————————
Doreen M. Rachal (BBO# 667837)
SIDLEY AUSTIN LLP
60 State Street, 36th floor
Boston, Massachusetts 02109
Telephone: (617) 223-0300
drachal@sidley.com

—————————————
Lauren Sampson (BBO #704319)
Janelle Dempsey (BBO #699379)
Oren Sellstrom (BBO #569045)
Lawyers for Civil Rights
61 Batterymarch Street, Fifth Floor
Boston, MA 02110
lsampson@lawyersforcivilrights.org
Telephone: (617) 988-0609

—————————————
Bethany Li (BBO #673383)
Alex Milvae (BBO #705668)
Jodie Ng, Law Student Intern
Greater Boston Legal Services
197 Friend Street
Boston, MA 02114
bli@gbls.org
Telephone: (617) 603-1532

*Counsel for the Boston Branch of the NAACP,
Greater Boston Latino Network, Asian
Pacific Islander Civic Action Network, Asian
American Resource Workshop, Maireny
Pimentel, and H.D.*

17

18

# EXHIBIT 31

Case 1:21-cv-10330-WGY　Document 137-2　Filed 08/09/21　Page 313 of 327



Lizotte, Catherine <clizotte@bostonpublicschools.org>

---

## FW: Boston Parent Coalition for Academic Excellence Corp v. The School Committee of the City of Boston

---

**Catherine Lizotte** <clizotte@bostonpublicschools.org>　　　　　　Sat, Mar 13, 2021 at 9:23 AM
To: Kay Hodge <KHodge@scmllp.com>
Cc: John Simon <JSimon@scmllp.com>

Ok.
The transcription of text messages was provided in response to a public records request from the Boston Globe.

I have no idea why the Department of Elementary and Secondary Education's 2020 audit of the district is relevant.

I could be available at 1 pm prior to the call.

Sent from my iPhone

> On Mar 13, 2021, at 8:55 AM, Kay Hodge <KHodge@scmllp.com> wrote:

[Quoted text hidden]
<Doc. 26.pdf>
<Doc. 27.pdf>
<Doc. 25..pdf>
<2021.03.12. Proposed Statement of facts (with highlighting).DOCX>

**EXHIBIT 32**

● **BREAKING**   **MASS. REPORTS 2,587 CORONAVIRUS CASES, 3 DEATHS, AND 24,541 VACCINATIONS**   BREAKING: MASS. REPORTS 2,587 CORONAVIRUS CASES, 3 DEATHS, AND 24,541 VACCINATIONS

|   |   |   More from Globe OpinionSubmit a Letter to the EditorMeet the Editorial BoardGlobe Op-Talks

OPINION

# Boston School Committee member resigns over texts

The ongoing fallout from a meeting last year reflects the high-stakes nature of the school board and the racial overtones that continue to swirl.

By **Marcela García**  Globe Columnist, Updated June 7, 2021, 2:41 p.m.



Boston School Committee Meeting 10-21-20 (Virtual Part 2)

A screengrab of the Oct 21. Boston School Committee Meeting. HANDOUT

A controversial public Boston School Committee meeting last year that lasted nearly nine hours keeps making headlines — and for the wrong reasons. Michael Loconto, then-chairman of the committee, resigned after he was heard on a hot microphone mocking the Asian names of attendees who were waiting to speak at the contentious October hearing.



Lorna Rivera. BOSTON PUBLIC SCHOOLS

Now, there's a second political casualty from the same meeting: Another committee member is stepping down over text messages she shared that evening.

Lorna Rivera, a professor of ethnic studies at UMass Boston and director of the Gastón Institute who was appointed to the School Committee in early 2019, submitted her

resignation Friday. That October evening, prior to Loconto's hot-mike comments, Rivera and Alexandra Oliver-Dávila, who's now the chair of the school board, had been texting each other about the historic nature of the hearing, where the committee approved a temporary change in the admissions standards for the city's exam schools, including eliminating the standardized test required for entry.

The momentous meeting and its ongoing fallout reflect the high-stakes nature of the school board in Boston and the racial overtones that continue to swirl — and reflect strong divisions in school policy that yet another resignation will not solve.

