# Exhibit P

| Student # | Ethnicity | Zip Code | GPA | Rank (out of 1,666 Applicants[1]) |
|---|---|---|---|---|
| 1 | Asian | Chinatown (02111) | 9.5 | Below 974 |
| 6 | White | West Roxbury (02132) | 10 | Below 974 |
| 8 | Asian | West Roxbury (02132) | 9.5 | Below 974 |
| 10 | Asian | West Roxbury (02132) | 10.5 | Below 974 |
| 13 | White | West Roxbury (02132) | 9.75 | Below 974 |

---

[1] As noted above, BPS provided each student his/her individual ranking from 1 to 1666 (with random numbers being used to break ties). Here, specific individuals rankings have been withheld to protect the students' anonymity.