# Exhibit Q

| Zip Code | Neighborhood | Number of Students | B- 7-7.9 | B 8-8.9 | B+ 9-9.9 | A- 10-10.9 | A 11-11.9 | A+ 12 | Average GPA |
|---|---|---|---|---|---|---|---|---|---|
| 02115 | Longwood/Fenway | 10 | 0% | 0% | 20% | 50% | 30% | 0% | 10.38 |
| 02116 | Back Bay | 13 | 0% | 0% | 0% | 46% | 31% | 23% | 11.1 |
| 02118 | South End | 27 | 0% | 0% | 0% | 48% | 44% | 7% | 10.92 |
| 02119 | Roxbury | 50 | 0% | 34% | 32% | 16% | 14% | 4% | 9.51 |
| 02120 | Roxbury | 11 | 0% | 9% | 45% | 36% | 9% | 0% | 9.89 |
| 02121 | Roxbury | 67 | 0% | 21% | 40% | 18% | 12% | 9% | 9.79 |
| 02122 | Dorchester | 48 | 0% | 0% | 0% | 42% | 48% | 10% | 11.04 |
| 02124 | Dorchester | 109 | 0% | 0% | 30% | 27% | 40% | 3% | 10.53 |
| 02125 | Dorchester | 59 | 0% | 0% | 31% | 24% | 34% | 12% | 10.67 |
| 02126 | Mattapan | 51 | 2% | 37% | 24% | 18% | 18% | 2% | 9.57 |
| 02127 | South Boston | 35 | 0% | 3% | 31% | 23% | 37% | 6% | 10.48 |
| 02128 | East Boston | 75 | 0% | 0% | 37% | 39% | 23% | 1% | 10.25 |
| 02129 | Charlestown | 35 | 0% | 0% | 0% | 3% | 74% | 23% | 11.56 |
| 02130 | Jamaica Plain | 54 | 0% | 0% | 0% | 37% | 41% | 22% | 11.19 |
| 02131 | Roslindale | 67 | 0% | 0% | 0% | 49% | 43% | 7% | 10.94 |
| 02132 | West Roxbury | 69 | 0% | 0% | 0% | 10% | 51% | 39% | 11.51 |
| 02134 | Allston | 11 | 0% | 9% | 18% | 45% | 27% | 0% | 10.32 |
| 02135 | Brighton | 29 | 0% | 0% | 24% | 48% | 28% | 0% | 10.36 |
| 02136 | Hyde Park | 67 | 0% | 0% | 37% | 30% | 30% | 3% | 10.32 |
| 99999 | Homeless / DCF | 53 | 0% | 42% | 34% | 9% | 8% | 8% | 9.31 |
| | Total[2] | 974 | 0% | 8% | 22% | 27% | 33% | 10% | 10.49 |

---

[2]   Total includes information for zip codes with fewer than 10 invitations.