```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
_____
                              )
BOSTON PARENT COALITION FOR   )
ACADEMIC EXCELLENCE CORP.     )
                              )
            Plaintiff,        )
                              )
       v.                     )    CIVIL ACTION
                              )    NO. 21-10330-WGY
THE SCHOOL COMMITTEE OF THE   )
CITY OF BOSTON,               )
ALEXANDRA OLIVER-DAVILA,      )
MICHAEL O'NEILL,              )
HARDIN COLEMAN,               )
LORNA RIVERA,                 )
JERI ROBINSON,                )
QUOC TRAN,                    )
ERNANI DEARAUJO, and          )
BRENDA CASSELLIUS,            )
SUPERINTENDENT OF THE         )
BOSTON PUBLIC SCHOOLS,        )
                              )
            Defendants,       )
AND                           )
                              )
THE BOSTON BRANCH OF THE      )
NAACP, THE GREATER BOSTON     )
LATINO NETWORK, ASIAN PACIFIC )
ISLANDER CIVIC ACTION NETWORK,)
ASIAN AMERICAN RESOURCE       )
WORKSHOP, MAIRENY PIMENTEL,   )
and H.D.,                     )
                              )
       Defendants-Intervenors.)
_____)
```

YOUNG, D.J.                                    February 24, 2022

**ORDER**

On October 1, 2021, this Court issued an Indicative Rule 60(b) Ruling, which stated that, "if granted jurisdiction this

[1]

Court would deny" Plaintiff Boston Parent Coalition for Academic Excellent Corp.'s (the "Coalition") Federal Rule of Civil Procedure 60(b) ("Rule 60(b)") motion for relief from judgment. <u>See</u> Indicative Rule 60(b) Ruling 5, ECF No. 141.

The Court of Appeals ceded jurisdiction to this Court "to the extent necessary for it to proceed" on the Rule 60(b) motion.  <u>See</u> Order of USCA, ECF No. 145.

For the reasons enumerated in this Court's Indicative Rule 60(b) Ruling, ECF No. 141, this Court DENIES the Coalition's Rule 60(b) motion, ECF No. 112.

**SO ORDERED.**

<u>/s/ William G. Young</u>
WILLIAM G. YOUNG
DISTRICT JUDGE