UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP.,<br><br>**Plaintiff,**<br><br>v.<br><br>THE SCHOOL COMMITTEE OF THE CITY OF BOSTON, ALEXANDRA OLIVER-DAVILA, MICHAEL O'NEILL, HARDIN COLEMAN, LORNA RIVERA, JERI ROBINSON, QUOC TRAN, ERNANI DeARAUJO, and BRENDA CASSELLIUS,<br><br>**Defendants**<br><br>and<br><br>THE BOSTON BRANCH OF THE NAACP, THE GREATER BOSTON LATINO NETWORK, ASIAN PACIFIC ISLANDER CIVIC ACTION NETWORK, ASIAN AMERICAN RESOURCE WORKSHOP, MAIRENY PIMENTAL, and H.D.,<br><br>**Defendants-Intervenors.** | Civil Action No. 1:21-cv-10330-WG |

### PLAINTIFF'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Boston Parent Coalition for Academic Excellence Corp. ("Plaintiff") hereby appeals to the U. S. Court of Appeals for the First Circuit from the Order of the U. S. District Court for the District of Massachusetts ("District Court") dated February 24, 2022 denying Plaintiff's Rule 60(b) motion.

This appeal is in addition to the previously noted appeal from the Order of the District Court dated April 15, 2021, denying Plaintiff's Motion for Judgment and Injunctive Relief, said appeal having been held in abeyance by the First Circuit pending resolution by the District Court

124266562v1

of Plaintiff's Rule 60(b) motion. The Rule 60(b) motion was resolved by the Order dated February 24, 2022, from which Plaintiff now gives notice of appeal.

Dated: February 28, 2022                                   /s/ Callan G. Stein
Callan G. Stein (BBO No. 670569)
TROUTMAN PEPPER HAMILTON SANDERS LLP
125 High Street
Boston, MA 02110
Telephone: (617) 204-5100
callan.stein@troutman.com

Christopher W. Carlson, Jr. (Va. Bar No. 93043)
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1490
chris.carlson@troutman.com
Admitted *pro hac vice*

Mary Grace W. Metcalfe (N.Y. Bar No. 5377932)
TROUTMAN PEPPER HAMILTON SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
marygrace.metcalfe@troutman.com
Admitted *pro hac vice*

William H. Hurd (Va. Bar No. 16967)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
919 E. Main Street, Suite 1300
Richmond, VA 23219
Telephone: (804) 788-9638
whurd@eckertseamans.com

*Counsel for Plaintiff*

**Certificate of Service**

I, Callan G. Stein, certify that the foregoing document was filed this date via the Court's CM/ECF filing system and will be sent electronically to the registered participants in this action.

                                                      */s/ Callan G. Stein*