# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 19, 2024

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:  Boston Parent Coalition for Academic Excellence Corp.
            v. The School Committee for the City of Boston, et al.
            No. 23-1137
            (Your No. 21-1303, 22-1144)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on April 17, 2024 and placed on the docket April 19, 2024 as No. 23-1137.

                                     Sincerely,

                                     **Scott S. Harris**, Clerk

                                     by

                                     Susan Frimpong
                                     Case Analyst