ADVERTISING



"Best school committee meeting ever," Oliver-Dávila texted Rivera. "I'm trying not to cry." The exchange happened as they listened to the outpouring of support the proposal had elicited, including moving testimony by Dr. Ibram X. Kendi, said Oliver-Dávila in an interview. "Wait until the white racists start yelling at us," Rivera texted back. "Whatever. They're delusional," texted Oliver-Dávila. "I hate WR," she texted Rivera again, in reference to West Roxbury. "Sick of Westie whites," Rivera replied. "Me too. I really feel like saying that," Oliver-Dávila texted.

Those texts have not been made public, but Oliver-Dávila and Rivera had turned them in to city officials in response to a Globe public records request last fall for all texts exchanged between members of the school board. About a week and a half ago, Oliver-Dávila learned that their West Roxbury text exchange, which was withheld from the Globe request, had been leaked. A local reporter filed a public records request for those texts.

Rivera and Oliver-Dávila apologized profusely for their inappropriate texts in an interview. Now they are about to be released publicly without meaningful context. "I felt like it was a strategy [to leak the texts] at this moment in time," said Oliver-Dávila, who is of Argentinian and Nicaraguan descent. "That means someone had [those texts] for a long time. I do feel it's being weaponized against the equity work that we're doing."

"I was never seeking any political power," Rivera, who is from Puerto Rico, said about her school committee appointment. They were both honored and eager to have a seat at the table as members of a body that historically has lacked Latinx representation in a district that's about 42 percent Hispanic.

In the weeks leading up to the vote on the admissions standards, school committee members received many letters full of racialized discourse opposing any potential change to the exam school admissions policy, which education equity advocates have called to reform for years. "This is reverse discrimination at its finest," one read, Rivera said. "[The proposal is] a criminal act against tax-payers' will! ALL LIVES MATTER!" Oliver-Dávila said her texts were written "in a moment of so much negativity about our children of color."

Expressing hate toward a whole neighborhood or demographic is, in and of itself, racist. And being the target of racism and saying racist things are not mutually exclusive concepts. But it's also a matter of degree: There's a stark difference between bias, prejudice, and racism. It's not an excuse, Oliver-Dávila said, but the worst year of her life was when she attended a school in West Roxbury in the seventh grade and was

bullied for being Latina. "It was constant bullying, calling me spic, following me home, and trying to beat me up," she said.

Since February, Rivera has received a barrage of threatening messages and hateful social media attacks after an erroneous news report was amplified by right-wing media personalities falsely claiming that BPS was suspending advanced work classes because the majority of students enrolled in them were white and Asian. The harassment was such that she filed a Boston Police report and a UMass security report. "One was deemed a viable death threat," Rivera said.

Rivera and Oliver-Dávila's texts, while inappropriate and hurtful, reflected their own lived experience and prejudice. Rivera's departure from the school board, where her goal had been to elevate the needs of marginalized groups at BPS, represents a big loss. That's why Oliver-Dávila should stay.

———

Marcela García can be reached at marcela.garcia@globe.com. Follow her on Twitter @marcela_elisa.

Show 154 comments

©2021 Boston Globe Media Partners, LLC

# EXHIBIT 33



Lizotte, Catherine <clizotte@bostonpublicschools.org>

## FW: City of Boston Case
12 messages

**Kay Hodge** <KHodge@scmllp.com>                                    Wed, Jun 16, 2021 at 2:14 PM
To: "Lizotte, Catherine" <clizotte@bostonpublicschools.org>

FYI

Kay H. Hodge, Esquire

Stoneman, Chandler & Miller LLP

99 High Street

Boston, MA  02110

(617) 542-6789 (work)

(617) 686-8858 (cell)

(617) 340-8587 (fax)

khodge@scmllp.com

This communication is intended only for the addressee(s) and may contain information that is privileged and confidential. If you received this communication in error, please notify us immediately by a reply e-mail addressed to the sender and permanently delete the original e-mail communication and any attachments from all storage devices without making or otherwise retaining a copy.

---

**From:** Stein, Callan G. <Callan.Stein@Troutman.com>
**Sent:** Wednesday, June 16, 2021 2:12 PM
**To:** Kay Hodge <KHodge@SCMLLP.COM>; John Simon <JSimon@SCMLLP.COM>
**Cc:** Hurd, William H. <William.Hurd@Troutman.com>; Carlson, Chris W. <Chris.Carlson@Troutman.com>; Metcalfe, Mary Grace <MaryGrace.Metcalfe@Troutman.com>
**Subject:** City of Boston Case

Dear Kay and John:

I hope you have been well and are enjoying the summer weather.

I am writing to the two of you (and initially only the two of you) about the recent news that revealed that there were and are additional text messages by Boston School Committee members during the October 21 Boston School Committee meeting where the current Boston Exam School admission process was adopted that, though directly relevant to the matter at issue and responsive to our client's FOIA requests, were withheld by the City of Boston.

I specifically reference the FOIA requests that were made to the City of Boston Public Schools, and to which Attorney Lizotte responded on March 9, 2021. A copy of that response is attached for your convenience. Request #1 requests "ALL electronic text messages", among other things, sent or received by the school committee members. Ms. Lizotte's response states that all such records were produced. We have now learned that was not the case.

Compounding this problem are the further representations that you made, presumably at your clients' direction, to us and to the Court including in the Joint Statement of Facts that the text messages produced were "true and accurate" transcripts (Par. 67). Once again, we now know that the transcribed text messages were not true and accurate insofar as they omitted critical, responsive information.

The text messages that have recently come to light – and which, as you know, have resulted in two more resignations from the school committee – are directly relevant to this matter, and are materials that the District Court and the First Circuit should have considered. Moreover, had we been properly told that the City of Boston's FOIA response was not complete and that certain text messages had been withheld, we never would have agreed to proceed on the agreed upon record at the District Court level.

Upon this foundation, we have several questions/requests of you and your client to which we would appreciate urgent and immediate attention. They are:

1. Why were these text messages withheld from production in response to the FOIA request and during the District Court proceedings?

2. Why did your clients misrepresent to us and the District Court that the text message transcripts provided were "true and accurate" when they knew that was not the case?

3. What other information, texts or otherwise, has the City of Boston withheld?

Finally, and I think this goes without saying, it is incumbent upon the City of Boston to immediately update its previously sent, and incorrect, FOIA response – and in doing so include the improperly withheld text messages as well as any other information that should have been produced – and to correct its deliberate misrepresentation to the District Court. This is something that your client should have done without our requesting it, and I would ask that it do so immediately.

If you would like to discuss this, please let me know.

**Callan G. Stein**

**Partner**

Direct: 617.204.5103 | Internal: 815-5103

callan.stein@troutman.com

_____

**troutman pepper**

19th Floor, High Street Tower, 125 High Street

Document 137-2 - Filed 08/09/21 - Document Assembly Case

Boston, MA 02110-2736

troutman.com

_____

**A HIGHER COMMITMENT TO CLIENT CARE**

Troutman Pepper is a 2020 Mansfield Certified Plus Firm

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.

This email has been scanned for spam & viruses. If you believe this email should have been stopped by our filters, click here to report it.

**2 attachments**

**Public_Records_Request_(R000876-102720)_-_Responsive_Text_Messages_-_Response_Date_11.5.20_-_Google_Docs.pdf**
100K

**Response_to_D._Murphy_Request_3.9.21.pdf**
128K

# EXHIBIT 34

CC: rebecca.murray@sec.state.ma.us
**Subject:** City of Boston Public Records Office City Public Records Request :: R001008-052721
**Body:**



*City of Boston*

*Shawn A. Williams, Esq.*

*Director of Public Records*

06/18/2021

RE: PUBLIC RECORDS REQUEST of May 27, 2021., Reference # R001008-052721; SPR21-1492

Dear Alexi:

The City of Boston (City) has received your request for public records.  This response applies only to records that exist and are in the custody of the City.  See *A Guide to the Massachusetts Public Records Law*, p. 32, n.115.  It is expected that a custodian of records must use her superior knowledge of her records with respect to responses to public records requests.  950 CMR 32.04(5). Specifically, you stated:

> *Under the Massachusetts Public Records Act § 66-10 et seq., I am requesting a copy of public records in electronic format of all text message exchanges collected between Boston School Committee members Alexandra Oliver-Davila, Lorna Rivera, Michael Loconto, Michael O'Neill, Hardin Coleman, Jeri Robinson and Quoc Tran during the entire duration of the October 21, 2020 school committee meeting. I seek individual and group message exchanges. I ask for all original texts without reductions or redactions including time stamps, if available.*

The records responsive to this request are provided via a link found below. What follows is an explanation of the records provided in this response in contrast to responses to previous requests.

**Prior Response by the City to Records Responsive to the Present Request**
The City first received a request for the responsive records in the fall of 2020.  The original request sought copies of:

> *"cellular telephone text messages and emails related to BPS issues that were sent and received by each Boston School Committee member during their meeting that began on Oct. 21 and that ended on Oct. 22."*

> Public Records Request (R000876-102720)

In its response to request R000876, the City described the records it deemed responsive to that request.  Records deemed non-responsive portions were omitted from the response; no records were withheld or redacted pursuant to a public records law exemption.

The City described the responsive records in its response to R00876:

> *"Text Messages*
> *With respect to text messages, it is important to note that none of the members possess a mobile phone that is owned by BPS or the City of Boston. Each member was contacted and asked to provide text message records from the respective personal devices that are responsive to your request."*

The City informed the requester that it omitted portions deemed not related to BPS issues.

> *"Emails*
> *Each member of the Boston School Committee is provided with an email address. To comply with this request, the BPS conducted a search of its email system for the dates and times of the meeting. No portions of these records were redacted."*

**Current Requests**
Based upon recent requests for all text messages associated with the above referenced matter, the City has determined that it will provide additional text message records.  Recent requests seek all text message records rather than those specifically related to BPS

business.  Further, it has come to the attention of the City that the previously unreleased text messages have been published and made available to the public, making it "impossible to erase from public knowledge information already released."  See Globe Newspaper Co. v. Police Com'r of Boston, 419 Mass. 852, 860 (1995).

**Responsive Records Included With This Communication**
The responsive records consist of screenshots of text messages sent and received by the school committee members.  In the prior response a transcribed document was provided in lieu of screenshots.  Please note the resolution of the screen shots may not provide optimal viewing at increased magnification - this is the condition of the records as provided to the City.  No other copy of these screenshots exist.  A copy of the previously released transcribed document is provided, as well as the emails previously provided in response to request R000876.  These records have been released to the Public Records Center. Click the link below to login to the Records Center and retrieve the requested records. City Public Records Request - R001008-052721

**Privately Owned Personal Devices**
As noted in the original response, members of the school committee do not possess City-issued devices.  As a result, the responsive records were provided by the individual school committee members as screenshots from their personal devices.

**The Public Records Law**
Not all records created by a public employee are public records.  Under Massachusetts law, a "public record" is a record "made or received by" a public employee acting in his or her capacity as a public employee, or as in the present instance as a member of a school committee.  G. L. c. 4., s. 7 (26).

Each request for records must be reviewed on a case-by-case basis.  Not every text message sent or received on a personal device of a public employee is a public record.  Only those records "made or received" in the person's capacity as a public employee are deemed public. An individual analysis of each portion of a message sent from or received on a private device is therefore necessary to determine whether it meets this standard. In conducting such analysis, determinations of whether particular communications were made in a personal versus official capacity frequently require judgment calls between more than one reasonable conclusion.  That is the case here, where the responsive records contain personal comments and observations by the members of the school committee that might reasonably be viewed as made in either capacity. However, as stated above, the City is aware that portions of those comments have already been published in the press and the availability of the information elsewhere affects the analysis.  Those comments, in the context of a public meeting, have been determined to be responsive and public and therefore are released without omission or redaction.

**Records Retention**
The retention period of public records is determined by the retention schedules promulgated by the Supervisor of Records.  Generally, records such as text messages are considered to be "transitory," meaning the retention period is brief.  Transitory records do not require permission from the Supervisor of Records for destruction.  A transitory record includes "messages created primarily to communicate information of short-term value."  See 01.022 Correspondence (d) Transitory Messages, Municipal Records Retention Schedule (April 6, 2020).

In the present matter these records did exist at the time of the request, and as such are provided.

**Conclusion**
All responsive records are provided with this request.  No records are withheld or redacted.

Very truly yours,

Shawn A. Williams, Esq.
Director of Public Records
Records Access Officer